**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **ALEDDRA INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.  7:26-CV-00065-O |
| | § | |
| **RAB LIGHTING INC.** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Parties' Agreed Motion to Modify Scheduling Order (ECF No. 20). The Parties seek to change the majority of deadlines in the Court's scheduling order. *Id.* At this time, the Court does not find good cause and thus **DENIES** the Parties' Motion. The Parties may file a motion to modify deadlines as needed in this case.

**SO ORDERED** on this **16th day** of **July 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**