**ATTACHMENT**

I am a member in good standing in the following Courts:

| ***Title of Court*** | ***Date of Admission*** | ***Bar No.*** |
|---|---|---|
| Commonwealth of Massachusetts | November 20, 2013 | 687384 |
| State of Connecticut | November 8, 2013 | 435161 |
| State of Florida | October 1, 2014 | 0112370 |
| District of Massachusetts | September 16, 2016 | |
| District of Connecticut | May 5, 2014 | ct28936 |
| U.S. Court of Appeals for the Federal Circuit | October 6, 2014 | |
| U.S. Court of Appeals for the Seventh Circuit | October 16, 2020 | |
| United States Supreme Court | March 20, 2017 | 301062 |