**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **ALEDDRA INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:26-CV-00065-O** |
| | § | |
| **RAB LIGHTING INC.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Defendant, RAB Lighting Inc.'s Motion to Withdraw Tonya A. Sayour as Counsel (ECF No. 70). Having considered the Motion, and finding good cause, the Court **GRANTS** the Motion. It is therefore **ORDERED** that Tonya A. Sayour is withdrawn as counsel for Defendant, RAB Lighting Inc., and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

**SO ORDERED** on this **26th day** of **October, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE