**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **ALEDDRA INC.** | § | |
| | § | |
| **Plaintiff,** | § | **NO. 7:26-CV-00065-O** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **RAB LIGHTING INC.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ON RAB LIGHTING INC.'S MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS**

Before the Court is Defendant RAB Lighting Inc.'s Motion for Leave to Amend its Preliminary Invalidity Contentions ("Motion"). Having reviewed the Motion, the Court **GRANTS** the Motion.

**SO ORDERED** this ___ day of ____, 2026

______________________________
**HONORABLE REED O'CONNOR**
**CHIEF UNITED STATES DISTRICT JUDGE**