IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

ALEDDRA INC.,

Plaintiff,

v.

RAB LIGHTING INC.,

Defendant.

Civil Action No. 7:26-cv-00065-O

**APPENDIX IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS**

Defendant RAB Lighting Inc. files this Appendix in support of its Motion for Leave to amend its Preliminary Invalidity Contentions. Attached hereto are true and correct copies which are incorporated herein for all purposes as follows:

| Exhibit | Appx No. | Description |
|---|---|---|
| Exhibit 1 | Appx1 – Appx131 | RAB's proposed amended contentions |
| Exhibit 2 | Appx132 – Appx262 | Redline against the September 18 contentions |
| Exhibit 3 | Appx263 – Appx268 | 2026.09.18 Defendant RAB's Proposed Terms and Claim Elements for Construction |
| Exhibit 4 | Appx269 – Appx288 | 2026.10.09 Defendant RAB's Proposed Constructions |
| Exhibit 5 | Appx289 – Appx297 | Correspondence between counsel. |
| Exhibit 6 | Appx298 – Appx378 | 2026.09.18 Defendant RAB Lighting Inc.'s Preliminary Invalidity Contentions |
| Exhibit 7 | Appx379 – Appx388 | Correspondence between counsel. |

Date: October 29, 2026

*/s/ Nathan R. Speed w/permission*
*William E. Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
Thomas J. Fisher

VA Bar No 44062; DC Bar No 1643972
Ty Wilson
Texas State Bar No. 24106583
DAVIS FIRM PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
T: (903) 230-9090 / F: (903) 230-9661
bdavis@davisfirm.com
twilson@davisfirm.com
tfisher@davisfirm.com

Michael N. Rader (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue, 25th Floor
New York, NY 10158
mrader@wolfgreenfield.com
617.646.8000 Phone
617.646.8646 Fax

Scott A. McKeown (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C
901 New York Avenue, NW, Suite 500 East
Washington, DC 20001
smckeown@wolfgreenfield.com
202.571.5001 Phone
617.646.8646 Fax

Nathan R. Speed (*pro hac vice)*
Jason W. Balich (*pro hac vice)*
John W. Custer (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C
600 Atlantic Avenue
Boston, MA 02210
nspeed@wolfgreenfield.com
jbalich@wolfgreenfield.com
jcuster@wolfgreenfield.com
617.646.8000 Phone
617.646.8646 Fax

***Counsel for Defendant RAB Lighting Inc.***

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ William E. Davis, III
William E. Davis, III