# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| ALEDDRA INC.,<br><br>Plaintiff,<br><br>v.<br><br>RAB LIGHTING INC.,<br><br>Defendant. | Civil Action No. 7:26-cv-00065-O |

**DEFENDANT RAB LIGHTING INC.'S**
**PROPOSED TERMS AND CLAIM ELEMENT FOR CONSTRUCTION**

Pursuant to the Court's Scheduling Order (Dkt. No. 19), Defendant RAB Lighting Inc. ("RAB") hereby provides its Proposed Terms and Claim Elements ("Proposed Terms') for construction with respect to the claims identified by Plaintiff Aleddra Inc. ("Plaintiff") in its Preliminary Disclosure of Asserted Claims and Infringement Contentions ("Infringement Contentions), which Plaintiff served on August 10, 2026.

RAB's Proposed Terms are based on information that is currently available to RAB. RAB reserves the right to modify this disclosure should additional information become available through discovery. Further, RAB reserves the right to supplement, amend, and/or modify this disclosure for any other reason, including to facilitate the preparation of the Joint Claim Construction and Prehearing Statement, in light of arguments made or positions taken by Plaintiff as this case proceeds, or as otherwise warranted by the facts of this case.

Subject to the foregoing, RAB's Proposed Terms are:

| Asserted Patents | Proposed Terms and Claim Elements for Construction |
|---|---|
| U.S. Patent No. 10,225,905 | • "dimming controllable device" (claim 1)<br>• "at full power" (claim 1)<br>• "to meet LED luminaire efficacy requirements" (claim 1)<br>• "pre-determined low-level signal" (claim 1)<br>• "pre-determined high-level signal" (claim 1)<br>• "auto-select" (claim 1)<br>• "when a rechargeable battery test is performed, both the first full-wave rectifier and the second full-wave rectifier are inactivated to disable both the charging circuit and the second driver" (claim 1)<br>• "forward voltage across" (claim 1)<br>• "ground reference" (claim 1)<br>• "electrically isolated" (claim 12)<br>• "when only one... is energized... the other... do not conduct electric current" (claim 18) |
| U.S. Patent No. 10,237,946 | • "dimming controllable device" (claim 1)<br>• "power sustain device" (claim 1)<br>• "dimming voltage" (claim 1)<br>• "auto-select" (claim 1)<br>• "full power" (claim 1)<br>• "meet LED luminaire efficacy requirements" (claim 1)<br>• "forward voltage across" (claim 1)<br>• "ground reference" (claim 1)<br>• "when a rechargeable battery test is performed, the first driver is enabled to operate the one or more LED arrays, whereas the second driver is inactivated" (claim 1)<br>• "and to operate thereof" (claim 9)<br>• "a switch, a relay, and a jumper" (claim 10)<br>• "normal" (claim 12)<br>• "without flickering" (claim 15)<br>• "no electric shock possibly occurred" (claim 20) |
| U.S. Patent No. 10,645,782 | • "full power" (claim 1)<br>• "to meet LED luminaire efficacy requirements" (claim 1)<br>• "control device" (claims 1, 21)<br>• "logic control device" (claims 1, 21)<br>• "when the line voltage from the AC mains is unavailable" (claims 1, 21) |

| | |
|---|---|
| | • "when the line voltage from the AC mains is available" (claims 1, 21)<br>• "partially coupled" (claims 1, 21)<br>• "forward voltage across" (claims 1, 21)<br>• "ground reference" (claims 1, 21)<br>• "detect whether the second DC voltage exists and to bias and turn on the first electronic switch based on a result of detection" (claims 4, 24) |
| U.S. Patent No. 11,172,551 | • "forward voltage across thereon" (claims 1, 13)<br>• "ground reference" (claims 1, 13, 16)<br>• "electric current bypass circuit" (claims 1, 13)<br>• "connected in series" (claims 1, 3, 13, 15)<br>• "first holding current path" (claims 1, 13)<br>• "second holding current path" (claim 15)<br>• "sustain a dimming function when controlling the LED driving current" (claims 1, 13)<br>• "sustain the dimming function when controlling the LED driving current" (claim 15)<br>• "current charging and discharging controlled by the electronic switch" (claims 1, 13)<br>• "coupled in parallel" (claim 13)<br>• "the second DC voltage has a reverse polarity relative to the first DC voltage" (claims 1, 13) |
| U.S. Patent No. 11,846,396 | • "bidirectional circuit" (claim 1)<br>• "controllable increments" (claim 1)<br>• "rebuilding ... back into a regulated output voltage" (claim 1)<br>• "regulated output voltage" (claim 1)<br>• "at a full power" (claim 1)<br>• "one or more switches" (claim 1)<br>• "power up" (claim 1)<br>• "rechargeable battery test" (claim 1)<br>• "forward voltage across" (claim 1)<br>• "either of the first end and the second end comprises at least two electrical conductors" (claim 15)<br>• "each of the at least two electrical conductors is respectively coupled to the first full-wave rectifier and the second full-wave rectifier" (claim 15) |

| | |
|---|---|
| | • "test switch configured to manually initiate the rechargeable battery test" (claim 17)<br>• "voltage regulator configured to automatically receive the forward electric current and the reverse electric current to and from the rechargeable battery, respectively"<br>• "linear" (claims 15 and 19) |

Date: September 18, 2026

*/s/ Nathan R. Speed*
William E. Davis, III
Texas State Bar No. 24047416
Thomas J. Fisher
VA Bar No 44062; DC Bar No 1643972
Ty Wilson
Texas State Bar No. 24106583
DAVIS FIRM PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
T: (903) 230-9090 / F: (903) 230-9661
bdavis@davisfirm.com
twilson@davisfirm.com
tfisher@davisfirm.com

Michael N. Rader (*pro hac vice*)
Tonia A. Sayour (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue, 25th Floor
New York, NY 10158
mrader@wolfgreenfield.com
tsayour@wolfgreenfield.com
617.646.8000 Phone
617.646.8646 Fax

Scott A. McKeown (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C
601 Massachusetts Avenue NW
Washington, DC 20001
smckeown@wolfgreenfield.com
617.646.8000 Phone

Nathan R. Speed (*pro hac vice)*
John W. Custer (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C

600 Atlantic Avenue
Boston, MA 02210
nspeed@wolfgreenfield.com
jcuster@wolfgreenfield.com
617.646.8000 Phone

*Counsel for Defendant RAB Lighting, Inc.*