# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| ALEDDRA INC.,<br><br>Plaintiff,<br><br>v.<br><br>RAB LIGHTING INC.,<br><br>Defendant. | Civil Action No. 7:26-cv-00065-O |

**DEFENDANT RAB LIGHTING INC.'S PRELIMINARY CLAIM CONSTRUCTIONS AND IDENTIFICATION OF EXTRINSIC EVIDENCE**

Pursuant to the Court's Scheduling Order (Dkt. No. 19), Defendant RAB Lighting Inc. ("RAB") hereby provides its Preliminary Claim Constructions and Identification of Extrinsic Evidence.

RAB's Preliminary Claim Constructions and Identification of Extrinsic Evidence are based on information that is currently available to RAB —including Aleddra's disclosures and discovery responses in the case, which have been deficient. RAB reserves the right to add to, omit from, or otherwise modify its proposed constructions and supporting evidence subject to the parties' discussions. RAB further reserves the right to modify the disclosure below based on the counterpart disclosure due today from Aleddra. RAB reserves the right to rely on extrinsic evidence identified by Aleddra.

# I. PRELIMINARY CLAIM CONSTRUCTIONS

## A. Proposed Constructions for U.S. Patent No. 10,225,905

| No. | ’905 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 1 | “dimming controllable device”<br>(claim 1) | “a logic circuit and switch controlled by a logic control module” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |
| 2 | “to meet LED luminaire efficacy requirements”<br>(claim 1) | Indefinite. | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |

| No. | ’905 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 3 | “pre-determined low-level signal”<br>(claim 1) | “a pre-determined voltage state lower than a high-level circuit threshold” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |
| 4 | “pre-determined high-level signal”<br>(claim 1) | “a pre-determined voltage state higher than a low-level circuit threshold” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |

| No. | ’905 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 5 | “when a rechargeable battery test is performed, both the first full-wave rectifier and the second full-wave rectifier are inactivated to disable both the charging circuit and the second driver”<br>(claim 1) | “when a user operates a test switch of the luminaire, both the first full-wave rectifier and the second full-wave rectifier are inactivated to disable both the charging circuit and the second driver” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |
| 6 | “forward voltage across”<br>(claim 1) | “an applied voltage to provide for current flow” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support.<br>*Wiley Electrical and Electronics Engineering Dictionary* 297 (2004) (RAB-005158-RAB-005161) |

| No. | ’905 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 7 | “ground reference”<br>(claim 1) | “a baseline circuit voltage” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |
| 8 | “electrically isolated”<br>(claim 12) | “isolated current path in an electrically energized circuit” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |

| No. | ’905 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 9 | “at least one transistor circuit assembly configured to either shut down the first driver by sending a predetermined low-level signal to the dimming controllable device when the line voltage from the AC mains is available or to enable the first driver by sending a predetermined high-level signal to the dimming controllable device when the line voltage from the AC mains is unavailable” | Plain meaning. | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |

### B. Proposed Constructions for U.S. Patent No. 10,237,946

| No. | ’946 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 1 | “dimming controllable device” (claim 1) | “a logic circuit and switch controlled by a logic control module” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |
| 2 | “power sustaining device” (claim 1) | Governed by 35 U.S.C. § 112(f). Indefinite.<br>**Function**: “upon enablement, reaching an operating voltage to sustain the operation of the second driver”<br>**Corresponding structure**: None. The specification does not disclose adequate corresponding structure for performing the claimed function thereby rendering the claim indefinite. | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |

| No. | ’946 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 3 | “meet LED luminaire efficacy requirements”<br>(claim 1) | Indefinite. | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |
| 4 | “forward voltage across”<br>(claim 1) | “an applied voltage to provide for current flow” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support.<br>*Wiley Electrical and Electronics Engineering Dictionary* 297 (2004) (RAB-005158-RAB-005161) |

| No. | ’946 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 5 | “ground reference”<br>(claim 1) | “a baseline circuit voltage” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |
| 6 | “when a rechargeable battery test is performed, the first driver is enabled to operate the one or more LED arrays, whereas the second driver is inactivated”<br>(claim 1) | “when a user operates a test switch of the luminaire, the first driver is enabled to operate the one or more LED arrays, whereas the second driver is inactivated” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |

| No. | ’946 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 8 | “without flickering”<br><br>(claim 15) | Indefinite. | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |

### C. Proposed Constructions for U.S. Patent No. 10,645,782

| No. | ’782 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 1 | “to meet LED luminaire efficacy requirements”<br>(claim 1) | Indefinite. | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |
| 2 | “control device”<br>(claims 1, 21) | Indefinite. | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |

| No. | ’782 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 3 | “partially coupled”<br>(claims 1, 21) | Indefinite. | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |
| 4 | “forward voltage across”<br>(claims 1, 21) | “an applied voltage to provide for current flow” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support.<br>*Wiley Electrical and Electronics Engineering Dictionary* 297 (2004) (RAB-005158-RAB-005161) |

| No. | ’782 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 5 | “ground reference”<br>(claims 1, 21) | “a baseline circuit voltage” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |

**D. Proposed Constructions for U.S. Patent No. 11,172,551**

| No. | '551 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 1 | "forward voltage across thereon" (claims 1, 13) | "an applied voltage to provide for current flow" | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aledrra's, and/or may address Aleddra's alleged support.<br><br>*Wiley Electrical and Electronics Engineering Dictionary* 297 (2004) (RAB-005158-RAB-005161) |

| No. | ’551 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 2 | “ground reference”<br>(claims 1, 13, 16) | “a baseline circuit voltage” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |
| 3 | “connected in series”<br>(claims 1, 3, 13, 15) | “components connected end to end to conduct a same current” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |

| No. | ’551 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 4 | “sustain a dimming function when controlling the LED driving current”<br>(claims 1, 13)<br>“sustain the dimming function when controlling the LED driving current”<br>(claim 15) | Indefinite. | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |
| 5 | “coupled in parallel”<br>(claim 13) | “components connected to provide different current paths to a same current” | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra’s claim construction position on this term, including explaining why RAB’s position should be adopted over that of Aledrra’s, and/or may address Aleddra’s alleged support. |

### E. Proposed Constructions for U.S. Patent No. 11,846,396

| No. | '396 Claim Term (and Relevant Claim) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| 1 | "rechargeable battery test" (claim 1) | "a test of emergency operation, initiated by a person, in which line voltage from the AC mains is removed from the luminaire" | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aledrra's, and/or may address Aleddra's alleged support. |
| 2 | "forward voltage across" (claim 1) | "an applied voltage to provide for current flow" | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aledrra's, and/or may address Aleddra's alleged support.<br><br>*Wiley Electrical and Electronics Engineering Dictionary* 297 (2004) (RAB-005158-RAB-005161) |

## II. PRELIMINARY IDENTIFICATION OF EXPERT TESTIMONY

RAB intends to rely on expert testimony in support of its constructions, including: expert testimony regarding the technology that underlies the alleged inventions; the level of ordinary skill in the art; how the patent, claims, disputed claim terms, and intrinsic or extrinsic evidence would be understood by one of ordinary skill in the art; the alleged inventions claimed in the Asserted Patents; and any other opinions or testimony useful to the Court in conducting the requisite claim constructions. RAB may also offer expert testimony for any technical tutorials, or to rebut any extrinsic evidence offered by Aleddra. RAB preliminarily identifies Mr. Richard Flasck as said expert and his CV was served on Aleddra's counsel on September 17, 2026 via email.

Date: October 9, 2026

*<u>/s/ Nathan R. Speed</u>*

William E. Davis, III
Texas State Bar No. 24047416
Thomas J. Fisher
VA Bar No 44062; DC Bar No 1643972
Ty Wilson
Texas State Bar No. 24106583
DAVIS FIRM PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
T: (903) 230-9090 / F: (903) 230-9661
bdavis@davisfirm.com
twilson@davisfirm.com
tfisher@davisfirm.com

Michael N. Rader (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue, 25th Floor
New York, NY 10158
mrader@wolfgreenfield.com
617.646.8000 Phone
617.646.8646 Fax

Scott A. McKeown (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
901 New York Avenue, NW, Suite 500 East
Washington, DC 20001

smckeown@wolfgreenfield.com
202.571.5001 Phone
617.646.8646 Fax

Nathan R. Speed (*pro hac vice)*
John W. Custer (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
nspeed@wolfgreenfield.com
jcuster@wolfgreenfield.com
617.646.8000 Phone
617.646.8646 Fax

*Counsel for Defendant RAB Lighting Inc.*