**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

ALEDDRA INC.,

*Plaintiff,*

v.

RAB LIGHTING INC.,

*Defendant.*

CIVIL ACTION NO. 7:26-cv-00065-O

**JURY TRIAL DEMANDED**

## JOINT NOTICE OF STIPULATION TO EXTEND DEADLINE FOR EXPERT DESIGNATIONS AND REPORTS

Pursuant to the Court's Scheduling Order, Dkt. 19 (the "Scheduling Order"), Plaintiff Aleddra Inc. ("Aleddra") and Defendant RAB Lighting Inc. ("RAB") (collectively, the "Parties") respectfully submit this Joint Notice of Stipulation to Extend Deadline for Expert Designations and Reports, and state as follows:

On July 7, 2026, the Court entered the Scheduling Order setting the deadline for Expert designations and reports to **October 9, 2026** (¶ 9(a)).

Paragraph 9(a) of the Scheduling Order allows for extension of the expert designation deadline if "stipulated or directed by order."

In accordance with paragraph 9(a), the Parties previously stipulated extend the deadline for expert designations and Rule 26(a)(2) disclosures, including expert reports, from October 9, 2026, to November 4, 2026.

In accordance with paragraph 9(a), the Parties hereby additionally stipulate to extend the deadline for expert designations and Rule 26(a)(2) disclosures, including expert reports, from **November 4, 2026** to **November 18, 2026**.

This stipulation does not require extension of any other deadlines in the Court's Scheduling Order.

Dated: October 30, 2026


/s/ *Etai Lahav*
David C. Radulescu, Ph.D. (*pro hac vice*)
Etai Lahav (*pro hac vice*)
Bryon Wasserman (*pro hac vice*)
Michael Sadowitz (*pro hac vice*)
Jonathan Auerbach (*pro hac vice*)
Andrew Brown (*pro hac vice*)
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, New York 10001
Telephone: (646) 502-5950
Facsimile: (646) 502-5959
david@radip.com
etai@radip.com
bryon@radip.com
mike@radip.com
jonathan@radip.com
andy@radip.com

Kevin S. Kudlac (Bar No. 00790089)
**RADULESCU LLP**
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: (512) 656-5743
kevin@radip.com

Steven Callahan
Christopher T. Bovenkamp
**Charhon Callahan Robson & Garza PLLC**
3333 Lee Parkway, Suite 460
Dallas, TX 75219
214-521-6400
Fax: 214-764-8392
scallahan@ccrglaw.com
cbovenkamp@ccrglaw.com

/s/ *William E. Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
Thomas J. Fisher
VA Bar No. 44062; DC Bar No. 1643972
Ty Wilson
Texas State Bar No. 24106583
DAVIS FIRM PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
T: (903) 230-9090 / F: (903) 230-9661
bdavis@davisfirm.com
twilson@davisfirm.com
tfisher@davisfirm.com

Michael N. Rader (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue, 25th Floor
New York, NY 10158
mrader@wolfgreenfield.com
617.646.8000 Phone
617.646.8646 Fax

Scott A. McKeown (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
601 Massachusetts Avenue NW
Washington, DC 20001
smckeown@wolfgreenfield.com
617.646.8000 Phone
617.646.8646 Fax

***ATTORNEYS FOR PLAINTIFF ALEDDRA INC.***

Nathan R. Speed (*pro hac vice*)
John W. Custer (*pro hac vice*)
Jason Balich (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
nspeed@wolfgreenfield.com
jcuster@wolfgreenfield.com
617.646.8000 Phone
617.646.8646 Fax

***COUNSEL FOR DEFENDANT RAB LIGHTING INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Etai Lahav*
Etai Lahav