**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| ALEDDRA INC. | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 7:26-cv-00065-O |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RAB LIGHTING INC. | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Motion for Leave to Amend its Infringement Contentions and supporting papers.

The Court, having considered the Motion, is of the opinion that it should be **GRANTED**.

SIGNED this ________day of ____________, 2026.

______________________________
**Reed O'Connor**
CHIEF UNITED STATES DISTRICT JUDGE