**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| ALEDDRA INC.<br><br>*Plaintiff*,<br><br>v.<br><br>RAB LIGHTING INC.<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:26-cv-00065-O<br><br>**JURY TRIAL DEMANDED** |

**APPENDIX IN SUPPORT OF PLAINTIFF ALEDDRA INC.'S**
**MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS**

Plaintiff Aleddra Inc. files this Appendix in support of its Motion for Leave to Amend its Infringement Contentions. Attached hereto are true and correct copies that are incorporated herein for all purposes as follows:

| Exhibit | Appx No. | Description |
|---|---|---|
| Exhibit 1 | APPX000001 - APPX000007 | Plaintiff Aleddra Inc.'s Preliminary Infringement Contentions, served on August 10, 2026. |
| Exhibit 2 | APPX000008 - APPX000060 | Plaintiff Aleddra Inc.'s Exemplary Preliminary Infringement Contentions claim chart, Ex. 905-1 |
| Exhibit 3 | APPX000061 - APPX000065 | Defendant RAB Lighting Inc.'s Production correspondences, dated August 28, 2026, September 16, 23-24, and 28, 2026. |
| Exhibit 4 | APPX000066 - APPX000115 | Defendant RAB Lighting Inc.'s Seventh Supplemental Interrogatory Responses to Aleddra's First Set of Interrogatories (Nos. 1-12), dated September 29, 2026. |
| Exhibit 5 | APPX000116 - APPX000123 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions. |
| Exhibit 6 | APPX000124 - APPX000176 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 905-01. |

| Exhibit | Appx No. | Description |
|---|---|---|
| Exhibit 7 | APPX000177 - APPX000226 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 905-02. |
| Exhibit 8 | APPX000227 - APPX000273 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 905-03. |
| Exhibit 9 | APPX000274 - APPX000331 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 946-01. |
| Exhibit 10 | APPX000332 - APPX000392 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 946-02. |
| Exhibit 11 | APPX000393 - APPX000446 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 946-03. |
| Exhibit 12 | APPX000447 - APPX000504 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 782-01. |
| Exhibit 13 | APPX000505 - APPX000558 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 782-02. |
| Exhibit 14 | APPX000559 - APPX000611 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 782-03. |
| Exhibit 15 | APPX000612 - APPX000634 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 551-03. |
| Exhibit 16 | APPX000635 - APPX000652 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 551-04. |
| Exhibit 17 | APPX000653 - APPX000679 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 551-05. |
| Exhibit 18 | APPX000680 - APPX000719 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 396-01. |
| Exhibit 19 | APPX000720 - APPX000759 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 396-02. |
| Exhibit 20 | APPX000760 - APPX000797 | Plaintiff Aleddra Inc.'s Redlined Amended Preliminary Infringement Contentions Claim Chart Exhibit 396-03. |
| Exhibit 21 | APPX000798 - APPX000799 | Email Correspondence between counsel for Plaintiff Aleddra Inc. and Defendant RAB Lighting, Inc. RE: |

| Exhibit | Appx No. | Description |
|---|---|---|
| | | Aleddra v. RAB - samples, dated September 16, 2026. |
| Exhibit 22 | APPX000800 - APPX000813 | Email Correspondence between counsel for Plaintiff Aleddra Inc. and Defendant RAB Lighting, Inc. RE: Aleddra Inc. v. RAB Lighting Inc.; Case No. 7:26-cv-00065-O - RAB's Preliminary Claim Constructions, dated November 2, 2026. |

Dated: November 5, 2026

Respectfully submitted,


*/s/ Jonathan Auerbach*
David C. Radulescu, Ph.D. (*pro hac vice*)
Etai Lahav (*pro hac vice*)
Bryon Wasserman (*pro hac vice*)
Michael Sadowitz (*pro hac vice*)
Jonathan Auerbach *(pro hac vice)*
Andrew S. Brown *(pro hac vice)*
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, New York 10001
Telephone: (646) 502-5950
Facsimile: (646) 502-5959
david@radip.com
etai@radip.com
bryon@radip.com
mike@radip.com
jonathan@radip.com
andy@radip.com

Kevin S. Kudlac (Bar No. 00790089)
**RADULESCU LLP**
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: (512) 656-5743
kevin@radip.com

Steven Callahan
Christopher T. Bovenkamp
**Charhon Callahan Robson & Garza PLLC**
3333 Lee Parkway, Suite 460
Dallas, TX 75219
214-521-6400
Fax: 214-764-8392
scallahan@ccrglaw.com

cbovenkamp@ccrglaw.com

***Attorneys for Plaintiff***
***Aleddra Inc.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on November 5, 2026, the foregoing document was filed electronically with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are deemed to have consented to electronic service.

By: */s/ Jonathan Auerbach*
Jonathan Auerbach