# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| ALEDDRA INC. | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 7:26-cv-00065 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RAB LIGHTING INC. | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF ALEDDRA INC.'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS PURSUANT TO MISCELLANEOUS ORDER NO. 62 ¶¶ 3-1 AND 3-2**

Plaintiff Aleddra Inc. ("Plaintiff" or "Aleddra") hereby discloses its Asserted Claims and Preliminary Infringement Contentions against Defendant RAB Lighting Inc. ("RAB" or "Defendant"). Aleddra bases these disclosures on its current knowledge, understanding, and belief as to the facts and information available as of the date of these disclosures. Aleddra has served RAB with discovery requests and interrogatories; however to date, RAB has not produced any relevant technical documents and has not provided relevant information in its interrogatory responses.

Additionally, Aleddra has not yet completed its investigation, collection of information, discovery, or analysis relating to this action. Additional discovery, including discovery from RAB and third parties, may require Aleddra to amend, revise, and/or supplement these disclosures or any accompanying exhibits. Aleddra thus specifically reserves the right to amend, revise, and/or supplement these disclosures and/or any accompanying exhibits if needed in

accordance with this Court's Scheduling Order and/or any other Orders of record in this matter, Miscellaneous Order No. 62, and/or Federal Rule of Civil Procedure 26(e) as additional documents and information become available and as discovery and investigation proceed. Aleddra reserves the right to supplement, modify, or amend these disclosures and exhibits to include additional products or services used, sold, made, or offered for sale in or imported into the United States by RAB.

## I. Misc. Order No. 62 ¶ 3-1(a)(1): Each claim of each patent-in-suit that is allegedly infringed by each opposing party.

Aleddra currently asserts that RAB infringes at least the below claims of the Asserts Patents under 35 U.S.C. § 271(a) by making, using, offering for sales, selling, and/or importing the Accused Instrumentalities.

| Asserted Patent | Asserted Claims |
|---|---|
| 10,225,905 | 1–2, 7, 9–18 |
| 10,237,946 | 1–5, 9–13, 15–20 |
| 10,645,782 | 1–2, 4–6, 8–10, 20–22, 24–26, 28–30, 40 |
| 11,172,551 | 1–5, 9–21 |
| 11,846,396 | 1–5, 15-17, 19 |

In accordance with Misc. Order No. 62 ¶ 3-7(b), Aleddra reserves the right to amend, supplement, and modify its list of asserted claims as it obtains additional information over the course of discovery.

## II. Misc. Order No. 62 ¶ 3-1(a)(2): Separately for each asserted claim, each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Instrumentality") of each opposing party of which the party is aware.

Aleddra contends that RAB infringes the below respective claims of the Asserted Patents by making, using, offering for sale, selling, and/or importing at least the following Accused Instrumentalities:

| Patent | Asserted Claims | Accused Instrumentality |
|---|---|---|
| '905 | 1, 7, 9–11, 14–18 | SBR10; T10EM-17; T10EM-24/-36/-48 |
| '905 | 2, 12 | SBR10; T10EM-17 |
| '905 | 13 | T10EM-17; T10EM-24/-36/-48 |
| '946 | 1–5, 9–10, 16–20 | SBR10; T10EM-17; T10EM-24/-36/-48 |
| '946 | 15 | T10EM-17; T10EM-24/-36/-48 |
| '946 | 11-13 | T10EM-17 |
| '782 | 1–2, 4–6, 8–10, 20–22, 24–26, 28–30, 40 | SBR10; T10EM-17; T10EM-24/-36/-48 |
| '551 | 13–21 | SBR10; T10EM-17 |
| '551 | 1–2, 9–12 | T10EM-24/-36/-48; T8-12-48G-8CCT-HYB; T8-15-48G-8CCGT-HYB |
| '396 | 1–5, 15-17, 19 | SBR10; T10EM-17; T10EM-24/-36/-48 |

Aleddra has not yet received any discovery from RAB on the circuit boards contained in the Accused Instrumentalities nor has it received discovery regarding the identity of additional RAB LED lighting products. Aleddra thus reserves the right to supplement and/or amend these contentions to show that the products charted in Exhibits 905-1-3; 946-1-3; 782-1-3; 551-1-5; and 396-1-3 are representative of other RAB lighting products incorporating the same or similar circuit board. For the avoidance of doubt, the Accused Instrumentalities include any products made, used, offered for sale, sold and/or imported by RAB that include the same circuit board as a charted Accused Instrumentality. In accordance with Misc. Order No. 62 ¶ 3-7(b), Aleddra

reserves all rights to move for an order to amend, supplement, and modify its list of Accused Instrumentalities as it obtains additional information over the course of discovery.

## III. Misc. Order No. 62 ¶ 3-1(a)(3): A chart identifying specifically and in detail where each element of each asserted claim is found within each accused instrumentality.

Aleddra attaches Exhibits 905-1-3; 946-1-3; 782-1-3; 551-1-5; and 396-1-3, and incorporates by reference these charts herein. Aleddra contends that none of the limitations of the asserted claims are governed by 35 U.S.C. § 112(f).

## IV. Misc. Order No. 62 ¶ 3-1(a)(4): Whether each element of each asserted claim is claimed to be literally present or present under the doctrine of equivalents in the accused instrumentality.

In Exhibits 905-1-3; 946-1-3; 782-1-3; 551-1-5; and 396-1-3, for each accused instrumentality, Aleddra provides a delineation of which infringement allegations are for literal infringement and/or which are under the doctrine of equivalents.

## V. Misc. Order No. 62 ¶ 3-1(a)(5): For any patent that claims priority to an earlier application, the priority date to which each asserted claim allegedly is entitled.

Aleddra presently contends that that the Asserted Patents are entitled to the priority dates disclosed in the below table.

| **Asserted Patent** | **Priority Date** |
|---|---|
| 10,225,905 | October 8, 2018 |
| 10,237,946 | December 3, 2018 |
| 10,645,782 | September 16, 2019 |
| 11,172,551 | May 21, 2020 |
| 11,846,396 | August 18, 2021 |

## VI. Misc. Order No. 62 ¶ 3-1(a)(6): If a party claiming patent infringement wishes to preserve the right to rely, for any purpose, on the assertion that its own apparatus, product, device, process, method, act, or other instrumentality practices the claimed invention, the party must identify, separately for each asserted claim, each such

**apparatus, product, device, process, method, act, or other instrumentality that incorporates or reflects that particular claim.**

Aleddra's products practice the claims of the Asserted Patents, as disclosed in the attached Exhibit A, which identifies, separately for each asserted claim, the Aleddra products that incorporates or reflects the particular claim. Aleddra's analysis is preliminary, and Aleddra reserves the right to identify additional products and practiced claims.

## VII. Misc. Order No. 62 ¶ 3-2: Document Production Accompanying Disclosure.

Aleddra is producing documents pursuant to Misc. Order No. 62 ¶ 3-2 that it has located through a reasonable search under separate cover. Aleddra's production is based on its investigation and analysis to date. Aleddra reserves the right to supplement, modify, or amend its production as discovery continues.

a. Misc. Order No. 62 ¶ 3-2(a)(1): Documents (e.g., contracts, purchase orders, invoices, advertisements, marketing materials, offer letters, beta site testing agreements, and third-party or joint-development agreements) sufficient to evidence any public use, offer for sale, sale, or other availability to the public of the claimed invention prior to the date of application for the patent-in-suit.

Based on its investigation and analysis to date, Aleddra is not presently aware of any documents responsive to this category.

b. Misc. Order No. 62 ¶ 3-2(a)(2): All documents evidencing the conception, reduction to practice, design, and development of each claimed invention, that were created on or before the date of application for the patent-in-suit or the priority date identified under paragraph 3-1 (a)(5), whichever is earlier.

Based on its investigation and analysis to date, Aleddra identifies the following production numbers: ALEDDRA_RAB-00000068 through ALEDDRA_RAB-00000570.

c. Misc. Order No. 62 ¶ 3-2(a)(3): A copy of the file history for each patent-in-suit;

Aleddra identifies the following production numbers: ALEDDRA_RAB-00000068 through ALEDDRA_RAB-00000570.

Dated: August 10, 2026

Respectfully submitted,

*<u>/s/ Etai Lahav</u>*
Steven Callahan
Christopher T. Bovenkamp
**Charhon Callahan Robson & Garza PLLC**
3333 Lee Parkway, Suite 460
Dallas, TX 75219
214-521-6400
Fax: 214-764-8392
scallahan@ccrglaw.com
cbovenkamp@ccrglaw.com

David C. Radulescu, Ph.D. (*pro hac vice*)
Etai Lahav (*pro hac vice*)
Bryon Wasserman (*pro hac vice*)
Michael Sadowitz (*pro hac vice*)
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, New York 10001
Telephone: (646) 502-5950
Facsimile: (646) 502-5959
david@radip.com
etai@radip.com
bryon@radip.com
mike@radip.com

Kevin S. Kudlac (Bar No. 00790089)
**RADULESCU LLP**
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: (512) 656-5743
kevin@radip.com

***Attorneys for Plaintiff***
***Aleddra Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 10, 2026, to all counsel of record via electronic mail.

*/s/ Mindy Tsoi*
Mindy Tsoi,
Senior Patent Paralegal