# EXHIBIT 2

**Claims 1–2, 7, 9–12, and 14–18 of U.S. Patent No. 10,225,905**

The below chart demonstrates how the RAB Emergency LED Tube BT01 (SBR10) (the "RAB SBR10 Tubes") infringes claims 1–2, 7, 9–12, and 14–18 of U.S. Patent No. 10,225,905 (the "'905 Patent"), either literally or under the doctrine of equivalents.

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| [1pre] A light-emitting diode (LED) luminaire, comprising: at least four electrical conductors configured to couple to alternate-current (AC) mains; | The RAB SBR10 Tubes are LED luminaires that include at least four electrical conductors configured to couple to alternate-current (AC) mains: conductors L and N couple the Emergency Power Board to the AC mains, and conductors LA and NA couple the Main Power Board to the AC mains. |

EXHIBIT 905-1 OF PLAINTIFF’S PRELIMINARY INFRINGEMENT CONTENTIONS

| ’905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) (“RAB SBR10 Tubes”) |
|---|---|

## CCT-Adjustable Emergency Tube

RAB




PROJECT:

DATE:

TYPE:

PREPARED BY:

Meets UL924 requirements

80 CRI | 50,000 HOURS | DAMP RATED | RoHS | FCC LISTED | ENCLOSED FIXTURE RATED | 120-277V

**KEY FEATURES**

- Designed to install quickly and simply as an emergency solution for T8 linear fixtures
- True UL 924-certified LED retrofit tube that is hardwired 24/7 to mains power
- Bypass the ballast: driver integrated directly into the lamp body
- 3 selectable color temperatures
- Backup battery provides 400 lumens of emergency illumination for a minimum of 90 minutes up to 200 minutes
- Easy to install, simply remove existing sockets from fixture and wire tube directly

**PERFORMANCE**

| Catalog Number | Length | Wattage Equivalency | Input Wattage | Lumens | Efficacy | Dim Type | Input Voltage | Beam Angle | Color Temperature | CRI | L70 Lifespan | Base Type | DLC ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SBR10 | 4 ft | 32W Fluorescent | 14.5W | 3500K @ 1,750 lm; 4000K @ 1,800 lm; 5000K @ 1,800 lm | 3500K @ 121 lm/W; 4000K @ 124 lm/W; 5000K @ 124 lm/W | TRIAC/ELV | 120-277V | 140° | 3500K/ 4000K/5000K | 80 CRI | 50,000 hrs | Hardwired | S-ZGJKLK |

ALEDDRA_RAB-00000734 (SBR10 Specification Sheet)

| ’905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) (“RAB SBR10 Tubes”) |
|---|---|
| |   |

**EM Schematic:**



| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | **Main Schematic:**   |
| [1a] one or more LED arrays with a forward voltage across the one or more LED arrays; | The RAB SBR10 Tubes include one or more LED arrays with a forward voltage across the one or more LED arrays. The one or more LED arrays include a dedicated emergency LED array driven from the Emergency Power Board's LED-array output (CON1: LD+/LD–) and one or more normal-operation LED arrays driven from the Main Power Board's LED-array output (P1: LD+/LD–).   |

EXHIBIT 905-1 OF PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS

| | |
|---|---|
| | **EM Schematic:**  |

| | |
|---|---|
| | **Main Schematic:** |



<table>
<tr><th>'905 Patent Claim</th><th>RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes")</th></tr>
<tr><td></td><td>

**LED Board Schematic:**




</td></tr>
<tr><td>[1b] a rechargeable battery;</td><td>The RAB SBR10 Tubes include a rechargeable battery.</td></tr>
</table>

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
| --- | --- |
| | **BW Schematic:**   |
| [1c] a first full-wave rectifier and a second full-wave rectifier coupled to the at least four electrical conductors and configured to respectively convert a line voltage from the AC mains into a first direct-current (DC) voltage and a second DC voltage; | The RAB SBR10 Tubes include a first full-wave rectifier (bridge rectifier BD1, Emergency Power Board) and a second full-wave rectifier (bridge rectifier BD1A, Main Power Board) coupled to the at least four electrical conductors (L/N and LA/NA, respectively) and configured to respectively convert a line voltage from the AC mains into a first direct-current (DC) voltage and a second DC voltage. |

EXHIBIT 905-1 OF PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS

**EM Schematic:**



<table>
<tr><th>'905 Patent Claim</th><th>RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes")</th></tr>
<tr><td></td><td>

**Main Schematic:**




</td></tr>
<tr><td>[1d] a first input filter and a second input filter respectively coupled to the first full-wave rectifier and the second full-wave rectifier, the first input filter and the second input filter configured to suppress an electromagnetic interference (EMI) noise;</td><td>The RAB SBR10 Tubes include a first input filter and a second input filter respectively coupled to the first full-wave rectifier (BD1) and the second full-wave rectifier (BD1A), the first input filter and the second input filter configured to suppress an electromagnetic interference (EMI) noise.</td></tr>
</table>

**EM Schematic:**



| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | **Main Schematic:**   |
| [1e] a charging circuit comprising a first transformer, a first ground reference, and a second ground reference electrically isolated from the first ground reference, the charging circuit coupled to the first full-wave rectifier via the first input filter and configured to convert the first DC voltage into a third DC voltage that charges the rechargeable battery | The RAB SBR10 Tubes include a charging circuit comprising a first transformer, a first ground reference, and a second ground reference electrically isolated from the first ground reference, the charging circuit coupled to the first full-wave rectifier via the first input filter and configured to convert the first DC voltage into a third DC voltage that charges the rechargeable battery to reach a fourth DC voltage.<br><br>The third DC voltage ("VDC") charges the battery to reach a fourth DC voltage through the downstream battery charger stage including U2 ("E2706"). |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| to reach a fourth DC voltage; | **EM Schematic:**   |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | (see reproduced datasheet below) |

# LP3799

**Primary-Side-Controlled Isolated Constant-Voltage / Constant-Current Controller**

Manufacturer: Shenzhen Chip Hope Micro-electronics Ltd (brand: **LANDP**; 深圳市芯茂微电子有限公司).

Source document: **LP3799_CN_DS**, Rev. 1.5, dated 2024-01-11 (16 pp.). Original marking: "Shenzhen Chip Hope Micro-electronics LTD Confidential – Customer Use Only."

**Translator's note.** *This is an unofficial English translation of the Chinese-language LP3799 datasheet. The translation follows the source faithfully; all numeric values, symbols, and units are reproduced as printed in the original. Figures are reproduced unchanged from the original datasheet (Chinese labels inside a figure are translated in an accompanying key). Where a term is a standard power-electronics term of art, the conventional English term is used.*

## Revision History

| Version | Change Description | Date | Signed |
|---|---|---|---|
| 1.0 | First release | 2023-03-15 | AE |
| 1.1 | Updated VCC absolute-limit parameters | 2023-03-27 | AE |
| 1.2 | Updated LP3799EXX pin arrangement | 2023-04-06 | AE |
| 1.3 | Updated $R_{DS_ON}$ of LP3799EAB | 2023-04-28 | AE |
| 1.4 | Updated Peak Load description | 2023-06-16 | AE |
| 1.5 | Adjusted part numbers | 2024-01-11 | AE |

## Overview

The LP3799 integrates a >650 V high-voltage power MOSFET and uses a proprietary sensing method and algorithm; the system can operate in both constant-voltage (CV) and constant-current (CC) states.

The LP3799 uses primary-side feedback control, allowing the optocoupler and TL431 to be omitted, and can operate in both DCM and CCM.

In the CV operating state, the operating mode changes with load: at heavy load the device works in peak-current-controlled fixed-frequency mode; as the peak current and load decrease, and once the load falls to a certain level, the device works in variable-frequency mode, improving the average efficiency across the full load range by lowering the operating frequency.

In the CC operating state, the chip obtains the secondary-side current demagnetization duty ratio from the FB voltage, obtains the primary-side current average during the demagnetization time from the CS voltage center point, and achieves good constant-current characteristics through the product of a fixed primary-current average and the demagnetization duty ratio.

To improve overall system EMI, the LP3799 uses a proprietary multi-bit digital staircase frequency-dithering technique to lower conducted energy; it also uses a segmented drive scheme to reduce radiated energy, allowing the power supply to pass certification at low cost.

The LP3799 is offered in SOP7L / SOP8L / TO220F-6L(B) packages.

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | **Features**<br>• Integrated >650 V power MOSFET<br>• Supports CCM and DCM multi-mode operation<br>• High-precision constant-voltage and constant-current output characteristics<br>• Proprietary PEAKLOAD function<br>• Excellent EMI characteristics<br>• Excellent audio (acoustic-noise) characteristics<br>• Low startup current; standby power consumption <75 mW<br>• Programmable output cable-compensation function<br>• Built-in loop compensation (external compensation components can be omitted)<br>• Built-in soft-start circuit<br>• Multiple protection mechanisms: FB feedback-resistor open/short protection; CS short-circuit protection; output short-circuit protection; output over-current protection; inductor over-current protection; over-temperature protection (OTP); VCC over-voltage protection; VCC under-voltage protection<br>**Applications**<br>• Charger and adapter applications<br>• Other constant-voltage / constant-current applications<br><br><br>*Figure 1. LP3799 Typical Application*<br>ALEDDRA_RAB-00000661, ALEDDRA_RAB-00000677 (LP3799 Datasheet (translation)) at 677-678. |
| [1f] a first driver comprising a dimming controllable device, an input inductor, a diode connected in series | The RAB SBR10 Tubes include a first driver comprising a dimming controllable device (driver IC U3, "BP1371"), an input inductor (L4), a diode (D8) connected in series with the input inductor, and an output capacitor (C17) connected between the diode and the second ground reference, the first driver configured to receive the fourth DC voltage from the rechargeable battery (through contacts CON1 pins 4–3, fuse F2, and diode D7) and to convert the fourth DC voltage into a fifth DC voltage across the LD+/LD− rails to light up the one or more LED arrays when the line voltage from the AC mains is unavailable. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| with the input inductor, and an output capacitor connected between the diode and the second ground reference, the first driver configured to receive the fourth DC voltage from the rechargeable battery and to convert the fourth DC voltage into a fifth DC voltage to light up the one or more LED arrays when the line voltage from the AC mains is unavailable; | The output capacitor (C17) is connected between the diode (D8) and the second ground reference: its positive plate is electrically connected to the diode-side node through the current-sensing resistors (R29/R30), across which the voltage drop in operation is negligible, and its terminal voltages are referenced to the second ground reference at the buck converter's input supply (C10), whose negative terminal is the second ground reference — current supplied to C17 and the one or more LED arrays returns to the second ground reference through the BP1371 (its SW-to-GND conduction path). The diode (D8) is connected in series with the input inductor (L4): in each switching cycle, when the BP1371's internal switch is off, the inductor current flows through D8 and L4 in a single series loop. |

**EXHIBIT 905-1 OF PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS**

| | |
|---|---|
| | **EM Schematic:**  |

| | |
|---|---|
| | ***Zoomed-in view of first driver (U3 BP1371, L4, D8, C17):***  |

EXHIBIT 905-1 OF PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | (reproduced datasheet below) |

晶丰明源半导体

**BP1371**

40V/1.2A High Dimming Ratio LED Constant Current Driver

**GENERAL DESCRIPTION**

The BP1371 is a continuous conduction mode inductive step-down converter, designed for driving single or multiple series connected LEDs efficiently from a voltage source higher than the total LEDs chain voltage. With few outside components, BP1371 provides a high price performance ratio solution on the following applications: MR16 LEDs cup lighting, LEDs stage lighting, LEDs automotive lighting, LEDs solar lighting and LEDs Street lighting. The device operates from an input supply between 5V and 30V and the nominal average output current is set by an external resistant. The device provides an externally adjustable output current of up to 750mA for a single LED. Using the patent technology, the constant current of LED can be up to ±3%. A dedicated DIM pin accepts either a DC voltage (0.5V~2.5V) dimming or a wide range of pulsed dimming. Applying a voltage of 0.3V or lower to the DIM pin turns the output off and switches the device into a low current standby state.

BP1371 has a build-in power switch, based on different input voltage, BP1371 can drive several 1W or 3W LEDs. The device has the function of thermal shutdown protection and LED short-circuit/open-circuit protection.

The BP1371 is available in SOT89-5 packages.

**APPLICATIONS**

- Low voltage halogen replacement MR16/11 LEDs
- Automotive LED lighting
- LED stage lighting
- Solar LED lighting
- LED signal lighting
- LED Street lighting

**FEATURES**

- Simple low parts count
- Wide input voltage range: 5V to 40V
- Typical ±3% output current accuracy
- LED open-circuit protection
- LED short-circuit protection
- Up to 1.2A output current
- Single pin on/off and brightness control using DC voltage or PWM
- High efficiency (up to 97%)
- Adjustable Constant LED Current

BPS CONFIDENTIAL

**TYPICAL APPLICATION CIRCUIT**




Figure 1. Typical Application Circuit

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|

BPS
晶丰明源半导体

**BP1371**
40V/1.2A High Dimming Ratio
LED Constant Current Driver

**PIN ASSIGNMENT**




**PIN DESCRIPTIONS**

| PIN No. | PIN NAMES | DESCRIPTION |
|---|---|---|
| 1 | SW | Switch Output. SW is the drain of the internal N-Channel MOSFET switch. |
| 2 | GND | Signal and power ground. Connect directly to ground plane. |
| 3 | DIM | Enable switch, analog and PWM dimming input. |
| 4 | CS | Current sense input, sampling resistant contacts between CS and VIN |
| 5 | VIN | Input Supply Pin. Must be locally bypassed. |

**ORDERING INFORMATION**

| PACKAGE | TEMPERATURE RANGE | ORDERING PART NUMBER | TRANSPORT MEDIA | MARKING |
|---|---|---|---|---|
| SOT89-5 | -40 °C to 85 °C | BP1371 | Tape and Reel 4,000 units | BP1371 XYY |

BPS CONFIDENTIAL

BP1371_EN_DS_Rev.1.0 www.bpsemi.com 2
BPS Confidential – Customer Use Only

ALEDDRA_RAB-00000597 (BP1371 Datasheet) at 597-598.

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | **<u>Application of the Doctrine of Equivalents:</u>**<br>To the extent the claimed "output capacitor" is not literally "connected between the diode and the second ground reference," the accused "first driver" components including the output capacitor (C17) infringe under the doctrine of equivalents. By way of non limiting example: the accused first driver components perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed arrangement.<br>**Function:** The accused first driver components perform the identical function of converting the fourth DC voltage from the rechargeable battery into the fifth DC voltage that lights up the one or more LED arrays when the line voltage from the AC mains is unavailable. The input inductor L4 stores and transfers energy under switch control, the diode D8 rectifies and steers the inductor current, and the output capacitor C17 filters and stabilizes the fifth DC voltage supplied to the one or more LED arrays. C17 performs the identical function the claim assigns to the "output capacitor": it smooths the rectified inductor current into a stable DC output and provides the low impedance return path against which the fifth DC voltage is developed and delivered to the one or more LED arrays.<br>**Way:** C17 performs that function in substantially the same way the claim describes. C17 sits at the output of the diode-plus-inductor network of a buck-type switched-mode power converter, filtering the diode-steered current and holding the output node steady across the LED load, with its terminal voltages referenced to the converter's input supply (C10), which is connected to the second ground reference. As is common in buck and boost power converters, the converter's circuit elements — the inductor (L4), the switching transistor (internal to the BP1371), the diode (D8), and the output capacitor (C17) — are connected between the positive terminal of the input supply at C10 (through the current-sensing resistors R29/R30) and the negative terminal of that input supply, and the negative terminal at the buck converter's input is the same low-potential node the claim designates as the "second ground reference" for the emergency (battery) side of the circuit. The output capacitor therefore connects between the diode and the second ground reference in substantially the same way the claim recites: it sits at the output of a switched-mode power converter whose inductor-and-diode network is connected across an input supply whose ground reference is the second ground reference, storing charge on the diode's conduction phase and sourcing it to the one or more LED arrays between phases.<br>**Result:** The result is identical: a filtered, regulated fifth DC voltage derived from the fourth DC voltage of the rechargeable battery, developed across C17 and delivered to the one or more LED arrays to light them when the line voltage from the AC mains is unavailable. The accused first driver produces the same steady |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | emergency output the claimed "output capacitor connected between the diode and the second ground reference" is configured to produce.<br><br>**Insubstantial differences test (in the alternative):** By way of further, non limiting example: Any difference between C17's exact point of connection and the literal phrase "connected between the diode and the second ground reference" is insubstantial. Whether the capacitor's return plate is described as tied to the "second ground reference" or to the first driver's output-return node, it occupies the identical position in the topology and does the identical filtering-and-return job at the driver output. A person of ordinary skill in the art would recognize the two as interchangeable: the output capacitor of a battery-fed LED driver is, in either description, the element that filters the rectified inductor current and establishes the return reference for the fifth DC voltage delivered to the one or more LED arrays. The substitution changes nothing about how the first driver converts the fourth DC voltage into the fifth DC voltage or how it lights the one or more LED arrays in emergency operation. Moreover, the only element between the output capacitor's positive plate and the diode is the low-value current-sensing resistance (R29/R30), across which the voltage drop in operation is negligible — electrically, the output capacitor sits at the diode-side node — and the capacitor's negative plate is referenced to the second ground reference at the buck converter's input supply (C10).<br><br>Additionally, to the extent the accused first driver is found not to literally contain "an input inductor" and "a diode connected in series with the input inductor," these components infringe under the doctrine of equivalents. By way of non limiting example: these components perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed "input inductor" and series "diode."<br><br>**Function:** L4 and D8 perform the identical function the claim assigns to the "input inductor" and the "diode connected in series with the input inductor": together they convert the fourth DC voltage from the rechargeable battery into the fifth DC voltage that lights up the one or more LED arrays when the line voltage from the AC mains is unavailable. L4 performs the identical function of the claimed inductor, namely, it stores energy from the fourth DC voltage when the switch conducts and releases that energy to the output when the switch turns off. D8 performs the identical function of the claimed series diode, namely, it steers the inductor current along a single unidirectional path so the stored energy is delivered to the one or more LED arrays rather than circulating back into the rechargeable battery. |

| ’905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) (“RAB SBR10 Tubes”) |
|---|---|
| | **Way:** L4 and D8 accomplish that function in substantially the same way. In both the claimed arrangement and the accused first driver, a single inductor and a single diode are switched in a repeating cycle to move energy from the input side to the output side: the inductor charges during one phase and discharges during the other, and the diode enforces the one-way current path that makes the transfer possible. The only potential difference is the direction of voltage change: the accused first driver lowers the fourth DC voltage of the rechargeable battery to the fifth DC voltage needed by the one or more LED arrays. But the roles of the two elements do not change with that direction: L4 is still the energy storage inductor placed in the switched current path, and D8 is still the series rectifying diode that channels the inductor's current to the output. The way the two elements cooperate—i.e., inductive energy storage plus diode-enforced unidirectional transfer under switch control—is the way the claim describes.<br>**Result:** The result is identical: a regulated fifth DC voltage derived from the fourth DC voltage of the rechargeable battery and delivered to the one or more LED arrays to light them when the line voltage from the AC mains is unavailable. The accused first driver produces the same emergency LED output the claimed inductor-and-series-diode arrangement is configured to produce.<br>**Insubstantial differences test (in the alternative):** By way of further, non limiting example: The difference between a step-up and a step-down implementation of an inductor-and-diode driver is insubstantial for this claim element. The claim recites the structures “an input inductor” and “a diode connected in series with the input inductor,” and the accused first driver contains both an inductor (L4) in the switched path and a series rectifying diode (D8). A person of ordinary skill would recognize that reversing the topology between boost and buck does not eliminate either element or change what each one does: energy storage and one-way current steering remain, and the emergency conversion of the fourth DC voltage into the fifth DC voltage for the one or more LED arrays is unchanged. In both cases by standard design of circuit components and the one or more LED arrays, the fifth DC voltage provided by the driver is at an appropriate level to light up the one or more LED arrays. In operation, the diode and the inductor are connected in series in the ordinary electrical sense: during each switching cycle, when the BP1371’s internal switch is off, the inductor current flows through D8 and L4 in a single series loop (the freewheel phase), the same current flowing through both. And the accused arrangement is the BP1371’s own standard application: the inductor, freewheeling diode, and current-sense connections match the typical application circuit of the BP1371 datasheet. ALEDDRA_RAB-00000597 (BP1371 Datasheet) (Figure 1). |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | Plaintiff reserves the right to amend, modify and/or supplement these equivalents contentions in view of arguments or contentions made by RAB, its counsel or experts, e.g., in connection with claim construction or expert discovery. |
| [1g] a second driver comprising a second transformer and coupled to the second full-wave rectifier via the second input filter, the second driver configured to convert the second DC voltage into a sixth DC voltage that powers up the one or more LED arrays at full power and to meet LED luminaire efficacy requirements when the line voltage from the AC mains is available; and | The RAB SBR10 Tubes include a second driver comprising a second transformer (T1A) and coupled to the second full-wave rectifier (BD1A) via the second input filter, the second driver configured to convert the second DC voltage into a sixth DC voltage (output through C4A, L3A, and connector P1 LD+/LD−) that powers up the one or more LED arrays at full power and to meet LED luminaire efficacy requirements when the line voltage from the AC mains is available.<br>**Main Schematic:**<br><br> |

**EXHIBIT 905-1 OF PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS**

<table>
<tr><th>'905 Patent Claim</th><th>RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes")</th></tr>
<tr><td></td><td>
DIODES INCORPORATED<br>
Lead-free Green<br>
AL1692<br>
DIMMABLE LED CONTROLLER/DRIVER<br><br>
Description<br>
The DIODES™ AL1692 is a high performance, high power factor, high efficiency, and high current precision buck-boost and flyback dimmable LED controller/drivers for triac dimmable LED lamp applications. The AL1692 topology provides an accurate output current over wide line and load regulation. The wide switching frequency operates at boundary conduction mode (BCM) to ease EMI/EMC design and testing, to meet the latest regulatory standards.<br><br>
The AL1692 controller with external MOSFET can support higher output power application, up to 25W. The AL1692-20C LED driver integrates with 600V/2A MOSFET. The AL1692 platform solutions can cover both 120Vac and 230Vac applications. The AL1692 has the built-in thermal fold-back protection trigger point to automatically reduce output current. Other protection features enhance LED lighting system's safety and reliability.<br><br>
The AL1692 dimming curve is compliant with the NEMA SSL6 standard. The AL1692 applies to a wide range of dimmers, including leading edge and trailing edge dimmer, to achieve deep dimming down to 1%.<br><br>
The AL1692 controller is available in SO-8 package. The AL1692-20C is available in SO-7 package.<br><br>
Pin Assignments<br>
(Top View)<br>

<br>
SO-8<br>
(Top View)<br>

<br>
SO-7<br><br>
Features<br>
• Tight Current Sense Tolerance: ±3%<br>
• Low Startup Current: 100μA Typical<br>
• Low Operation Current: 210μA (Switching Frequency at 4kHz)<br>
• Single Winding Inductor<br>
• Wide Range of Dimmer Compatibility<br>
• For Controller Power Can Drive up to 25W<br>
• For MOSFET Options: 600V/2A<br>
• NEMA SSL6 Dimming Curve Compliant<br>
• Internal Protections<br>
  ▪ Undervoltage Lockout (UVLO)<br>
  ▪ Leading-Edge Blanking (LEB)<br>
  ▪ Cycle-by-Cycle Overcurrent Protection (OCP)<br>
  ▪ Output Open/Short Protection (OVP/OSP)<br>
  ▪ Thermal Foldback Protection (TFP)<br>
  ▪ Overtemperature Protection (OTP)<br>
• SO-8 (Controller) and SO-7 (With MOSFET) Packages<br>
• Totally Lead-Free & Fully RoHS Compliant (Notes 1 & 2)<br>
• Halogen and Antimony Free. "Green" Device (Note 3)<br>
• For automotive applications requiring specific change control (i.e. parts qualified to AEC-Q100/101/104/200, PPAP capable, and manufactured in IATF 16949 certified facilities), please contact us or your local Diodes representative.<br>
https://www.diodes.com/quality/product-definitions/<br><br>
Applications<br>
• Mains dimmable LED lamps<br>
• Offline LED power supply drivers<br><br>
Notes: 1. No purposely added lead. Fully EU Directive 2002/95/EC (RoHS), 2011/65/EU (RoHS 2) & 2015/863/EU (RoHS 3) compliant.<br>
2. See https://www.diodes.com/quality/lead-free/ for more information about Diodes Incorporated's definitions of Halogen- and Antimony-free, "Green" and Lead-free.<br>
3. Halogen- and Antimony-free "Green" products are defined as those which contain <900ppm bromine, <900ppm chlorine (<1500ppm total Br + Cl) and <1000ppm antimony compounds.<br><br>
AL1692 Document number: DS39008 Rev. 3 - 2   1 of 15 www.diodes.com   December 2022 © 2022 Copyright Diodes Incorporated. All Rights Reserved.<br><br>
ALEDDRA_RAB-00000576 (AL1692 Datasheet).
</td></tr>
<tr><td>[1h] a logic control circuit comprising at least one transistor circuit assembly configured to either</td><td>The RAB SBR10 Tubes include a logic control circuit comprising at least one transistor circuit assembly configured to either shut down the first driver by sending a predetermined low-level signal to the dimming controllable device when the line voltage from the AC mains is available or to enable the first driver by</td></tr>
</table>

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| shut down the first driver by sending a predetermined low-level signal to the dimming controllable device when the line voltage from the AC mains is available or to enable the first driver by sending a predetermined high-level signal to the dimming controllable device when the line voltage from the AC mains is unavailable, | sending a predetermined high-level signal to the dimming controllable device when the line voltage from the AC mains is unavailable.<br><br>When the line voltage from the AC mains is available, transistor Q2 of the transistor circuit assembly conducts and drives the DIM input of the dimming controllable device (BP1371) to the predetermined low level, shutting down the first driver; when the line voltage from the AC mains is unavailable, the transistor circuit assembly's output establishes the predetermined high-level signal at that same input, enabling the first driver. *See supra* [1f]; ALEDDRA_RAB-00000597 (BP1371 Datasheet).<br><br>The "transistor circuit assembly" of the "logic control circuit" is identified below. Note that other areas of the schematic are identified in gray to assist with understanding the function of claim [1h]; these are not necessarily part of the claimed "logic control circuit." |

**EXHIBIT 905-1 OF PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS**

**EM Schematic:**



| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|

晶丰明源半导体

**BP1371**

40V/1.2A High Dimming Ratio
LED Constant Current Driver

**GENERAL DESCRIPTION**

The BP1371 is a continuous conduction mode inductive step-down converter, designed for driving single or multiple series connected LEDs efficiently from a voltage source higher than the total LEDs chain voltage. With few outside components, BP1371 provides a high price performance ratio solution on the following applications: MR16 LEDs cup lighting, LEDs stage lighting, LEDs automotive lighting, LEDs solar lighting and LEDs Street lighting. The device operates from an input supply between 5V and 30V and the nominal average output current is set by an external resistant. The device provides an externally adjustable output current of up to 750mA for a single LED. Using the patent technology, the constant current of LED can be up to ±3%. A dedicated DIM pin accepts either a DC voltage (0.5V~2.5V) dimming or a wide range of pulsed dimming. Applying a voltage of 0.3V or lower to the DIM pin turns the output off and switches the device into a low current standby state.

BP1371 has a build-in power switch, based on different input voltage, BP1371 can drive several 1W or 3W LEDs. The device has the function of thermal shutdown protection and LED short-circuit/open-circuit protection.

The BP1371 is available in SOT89-5 packages.

**APPLICATIONS**

- Low voltage halogen replacement MR16/11 LEDs
- Automotive LED lighting
- LED stage lighting
- Solar LED lighting
- LED signal lighting
- LED Street lighting

**FEATURES**

- Simple low parts count
- Wide input voltage range: 5V to 40V
- Typical ±3% output current accuracy
- LED open-circuit protection
- LED short-circuit protection
- Up to 1.2A output current
- Single pin on/off and brightness control using DC voltage or PWM
- High efficiency (up to 97%)
- Adjustable Constant LED Current

BPS CONFIDENTIAL

**TYPICAL APPLICATION CIRCUIT**




Figure 1. Typical Application Circuit

ALEDDRA_RAB-00000597 (BP1371 Datasheet).

**<u>Application of the Doctrine of Equivalents</u>:**

To the extent the accused transistor circuit assembly is not found to literally "enable the first driver by sending a predetermined high-level signal to the dimming controllable device when the line voltage from the AC mains is unavailable," the accused transistor circuit assembly infringes under the doctrine of equivalents.

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | By way of non limiting example: the accused logic control circuit performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed arrangement:<br>**Function:** The accused transistor circuit assembly performs the identical function the claim assigns to it, i.e., controlling the dimming controllable device so as to shut down the first driver when the line voltage from the AC mains is available and to enable the first driver when the line voltage from the AC mains is unavailable. It performs that function by establishing, at the DIM/enable input of the dimming controllable device, the predetermined low-level signal when the line voltage from the AC mains is available and the predetermined high-level signal when the line voltage from the AC mains is unavailable. In the emergency (battery) state, the accused transistor circuit assembly sets the dimming controllable device's DIM/enable input to its predetermined high level, which is the identical function of enabling the first driver so that it converts the fourth DC voltage from the rechargeable battery into the fifth DC voltage to light up the one or more LED arrays.<br>**Way:** The accused transistor circuit assembly accomplishes that function in substantially the same way the claim describes: a single control node at the dimming controllable device's DIM/enable input, the level of which is governed by the state of the transistor circuit assembly's output in lockstep with the presence or absence of the line voltage from the AC mains. When the line voltage from the AC mains is available, the transistor circuit assembly holds that input at the predetermined low level, shutting down the first driver. When the line voltage from the AC mains is unavailable, the transistor circuit assembly's output ceases to hold that input low, and the DIM/enable input assumes the predetermined high level, enabling the first driver. In both states it is the condition of the transistor circuit assembly—conducting versus non-conducting—that determines whether the dimming controllable device sees the predetermined low-level signal or the predetermined high-level signal.<br>**Result:** The result is identical: the first driver is shut down when the line voltage from the AC mains is available and enabled when the line voltage from the AC mains is unavailable, so that the one or more LED arrays are lit from the fifth DC voltage during a mains outage. The accused logic control circuit produces the same automatic hand-off between mains and emergency operation that the claimed "logic control circuit comprising at least one transistor circuit assembly" is configured to produce.<br>**Insubstantial differences test (in the alternative):** By way of further, non limiting example: Any difference between affirmatively driving the DIM/enable input to its high level and allowing that input to assume its predetermined high level once the transistor circuit assembly stops holding it low is insubstantial. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | A person of ordinary skill in the art would recognize these as two implementations of the same one-node on/off control: in either case, the predetermined high and low levels are the same levels to which the dimming controllable device responds, and in either case it is the transistor circuit assembly's output state that determines which level appears at the DIM/enable input. Obtaining the predetermined high level through the dimming controllable device's own enable behavior, rather than through an added drive transistor or pull-up, does not change what the transistor circuit assembly does (govern the enable state of the dimming controllable device), how it does it (setting the DIM/enable input via its output in step with the presence of the line voltage from the AC mains), or the result (the first driver disabled with the line voltage present and enabled with it absent). Nor does this reading remove the "transistor circuit assembly" or the "dimming controllable device" as distinct elements: the transistor circuit assembly remains the element that determines when the DIM/enable input is at its predetermined high or low level, and the dimming controllable device remains the element that receives that signal and drives, or shuts down, the fifth DC voltage accordingly.<br><br>Plaintiff reserves the right to amend, modify and/or supplement these equivalents contentions in view of arguments or contentions made by RAB, its counsel or experts, e.g., in connection with claim construction or expert discovery. |
| [1i] wherein: the charging circuit, the first driver, the second driver, and the logic control circuit are configured to auto-select either the fifth DC voltage or the sixth DC voltage to operate the one or more LED arrays; and | In the RAB SBR10 Tubes, the charging circuit, the first driver, the second driver, and the logic control circuit are configured to auto-select either the fifth DC voltage or the sixth DC voltage to operate the one or more LED arrays.<br><br>The RAB SBR10 Tubes are configured to automatically select between two power sources for the one or more LED arrays. RAB markets the SBR10 as a "TRUE, UL 924 CERTIFIED EMERGENCY LED TUBE" that "[s]tays lit when it matters most," delivering "1800 lumens under normal operating conditions and 400 lumens while in emergency mode." ALEDDRA_RAB-00000741 (SBR10 Sell Sheet) at 741-742. The SBR10 Spec Sheet describes a "[t]rue UL 924-certified LED retrofit tube that is hardwired 24/7 to mains power" whose "[b]ackup battery provides 400 lumens of emergency illumination for a minimum of 90 minutes up to 200 minutes." ALEDDRA_RAB-00000734 (SBR10 Spec Sheet). RAB's installation instructions confirm the same two modes on the same lamp: with AC power not yet restored, "[t]he lamp may be lit at a dim light level powered by the built-in battery," and once power is restored, "[t]he lamp should be lit at full power."ALEDDRA_RAB-00000737 (SBR10 Instructions) at 738 (steps 9, 11-12). The |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | selection between the two power sources occurs automatically based on the availability of the line voltage from the AC mains.<br><br>When the line voltage from the AC mains is available, the second driver (on the main power board) converts the second DC voltage into the sixth DC voltage that operates the one or more LED arrays at full power, *see supra* [1g], while the logic control circuit shuts down the first driver by sending the predetermined low-level signal to the dimming controllable device, *see supra* [1h]. When the line voltage from the AC mains is unavailable, the logic control circuit enables the first driver, *see supra* [1h], which receives the fourth DC voltage from the rechargeable battery (charged to the fourth DC voltage by the charging circuit while mains power was present, *see supra* [1e]) and converts it into the fifth DC voltage to operate the one or more LED arrays, *see supra* [1f]. The fifth DC voltage operates the dedicated emergency LED array of the one or more LED arrays; the sixth DC voltage operates the normal-operation LED arrays. Thus, the charging circuit, the first driver, the second driver, and the logic control circuit auto-select either the fifth DC voltage or the sixth DC voltage to operate the one or more LED arrays. |
| [1j] when a rechargeable battery test is performed, both the first full-wave rectifier and the second full-wave rectifier are inactivated to disable both the charging circuit and the second driver. | In the RAB SBR10 Tubes, when a rechargeable battery test is performed, both the first full-wave rectifier and the second full-wave rectifier are inactivated to disable both the charging circuit and the second driver.<br><br>The RAB SBR10 Tubes are designed and sold for rechargeable battery testing. RAB includes an Emergency Test Switch with every SBR10: "A manual testing switch is included with the SBR10 to make routine testing a breeze." ALEDDRA_RAB-00000741 (SBR10 Sell Sheet) ("Emergency test switch included"); ALEDDRA_RAB-00000737 (SBR10 Instructions) at 738 (Accessory Package: "One Emergency Test Switch"); *id.* (step 6: "Install the Emergency Test Switch").] RAB's instructions direct that "[r]egulatory compliance tests" be performed per RAB's Emergency Testing Guide. ALEDDRA_RAB-00000737 (SBR10 Instructions) at 738 (step 13). RAB's SBR10 Emergency Testing Guide instructs: "Press the test button to cut the power to the AC driver and switch the system to emergency mode. Release the test button to return to normal mode."ALEDDRA_RAB-00000737 (SBR10 Instructions) at 740. As a UL 924-certified emergency luminaire ALEDDRA_RAB-00000741 (SBR10 Sell Sheet); ALEDDRA_RAB-00000734 (SBR10 Spec Sheet), the SBR10 is subject to routine battery testing that simulates the loss of the normal AC power supply. |

**EXHIBIT 905-1 OF PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS**

<table>
<tr><th>'905 Patent Claim</th><th>RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes")</th></tr>
<tr><td></td><td>

ACCESSORY PACKAGE




ALEDDRA_RAB-00000737 (SBR10 Instructions) at 738 (Accessory Package: "One Emergency Test Switch").

EMERGENCY TEST SWITCH DRAWING




ALEDDRA_RAB-00000737 (SBR10 Instructions) at 738 (Fig. 1: the Emergency Test Switch is a wall-box switch wired in series in the AC feed).

NOTE:

If there is an existing Emergency Test Switch in the fixture system, you can replace the existing tubes and ensure the Test Switch can still work properly according to the EMERGENCY TESTING GUIDE.

EMERGENCY TESTING GUIDE:

1. Press the test button to cut the power to the AC driver and switch the system to emergency mode.
2. Release the test button to return to normal mode.

ALEDDRA_RAB-00000737 (SBR10 Instructions) at 4 (Emergency Testing Guide)]

</td></tr>
</table>

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | <br>ALEDDRA_RAB-00000737 (SBR10 Instructions) at 740 (Fig. 6: endcap indicator lamp — green = fully charged, red = recharging). |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | **EM Schematic:**   A rechargeable battery test is performed by removing the line voltage from the AC mains from the electrical conductors supplying the RAB SBR10 Tubes. When the rechargeable battery test is performed (with the line voltage removed from the conductors on both sides, i.e., the Emergency Test Switch actuated on the emergency side and the wall switch open on the normal-lighting side (as it is whenever the emergency output is being observed), or power otherwise removed at the breakers) no line voltage from the AC mains reaches the at least four electrical conductors. *See supra* [1pre]. With no line voltage to convert, both the first full-wave rectifier (BD1) and the second full-wave rectifier (BD1A) are inactivated: neither produces its |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | respective first DC voltage or second DC voltage. *See supra* [1c]. Inactivating the first full-wave rectifier disables the charging circuit, which is coupled to the first full-wave rectifier via the first input filter, *see supra* [1d], [1e]; inactivating the second full-wave rectifier disables the second driver, which is coupled to the second full-wave rectifier via the second input filter, *see supra* [1d], [1g]. The RAB SBR10 Tubes then operate the one or more LED arrays from the rechargeable battery (the fifth DC voltage, *see supra* [1f]) for the duration of the test, confirming battery capability. ALEDDRA_RAB-00000737 (SBR10 Instructions) at 740 (Emergency Testing Guide: "Press the test button to cut the power to the AC driver and switch the system to emergency mode."); ALEDDRA_RAB-00000741 (SBR10 Sell Sheet) (battery "can last for a minimum of 90 minutes and up to as much as 200 minutes"). |
| 2. The LED luminaire of claim 1, wherein the at least one transistor circuit assembly comprises a first transistor circuit and a second transistor circuit, wherein the at least one transistor circuit assembly receives both the third DC voltage and the fourth DC voltage, and wherein when the line voltage from the AC mains is available, the first transistor circuit turns off the second transistor circuit, thereby generating | The RAB SBR10 Tubes' at least one transistor circuit assembly (Q2, Q3, Q4, *see supra* [1h]) comprises a first transistor circuit (Q2 and Q3, together with their input branches) and a second transistor circuit (Q4). The at least one transistor circuit assembly receives both the third DC voltage and the fourth DC voltage: the third DC voltage is applied to the first transistor circuit (Q2) through the AC-presence branch (D5, ZD2, R16), and the fourth DC voltage is applied to the first transistor circuit (Q3) and to the second transistor circuit (Q4) through the battery-voltage branch (D9, R25, R24, R22). *See supra* [1h]. When the line voltage from the AC mains is available, the first transistor circuit turns off the second transistor circuit: Q3 of the first transistor circuit conducts and holds the control terminal of Q4 low, keeping the second transistor circuit switched off. The first transistor circuit thereby generates the predetermined low-level signal at the transistor circuit assembly's output to the dimming controllable device (the DIM input of the BP1371, U3): Q2 of the first transistor circuit, conducting in response to the third DC voltage, presents the predetermined low level at that output while the second transistor circuit is off. ALEDDRA_RAB-00000597 (BP1371 Datasheet). *See supra* [1h]. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| the predetermined low-level signal. | **EM Schematic:**  <br><br>**<u>Application of the Doctrine of Equivalents</u>:**<br>To the extent the first transistor circuit is found not to generate the predetermined low-level signal literally by the act of turning off the second transistor circuit, the accused first transistor circuit infringes under the doctrine of equivalents. By way of non limiting example: the accused transistor circuit assembly performs |

| **'905 Patent Claim** | **RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes")** |
|---|---|
| | substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed arrangement.<br><br>**Function:** The first transistor circuit performs the identical function: when the line voltage from the AC mains is available, it turns off the second transistor circuit and generates the predetermined low-level signal at the dimming controllable device, shutting down the first driver while the second driver operates the one or more LED arrays from the sixth DC voltage.<br><br>**Way:** In substantially the same way: the first transistor circuit responds to the same claimed inputs (the third DC voltage and the fourth DC voltage) and, in the same AC-available state, both switches the second transistor circuit off and establishes the predetermined low level at the transistor circuit assembly's shared output node to the dimming controllable device.<br><br>**Result:** The identical result: the predetermined low-level signal is present at the dimming controllable device whenever the line voltage from the AC mains is available, the first driver is shut down, and the one or more LED arrays operate at full power from the sixth DC voltage.<br><br>**Insubstantial differences test (in the alternative):** By way of further non limiting example, whether the predetermined low level appears at the shared output node because switching off the second transistor circuit removes a high drive from that node, or because an arm of the same first transistor circuit conducts to present the low level directly while the second transistor circuit is held off, is an insubstantial difference in the internal current path of the same claimed circuits. A person of ordinary skill in the art would recognize the two as interchangeable implementations of the same on/off signaling at a shared control node: the same first transistor circuit, acting on the same inputs, in the same state, producing the same predetermined low-level signal. The first transistor circuit and the second transistor circuit remain present and distinct, the turn-off occurs when the line voltage from the AC mains is available, and the predetermined low-level signal is generated by the claimed first transistor circuit.<br><br>Plaintiff reserves the right to amend, modify and/or supplement these equivalents contentions in view of arguments or contentions made by RAB, its counsel or experts, e.g., in connection with claim construction or expert discovery. |
| 3. The LED luminaire of claim 2, wherein | Not asserted. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| when the line voltage from the AC mains is unavailable, the first transistor circuit conducts an electric current to turn on the second transistor circuit, thereby generating the predetermined high-level signal. | |
| 4. The LED luminaire of claim 2, wherein the first transistor circuit comprises a first transistor, a second transistor, and a first diode, wherein the first transistor receives both the third DC voltage via the first diode and the fourth DC voltage, and wherein when the line voltage from the AC mains is available, the first transistor is turned off in a way to turn off the second transistor circuit, thereby | Not asserted. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| generating the predetermined low-level signal. | |
| 5. The LED luminaire of claim 2, wherein the second transistor circuit comprises a third transistor and a fourth transistor, wherein the third transistor receives the fourth DC voltage, wherein the fourth transistor receives a voltage from the first transistor circuit, and wherein when the line voltage from the AC mains is unavailable, the third transistor is turned on so as to generate the predetermined high-level signal. | Not asserted. |
| 6. The LED luminaire of claim 2, wherein the first transistor circuit, the second transistor circuit, and the rechargeable battery are in | Not asserted. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| communications with one another in a way that the first transistor circuit first compares the third DC voltage with the fourth DC voltage, then determines whether the line voltage from the AC mains is available or not, and finally controls the second transistor circuit to be switched off or switched on without ambiguity. | |
| 7. The LED luminaire of claim 1, wherein the logic control circuit further comprises at least one diode and at least one resistor connected in series with the at least one diode, wherein the at least one diode and the at least one resistor are electrically coupled between the charging circuit and the first | The RAB SBR10 Tubes' logic control circuit further comprises at least one diode (D5; Zener diode ZD2) and at least one resistor (R16) connected in series with the at least one diode. The at least one diode and the at least one resistor are electrically coupled between the charging circuit and the first driver: the series branch runs from the charging circuit's third DC voltage output (the VDC rail, *see supra* [1e]) through D5, ZD2, and R16 to the input of the at least one transistor circuit assembly, whose output drives the dimming controllable device of the first driver, *see supra* [1h]. The at least one diode and the at least one resistor are configured to control a current flowing direction (D5 conducts only from the VDC rail into the branch) and to set up a voltage drop from the third DC voltage to the fourth DC voltage (the forward drop of D5, the Zener drop of ZD2, and the drop across R16 step the branch down from the third DC voltage) so that the at least one transistor circuit assembly can readily determine whether the line voltage from the AC mains is available or not: current flows in the branch only when the third DC voltage is present — i.e., only when the line voltage from the AC mains is available. *See supra* [1e], [1h]. |

| ’905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) (“RAB SBR10 Tubes”) |
|---|---|
| driver, and wherein the at least one diode and the at least one resistor are configured to control a current flowing direction and to set up a voltage drop from the third DC voltage to the fourth DC voltage so that the at least one transistor circuit assembly can readily determine whether the line voltage from the AC mains is available or not. | **EM Schematic:**<br> |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | ***Zoomed-in view of the D5/ZD2/R16 branch:***   |
| 8. The LED luminaire of claim 1, wherein the logic control circuit further comprises a clamping circuit configured to substantially maintain an amplitude of the predetermined high-level signal to operate the first driver with a constant output | Not asserted. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| current, subsequently lighting up the one or more LED arrays without dimming until the fourth DC voltage becomes low enough because the rechargeable battery is used up its energy to operate the one or more LED arrays when the line voltage from the AC mains is unavailable. | |
| 9. The LED luminaire of claim 1, wherein the logic control circuit further comprises at least one pair of electrical contacts configured to electrically couple the rechargeable battery to the charging circuit, the first driver, and the logic control circuit and to operate thereof. | The RAB SBR10 Tubes' logic control circuit further comprises at least one pair of electrical contacts configured to electrically couple the rechargeable battery to the charging circuit, the first driver, and the logic control circuit and to operate thereof: (i) battery-connector terminals CON3 (P+/P−), through which the rechargeable battery is coupled to the charging circuit (charger output at D10), the first driver (through fuse F2 and diode D7), and the logic control circuit (through diode D9 and the R25/R24/R22 network); and (ii) the battery-connection contacts at CON1 pins 4–3 (the BAT/BOOSTIN path), closed by the emergency ON/OFF switch (S2) on the tube's LED board (*see supra* [1a]), which must be electrically connected for the battery to power and operate the first driver and the logic control circuit. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | **EM Schematic:**   |
| 10. The LED luminaire of claim 9, wherein the at least one pair of electrical contacts comprise | The RAB SBR10 Tubes' at least one pair of electrical contacts comprise electrical contacts in a switch (the emergency ON/OFF switch S2 on the tube's LED board, whose contacts close the battery's BAT/BOOSTIN path across CON1 pins 4–3, *see supra* [1a], claim 9) and/or electrical terminals accommodated for jumper |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| electrical contacts in a switch, a relay, and a jumper, or electrical terminals accommodated for jumper wires. | wires (the CON3 P+/P− terminals accommodating the battery pack's wire leads, and the CON1 pin 4–3 terminals). |
| 11. The LED luminaire of claim 1, wherein the charging circuit further comprises a first input and a first output electrically isolated from the first input by the first transformer, wherein the first input is coupled to the first ground reference via the first input filter, and wherein the first output is coupled to the second ground reference. | The RAB SBR10 Tubes' charging circuit further comprises a first input (the charging circuit's primary-side input, coupled to BD1 through the first input filter, *see supra* [1c], [1d]) and a first output (the charging circuit's secondary-side VDC output, *see supra* [1e]) electrically isolated from the first input by the first transformer (T1); the first input is coupled to the first (primary-side) ground reference via the first input filter, and the first output is coupled to the second (secondary-side) ground reference, *see supra* [1e]. |
| 12. The LED luminaire of claim 1, wherein the second driver further comprises a second input, a second output electrically isolated from the second input | Not asserted. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| by the second transformer, and a third ground reference, wherein the second input is coupled to the first ground reference via the second input filter, and wherein the second output is coupled to the third ground reference, further coupled to the first ground reference via a line-bypass safety capacitor to reduce a risk of electric shock. | |
| 13. The LED luminaire of claim 1, wherein the first driver further comprises a step-up converter with the fifth DC voltage higher than both the fourth DC voltage and the forward voltage across the one or more LED arrays to operate the one or | Not asserted. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| more LED arrays without flickering. | |
| 14. The LED luminaire of claim 1, wherein the first driver further comprises one or more current sensing resistors connected in series with the one or more LED arrays, the one or more current sensing resistors configured to control an output current to operate the one or more LED arrays such that the one or more LED arrays consume less power when the line voltage from the AC mains is unavailable than the one or more LED arrays do when the line voltage from the AC mains is available. | The RAB SBR10 Tubes' first driver further comprises one or more current sensing resistors (R29/R30, in parallel, in series with the LED arrays via the LD+ rail, *see supra* [1f]) connected in series with the one or more LED arrays, *see supra* [1a], the one or more current sensing resistors configured to control an output current (the BP1371 regulates the LED current sensed across R29/R30 between its CS and VIN pins, *see* ALEDDRA_RAB-00000597 (BP1371 Datasheet) at 598 (Pin 4 CS: "Current sense input, sampling resistant contacts between CS and VIN"); supra [1f]) to operate the one or more LED arrays such that the one or more LED arrays consume less power when the line voltage from the AC mains is unavailable (reduced lumen emergency operation, *see supra* [1f], [1i]; ALEDDRA_RAB-00000741 (SBR10 Sell Sheet) at 742 ("400 lumens while in emergency mode")) than the one or more LED arrays do when the line voltage from the AC mains is available (full power operation from the second driver, *see supra* [1g], [1i]; ALEDDRA_RAB-00000741 (SBR10 Sell Sheet) at 742 ("1800 lumens under normal operating conditions")).<br><br><br>Figure 1. Typical Application Circuit<br><br>ALEDDRA_RAB-00000597 (BP1371 Datasheet). |

| ’905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) (“RAB SBR10 Tubes”) |
|---|---|
| | Field-adjustable CCT.<br><br>Boasting three selectable color temperatures, the SBR10 is designed for 120-277V use and comes in a 14.5W model that delivers 1800 lumens under normal operating conditions and 400 lumens while in emergency mode.<br><br>ALEDDRA_RAB-00000741 (SBR10 Sell Sheet) at 742. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | **EM Schematic:**   |
| 15. The LED luminaire of claim 1, wherein the charging circuit further comprises a first step- | The RAB SBR10 Tubes' charging circuit further comprises a first step-down converter (LP3799A and the first transformer T1, *see supra* [1e]) with the third DC voltage (VDC, *see supra* [1e]) lower than the first DC voltage (the rectified line voltage produced by the first full-wave rectifier BD1, *see supra* [1c]) but higher than the fourth DC voltage (the voltage of the rechargeable battery, *see supra* [1b], [1e]) as required for the |

| **'905 Patent Claim** | **RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes")** |
|---|---|
| down converter with the third DC voltage lower than the first DC voltage but higher than the fourth DC voltage. | charging circuit to convert the first DC voltage into the third DC voltage that charges the rechargeable battery to reach the fourth DC voltage. *See supra* [1e]. |
| 16. The LED luminaire of claim 1, wherein the second driver further comprises a second step-down converter with the sixth DC voltage lower than the second DC voltage but higher than the forward voltage across the one or more LED arrays and wherein the second step-down converter is configured to operate the one or more LED arrays at full power. | The RAB SBR10 Tubes' second driver further comprises a second step-down converter (AL1692, Q2A, and the second transformer T1A, *see supra* [1g]) with the sixth DC voltage (the LED operating voltage at P1, *see supra* [1g]) lower than the second DC voltage (the rectified line voltage produced by the second full-wave rectifier BD1A, *see supra* [1c]) but higher than the forward voltage across the one or more LED arrays (*see supra* [1a]), and the second step-down converter is configured to operate the one or more LED arrays at full power when the line voltage from the AC mains is available. *See supra* [1g], [1i]; ALEDDRA_RAB-00000741 (SBR10 Sell Sheet) at 742 ("1800 lumens under normal operating conditions"); ALEDDRA_RAB-00000576 (AL1692 Datasheet). |
| 17. The LED luminaire of claim 1, wherein the at least four electrical conductors comprise two sets of electrical | The RAB SBR10 Tubes' at least four electrical conductors comprise two sets of electrical conductors—a first set (L, N) coupled to the Emergency Power Board and a second set (LA, NA) coupled to the Main Power Board, *see supra* [1pre]—and each of the first full-wave rectifier (BD1) and the second full-wave rectifier (BD1A) is respectively coupled to one of the two sets of electrical conductors, *see supra* [1pre], [1c]. |

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| conductors and wherein each of the first full-wave rectifier and the second full-wave rectifier is respectively coupled to one of the two sets of electrical conductors. | |
| 18. The LED luminaire of claim 17, wherein when only one of the first full-wave rectifier or the second full-wave rectifier is energized by the line voltage from the AC mains connected to one of the two sets of electrical conductors, the other one of the two sets of electrical conductors do not conduct electric current, thus no electric shock hazard possibly occurred. | In the RAB SBR10 Tubes, when only one of the first full-wave rectifier (BD1) or the second full-wave rectifier (BD1A) is energized by the line voltage from the AC mains connected to one of the two sets of electrical conductors (L/N or LA/NA, *see supra* claim 17), the other one of the two sets of electrical conductors does not conduct electric current, thus no electric shock hazard possibly occurred. The Emergency Power Board's input side (L/N, BD1) and the Main Power Board's input side (LA/NA, BD1A) have no galvanic connection to one another: each is electrically isolated from its board's secondary-side circuitry by the first transformer (T1) and the second transformer (T1A), respectively, with only line-bypass safety capacitors (Y1, *see supra* [1e] (figure); Y2A, figure below) bridging the isolation boundaries. Energizing one set of conductors therefore cannot drive conduction on the other set's exposed conductors. *See supra* [1e], [1g], claim 11. |

EXHIBIT 905-1 OF PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS

| '905 Patent Claim | RAB Emergency LED Tube BT01 (SBR10) ("RAB SBR10 Tubes") |
|---|---|
| | **Main Schematic:**   |