# EXHIBIT 3

wolf greenfield
INTELLECTUAL PROPERTY LAW

**Michael N. Rader**
Michael.Rader@WolfGreenfield.com
direct dial 617.646.8370

August 28, 2026

Byron Wasserman
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, New York 10001
bryon@radip.com

Re: Aleddra Inc. v. RAB Lighting Inc.
*Civil Action No.* 7:26-cv-00065-O

Dear Byron:

Available at the link below is document production VOL02 of RAB Lighting Inc., bearing Bates numbers: RAB-000555 - RAB-001719.

Link: https://private.filesanywhere.com/guest/fs?v=896b638b608f74bd9e6c&C=2574

These documents are designated as CONFIDENTIAL INOFRMATION and CONFIDENTIAL ATTORNEY EYES ONLY INFORMATION pursuant to the Joint Motion for Protective Order (D.I. 038)

The password to the FTP will be sent to you separately via email. Please note that this link will expire in 5 days. Should you have any trouble accessing these materials, please do not hesitate to contact us.

Very truly yours,
WOLF, GREENFIELD & SACKS, P.C.

Michael N. Rader
Shareholder
*Admitted to Practice: MA, NY*

cc: Counsel of Record

wolf greenfield
INTELLECTUAL PROPERTY LAW

**Michael N. Rader**
Michael.Rader@WolfGreenfield.com
direct dial 617.646.8370

September 16, 2026

Byron Wasserman
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, New York 10001
bryon@radip.com

Re: Aleddra Inc. v. RAB Lighting Inc.
*Civil Action No.* 7:26-cv-00065-O

Dear Byron:

Available at the link below is document production VOL04 of RAB Lighting Inc., bearing Bates numbers: RAB-001896 - RAB-002080.

Link: https://private.filesanywhere.com/guest/fs?v=896b638e5d939f77a297&C=2574

These documents are designated as CONFIDENTIAL INOFRMATION and CONFIDENTIAL ATTORNEY EYES ONLY INFORMATION pursuant to the Joint Motion for Protective Order (D.I. 038)

The password to the FTP will be sent to you separately via email. Please note that this link will expire in 5 days. Should you have any trouble accessing these materials, please do not hesitate to contact us.

Very truly yours,
WOLF, GREENFIELD & SACKS, P.C.

Michael N. Rader
Shareholder
*Admitted to Practice: MA, NY*

cc: Counsel of Record

wolf greenfield
INTELLECTUAL PROPERTY LAW

**Michael N. Rader**
Michael.Rader@WolfGreenfield.com
direct dial 617.646.8370

September 23, 2026

Bryon Wasserman
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, New York 10001
bryon@radip.com

Re: Aleddra Inc. v. RAB Lighting Inc.
*Civil Action No. 7:26-cv-00065-O*

Dear Bryon:

Available at the link below is document production VOL08 of RAB Lighting Inc., bearing Bates number: RAB-004630-RAB-004630.

Link: https://private.filesanywhere.com/guest/fs?v=896b64865a6470ba7368&C=2574

This document is designated as CONFIDENTIAL ATTORNEY EYES ONLY INFORMATION pursuant to the Joint Motion for Protective Order (D.I. 038).

The password to the FTP will be sent to you separately via email. Please note that this link will expire in 5 days. Should you have any trouble accessing these materials, please do not hesitate to contact us.

Very truly yours,
WOLF, GREENFIELD & SACKS, P.C.

Michael N. Rader
Shareholder
*Admitted to Practice: MA, NY*

cc: Counsel of Record

wolf greenfield
INTELLECTUAL PROPERTY LAW

**Michael N. Rader**
Michael.Rader@WolfGreenfield.com
direct dial 617.646.8370

September 24, 2026

Bryon Wasserman
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, New York 10001
bryon@radip.com

Re: Aleddra Inc. v. RAB Lighting Inc.
*Civil Action No.* 7:26-cv-00065-O

Dear Bryon:

Available at the link below is document production VOL09 of RAB Lighting Inc., bearing Bates numbers: RAB-004631 - RAB-004672.

Link: https://private.filesanywhere.com/guest/fs?v=896b64865c9ba7a6aa9f&C=2574

These documents are designated as CONFIDENTIAL ATTORNEY EYES ONLY INFORMATION pursuant to the Joint Motion for Protective Order (D.I. 038)

The password to the FTP will be sent to you separately via email. Please note that this link will expire in 5 days. Should you have any trouble accessing these materials, please do not hesitate to contact us.

Very truly yours,
WOLF, GREENFIELD & SACKS, P.C.

Michael N. Rader
Shareholder
*Admitted to Practice: MA, NY*

cc: Counsel of Record

wolf greenfield
INTELLECTUAL PROPERTY LAW

**Michael N. Rader**
Michael.Rader@WolfGreenfield.com
direct dial 617.646.8370

September 28, 2026

Bryon Wasserman
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, New York 10001
bryon@radip.com

Re: Aleddra Inc. v. RAB Lighting Inc.
*Civil Action No.* 7:26-cv-00065-O

Dear Bryon:

Available at the link below is document production VOL10 of RAB Lighting Inc., bearing Bates numbers: RAB-004673-RAB-004674.

Link: https://wolfgreenfield.kiteworks.cloud/w/f-a2ac4499-6efa-4eeb-8100-5d1684807f40

These documents are designated as CONFIDENTIAL ATTORNEY EYES ONLY INFORMATION pursuant to the Joint Motion for Protective Order (D.I. 038)

The password to the zip file will be sent to you separately via email. Please note that this link will expire in 5 days. Should you have any trouble accessing these materials, please do not hesitate to contact us.

Very truly yours,
WOLF, GREENFIELD & SACKS, P.C.

Michael N. Rader
Shareholder
*Admitted to Practice: MA, NY*

cc: Counsel of Record