# EXHIBIT 7

---

# REDACTED IN ITS ENTIRETY