# EXHIBIT 9

# REDACTED IN ITS ENTIRETY