# EXHIBIT 10

---

# REDACTED IN ITS ENTIRETY