# EXHIBIT 11

---

# REDACTED IN ITS ENTIRETY