# EXHIBIT 12

# REDACTED IN ITS ENTIRETY