# EXHIBIT 13

# REDACTED IN ITS ENTIRETY