# EXHIBIT 14

---

# REDACTED IN ITS ENTIRETY