# EXHIBIT 15

---

# REDACTED IN ITS ENTIRETY