# EXHIBIT 16

---

# REDACTED IN ITS ENTIRETY