# EXHIBIT 17

---

# REDACTED IN ITS ENTIRETY