# EXHIBIT 18

---

# REDACTED IN ITS ENTIRETY