# EXHIBIT 19

---

# REDACTED IN ITS ENTIRETY