# EXHIBIT 20

---

# REDACTED IN ITS ENTIRETY