# EXHIBIT 21

Outlook

**RE: Aleddra v. RAB - samples**

**From** Rader, Michael <Michael.Rader@WolfGreenfield.com>
**Date** Wed 9/16/2026 3:34 PM
**To** Etai Lahav <etai@radip.com>
**Cc** aleddra-RAB_SERVICE <aleddra-RAB_SERVICE@radip.com>; WGS-Aleddra v. RAB Lighting <WGS-Aleddrav.RAB@wolfgreenfield.com>

2 attachments (199 KB)
RABInvoice 31774020.pdf; RABInvoice 31775660.pdf;

Etai,

This went out in two batches, hence two invoices, with the delivery charge included on the second invoice. The two invoices are attached. Please pay promptly as discussed previously.

Thanks, Mike

---

**From:** Etai Lahav <etai@radip.com>
**Sent:** Tuesday, September 8, 2026 5:07 PM
**To:** Rader, Michael <Michael.Rader@WolfGreenfield.com>
**Cc:** aleddra-RAB_SERVICE <aleddra-RAB_SERVICE@radip.com>; WGS-Aleddra v. RAB Lighting <WGS-Aleddrav.RAB@wolfgreenfield.com>
**Subject:** Re: Aleddra v. RAB - samples

We will pay the invoice.
Please ship to
Dr. Regan Zane
[redacted]

Thank you.

--
Etai Lahav
Radulescu LLP | Partner

646-502-5957 Direct
646-502-5959 Fax
718-619-7605 Cell
5 Penn Plaza, 19th Fl
New York, NY 10001

etai@radip.com

**From:** Rader, Michael <Michael.Rader@WolfGreenfield.com>
**Sent:** Friday, 04 September 2026 16:22:12
**To:** Etai Lahav <etai@radip.com>
**Cc:** aleddra-RAB_SERVICE <aleddra-RAB_SERVICE@radip.com>; WGS-Aleddra v. RAB Lighting <WGS-Aleddrav.RAB@wolfgreenfield.com>
**Subject:** Aleddra v. RAB - samples

Etai,

Our client cannot automatically ship as few as 5 units. Many of the products come in boxes of 10 or 25 units (though some come in boxes of 5 units). With those minimums for shipping, attached is a quote from RAB for samples of all of the accused products they have. One or two of these are discontinued but our clint was still able to find a box to ship. Anything not on in this quote is discontinued and there were none available to ship.

If you approve and commit to pay the $8,055.05 price of the quote, and provide the address where you want it sent, we will have the client ship it out to you with the understanding that you will promptly pay the invoice.

Thanks, Mike

**Michael N. Rader**
**Shareholder**
Admitted to Practice: NY, MA
michael.rader@wolfgreenfield.com
O: 617.646.8370 | C: 617.308.5844

**Wolf, Greenfield & Sacks, P.C.**
BOSTON | NEW YORK | WASHINGTON DC
wolfgreenfield.com | LinkedIn

*This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*