**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| ALEDDRA INC. | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 7:26-cv-00065-O |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RAB LIGHTING INC. | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Motion for Leave to File Under Seal Plaintiff's Appendix In Support Of Its Motion For Leave To Amend Its Infringement Contentions.

The Court, having considered the Motion, is of the opinion that it should be **GRANTED**.

**IT IS** THEREFORE **ORDERED** that the specified portions of Plaintiff's Appendix in Support of its Motion for Leave to Amend Its Infringement Contentions are **SEALED**.

SIGNED this ________day of ____________, 2026.

______________________________
**Reed O'Connor**
CHIEF UNITED STATES DISTRICT JUDGE