# EXHIBIT A

**EXHIBIT A**

**ALEDDRA'S PROPOSED CONSTRUCTIONS AND IDENTIFICATION OF EVIDENCE**

## I. ALEDDRA'S IDENTIFICATION OF EVIDENCE

**A. Intrinsic evidence.** For each term, Aleddra identifies below the claims in which the term appears, the passages of the specification (by column and line of the issued patent, and by figure) that support Aleddra's position or that Aleddra may rely on to oppose RAB's position, and the relevant portions of the prosecution history. The Asserted Patents are related through continuation-in-part applications and share common disclosure; Aleddra's citations to the specification of one Asserted Patent include the corresponding disclosure in the other Asserted Patents and in the applications incorporated by reference therein, and Aleddra may rely on the specifications and prosecution histories of the related Asserted Patents and of those applications.

**B. Documents.** Aleddra identifies the following documents, all of which have been produced or are in RAB's possession: the manufacturer datasheets and specifications for the LED driver, charger, and battery-protection integrated circuits used in the Accused Products and cited in Aleddra's infringement contentions (e.g., ALEDDRA_RAB-00000571 – 00000729; RAB-001896 – 001997); RAB's product literature for the Accused Products, including specification sheets, sell sheets, and installation instructions (e.g., ALEDDRA_RAB-00000730 – 00000878; RAB-002072 – 002075); the prior art references and claim charts attached to RAB's Preliminary Invalidity Contentions (Exhibits A-1 through E-4), including as evidence of how RAB and a person of ordinary skill in the art apply the identified terms; RAB's Responses and Supplemental Responses to Aleddra's First Set of Interrogatories, including Interrogatory No. 12; and the file histories of the Asserted Patents and of the applications to which they claim priority.

**C. Dictionary definitions, industry standards, and published references.** Aleddra identifies the documents listed in the following table, which are referred to in the chart by the short forms indicated. Aleddra may rely on these materials as evidence of the plain and ordinary meaning of the identified terms to a person of ordinary skill in the art, in support of its positions, and in opposition to any construction or indefiniteness position RAB asserts. Aleddra may rely on any entry within any of these documents with respect to any identified term. The last four documents in the table (Wiley (Supp.), Elec. Packaging Dict., McGraw-Hill (Supp.), and IEEE Std 100 (Supp.)) are identified in response to RAB's untimely contention, first asserted on October 9, 2026, that "power sustaining device" is governed by 35 U.S.C. § 112(f) and is indefinite; Aleddra identifies them without waiver of its objection to that contention (Statement § II). Documents marked "(Supp.)" are supplemental entries from dictionaries previously produced; the entries from those dictionaries produced on October 9, 2026 are cited by their original short forms.

| Document | Short Form | Production Nos. |
|---|---|---|
| Webster's Ninth New Collegiate Dictionary (Merriam-Webster 1989) (selected entries) | Webster's Ninth | ALEDDRA_RAB-00029803 – 29819 |
| Merriam-Webster's Collegiate Dictionary (11th ed. 2003) (selected entries) | M-W Collegiate 11th | ALEDDRA_RAB-00029820 – 29844 |
| The American Heritage Dictionary of the English Language (4th ed. 2006) (selected entries) | AH Dictionary 4th | ALEDDRA_RAB-00029845 – 29871 |
| Chambers Science and Technology Dictionary (1988) (selected entries) | Chambers | ALEDDRA_RAB-00029872 – 29888 |
| McGraw-Hill Dictionary of Scientific and Technical Terms (4th ed. 1989) (selected entries) | McGraw-Hill | ALEDDRA_RAB-00029889 – 29909 |

| Document | Short Form | Production Nos. |
|---|---|---|
| The IEEE Standard Dictionary of Electrical and Electronics Terms (6th ed. 1996) (IEEE Std 100-1996) (selected entries) | IEEE Std 100 | ALEDDRA_RAB-00029910 – 29942 |
| Wiley Electrical and Electronics Engineering Dictionary (2004) (selected entries) | Wiley | ALEDDRA_RAB-00029943 – 29970 |
| Merriam-Webster Online Dictionary, merriam-webster.com (selected entries, accessed October 2026) | M-W Online | ALEDDRA_RAB-00029971 – 30240 |
| The American Heritage Dictionary of the English Language, ahdictionary.com (selected entries, accessed October 2026) | AH Online | ALEDDRA_RAB-00030241 – 30269 |
| ENERGY STAR Program Requirements for Luminaires, Eligibility Criteria Version 2.1 | ENERGY STAR V2.1 | ALEDDRA_RAB-00030270 – 30300 |
| ENERGY STAR Program Requirements for Luminaires, Eligibility Criteria Version 2.2 | ENERGY STAR V2.2 | ALEDDRA_RAB-00030301 – 30332 |
| DesignLights Consortium, Technical Requirements, Version 4.3 | DLC V4.3 | ALEDDRA_RAB-00030333 – 30349 |
| DesignLights Consortium, SSL Technical Requirements V4.4 vs. V5.0 vs. V5.1 Comparison (Apr. 28, 2020) | DLC Comparison | ALEDDRA_RAB-00030350 |
| DesignLights Consortium, Manufacturer's Guide (May 10, 2019) | DLC Guide | ALEDDRA_RAB-00030351 – 30491 |
| IEEE Std 1789-2015, IEEE Recommended Practices for Modulating Current in High-Brightness LEDs for Mitigating Health Risks to Viewers | IEEE 1789 | ALEDDRA_RAB-00030492 – 30571 |
| NEMA SSL 7A-2015, Phase-Cut Dimming for Solid State Lighting: Basic Compatibility | NEMA SSL 7A | ALEDDRA_RAB-00030572 – 30606 |
| NFPA 101, Life Safety Code (2018 ed.), §§ 7.8–7.9 | NFPA 101 | ALEDDRA_RAB-00030607 – 30610 |
| McGraw-Hill Dictionary of Scientific and Technical Terms (4th ed. 1989) (supplemental entries: device; power supply) | McGraw-Hill (Supp.) | ALEDDRA_RAB-00824291–295 |
| The IEEE Standard Dictionary of Electrical and Electronics Terms (6th ed. 1996) (IEEE Std 100-1996) (supplemental entry: power supply) | IEEE Std 100 (Supp.) | ALEDDRA_RAB-00824301–304 |
| Wiley Electrical and Electronics Engineering Dictionary (2004) (supplemental entries: device; hold-up time; power supply) | Wiley (Supp.) | ALEDDRA_RAB-00824305–310 |
| Electronic Packaging, Microelectronics and Interconnection Dictionary (1993) (entry: device) | Elec. Packaging Dict. | ALEDDRA_RAB-00824296–300 |

**D. Expert witnesses.** Aleddra may offer testimony from Dr. Regan Zane and Dr. Robert S. Balog. Each may testify regarding the level of ordinary skill in the art for each of the Asserted Patents; the technical background of LED luminaires and emergency LED luminaires, including rectifiers, input filters, charging circuits, battery protection circuits, switched-mode LED drivers (buck, boost, and flyback converters), dimming and enable control of LED driver circuits, hold-up and energy-storage components in switched-mode drivers, and phase-cut (TRIAC) dimmer compatibility; the meaning of the terms "forward voltage," "ground reference," "electrically isolated," "connected in series," "coupled in parallel," "efficacy," and "flicker" to a person of ordinary skill in the art, including the efficacy requirements applicable to LED luminaires and the industry standards and metrics for flicker and for phase-cut dimming; how a person of ordinary skill in the art would have understood each

of the terms identified in this chart in the context of the claims, specifications, and prosecution histories of the Asserted Patents, including that each such term has a plain and ordinary meaning in the art that is consistent with Aleddra's positions and that none requires construction; that "power sustaining device" connotes a class of structure to a person of ordinary skill in the art and that the '946 Patent discloses sufficient structure for it; and that a person of ordinary skill in the art, reading each term RAB contends is indefinite in light of the specification and prosecution history, would understand the scope of the claims with reasonable certainty. Each may also respond to any construction, extrinsic evidence, or expert testimony offered by RAB, including the testimony of Mr. Richard Flasck. Their curricula vitae have been or will be provided. References in the chart to "Expert testimony" refer to this paragraph.

## II. ALEDDRA'S CLAIM CONSTRUCTION CHART

### A. U.S. Patent No. 10,225,905

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 1 | "at least one transistor circuit assembly configured to either shut down the first driver by sending a predetermined low-level signal to the dimming controllable device when the line voltage from the AC mains is available or to enable the first driver by sending a predetermined high-level signal to the dimming controllable device when the line voltage from the AC mains is unavailable"<br><br>'905 Patent, claim 1 (and dependent claims 2, 7, 9–18) | Plain and ordinary meaning, which is: at least one transistor circuit assembly configured to either shut down the first driver by causing a signal at the predetermined low level to be present at the dimming controllable device when the line voltage from the AC mains is available, or to enable the first driver by causing a signal at the predetermined high level to be present at the dimming controllable device when the line voltage from the AC mains is unavailable. | **Claims:** '905 Patent, claims 1-8.<br><br>**Specification:** Abstract; Figs. 1-3; 3:66-4:5; 4:6-10; 4:11-14; 4:14-18; 4:18-29; 4:30-46; 4:47-50; 6:65-7:14; 7:30-34; 7:34-37; 7:44-55; 7:55-58; 8:47-58; 8:59-9:5; 9:5-10; 9:18-21; 9:52-63; 10:1-6; 10:7-10; 10:10-22; 10:23-41; 10:41-52; 10:53-11:4; 11:4-13; 11:13-17; 11:17-24; 11:24-36; 11:37-47.<br><br>**Prosecution history ('905):** Application No. 16/154,707, claims as filed (Oct. 8, 2018), ALEDDRA_RAB-00000109–113 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 14, 2019), ALEDDRA_RAB-00000127–130 (Examiner quoted the entire clause as a basis for allowance over Wang, US 2009/0237919).<br><br>**Related patents:** '946 Patent, 4:9-16, 4:23-40, 8:19-25, 10:66-11:12 (pull-up/pull-down of the dimming voltage via control connection 609).<br><br>**Extrinsic:** Webster's Ninth, M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (send; shut down; predetermine/predetermined; signal; disable); M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (enable); McGraw-Hill, IEEE Std 100, Wiley (signal; assembly; enable; high level; low level); IEEE Std 100, Wiley (disable; logic level). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 2 | "to meet LED luminaire efficacy requirements"<br><br>'905 Patent, claim 1 | Plain and ordinary meaning; no construction necessary. Not indefinite. | **Claims:** '905 Patent, claims 1, 14, 16.<br><br>**Specification:** Abstract; Figs. 1-2; 1:49-54; 1:58-2:4; 2:30-40; 2:57-3:10; 3:10-24; 3:59-65; 4:6-10; 5:19-27; 5:31-36; 5:63-6:1; 6:55-64; 7:38-44; 9:13-26; 9:27-35.<br><br>**Prosecution history ('905):** Application No. 16/154,707, claims as filed (Oct. 8, 2018), ALEDDRA_RAB-00000109–113 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 14, 2019), ALEDDRA_RAB-00000127–130 (Examiner quoted "at full power and to meet LED luminaire efficacy requirements" as a basis for allowance).<br><br>**Related patents:** '946 Patent, 2:60-3:28, 3:67-4:8, 6:2-8, 6:11-16, 7:43-50, 9:36-40, 10:12-24; '782 Patent, 3:17-46, 4:15-21, 6:1-23, 7:37-40, 7:52-57, 10:57-62. |

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | **Extrinsic:** Webster's Ninth, M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (efficacy); Webster's Ninth, AH Dictionary 4th (lumen); M-W Collegiate 11th (lumen; luminaire); M-W Online (luminaire); Chambers (lumen; luminaire); McGraw-Hill (luminous efficacy; lumen per watt; luminaire); IEEE Std 100 (efficacy; lumens per watt; luminaire; luminaire efficiency); Wiley (luminous efficacy; lumens per watt; luminaire); ENERGY STAR V2.1, ENERGY STAR V2.2, DLC V4.3, DLC Comparison, DLC Guide (luminaire efficacy definitions and minimum-efficacy requirements). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 3 | "predetermined low-level signal"<br>"predetermined high-level signal"<br>'905 Patent, claim 1 | Plain and ordinary meaning; no construction necessary beyond the construction of the clause in Row 1. Not indefinite. | **Claims:** '905 Patent, claims 1-5, 8.<br>**Specification:** Abstract; Figs. 1-3; 3:66-4:6; 4:11-29; 4:30-46; 4:47-55; 6:65-7:14; 7:30-38; 7:44-58; 7:58-8:6; 8:58-9:10; 9:10-26; 9:52-67; 10:1-22; 10:23-41; 10:41-52; 10:53-11:4; 11:4-13; 11:13-25; 11:25-36; 11:37-47.<br>**Prosecution history ('905):** Application No. 16/154,707, claims as filed (Oct. 8, 2018), ALEDDRA_RAB-00000109–113 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 14, 2019), ALEDDRA_RAB-00000127–130.<br>**Related patents:** '946 Patent, 4:23-40, 8:19-25, 10:66-11:12 (dimming voltage pulled down / pulled up).<br>**Extrinsic:** Webster's Ninth, M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (predetermine/predetermined; signal); M-W Collegiate 11th, M-W Online, AH Online (high; low; high-level; low-level; logic); AH Dictionary 4th (high; high-level; low; logic); Chambers (low level; logic; signal); McGraw-Hill (high level; low level; signal); IEEE Std 100, Wiley (high level; low level; logic level; signal). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 4 | "when a rechargeable battery test is performed, both the first full-wave rectifier and the second full-wave rectifier are inactivated to disable both the charging circuit and the second driver"<br>'905 Patent, claim 1 | Plain and ordinary meaning; no construction necessary. Not indefinite. | **Claims:** '905 Patent, claims 1, 17, 18.<br>**Specification:** Abstract; Fig. 1; 2:57-3:10; 3:14-24; 3:36-40; 3:47-51; 3:59-61; 5:37-49; 5:49-55; 6:28-40; 6:44-47; 7:14-29; 8:32-46; 9:13-26; 11:37-47.<br>**Prosecution history ('905):** Application No. 16/154,707, claims as filed (Oct. 8, 2018), ALEDDRA_RAB-00000109–113 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 14, 2019), ALEDDRA_RAB-00000127–130 (Examiner quoted the clause verbatim as a basis for allowance, without reference to a user-operated test switch).<br>**Related patents:** '946 Patent, 3:17-28, 6:29-37, 12:25-13:11, claim 6.<br>**Extrinsic:** Webster's Ninth, M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (disable); M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (enable); Webster's Ninth (inactive); AH Dictionary 4th, M-W Online, AH Online (inactivate); McGraw-Hill (enable); IEEE Std 100, Wiley (enable; disable); Wiley (inactive); NFPA 101 (§§ 7.9.2–7.9.3, emergency lighting battery systems and periodic testing). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 5 | "forward voltage across"<br>'905 Patent, claim 1 ("one or more LED arrays with a | Plain and ordinary meaning; no construction necessary. | **Claims:** '905 Patent, claims 1, 13, 16.<br>**Specification:** Figs. 1-2; 1:49-54; 3:51-59; 3:59-65; 5:16-19; 5:19-27; 5:31-36; 5:56-63; 5:63-6:1; 6:50-55; 6:60-64; 7:38-44; 8:64-9:10; 9:39-51. |

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | forward voltage across the one or more LED arrays") | | **Prosecution history ('905):** Application No. 16/154,707, claims as filed (Oct. 8, 2018), ALEDDRA_RAB-00000109–113 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 14, 2019), ALEDDRA_RAB-00000127–130.<br><br>**Related patents:** '946 Patent, 5:62-65, 6:9-16, 9:36-40, 10:33-48, claims 15, 18; '782 Patent, 7:37-40, 10:41-45; '551 Patent, 3:63-4:14, 5:16-28, 11:15-30, claims 11, 19; '396 Patent, 7:24-45, 11:61-12:20, 13:66-14:16.<br><br>**Extrinsic:** Aleddra relies on the intrinsic record and may rely on the general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term, including the Wiley entry identified by RAB (RAB-005158 – 005161); the manufacturer datasheets identified in Section I.B (LED and LED-driver forward-voltage specifications). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 6 | "ground reference"<br><br>'905 Patent, claim 1 (and claims 11, 12) | Plain and ordinary meaning; no construction necessary. | **Claims:** '905 Patent, claims 1, 11, 12.<br><br>**Specification:** Abstract; Figs. 1-2 (ground references 254, 255, 256); 3:44-51; 3:51-54; 4:62-66; 4:66-5:6; 5:7-15; 5:56-6:4; 6:40-44; 6:55-60; 8:7-19; 8:19-31; 8:47-53.<br><br>**Prosecution history ('905):** Application No. 16/154,707, claims as filed (Oct. 8, 2018), ALEDDRA_RAB-00000109–113 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 14, 2019), ALEDDRA_RAB-00000127–130.<br><br>**Related patents:** '946 Patent, 5:46-61, 6:38-53, 7:25-31, 7:51-58, 9:10-33; '782 Patent, 6:24-26, 6:54-62, 6:62-7:12, 7:18-28, 8:62-9:14; '551 Patent, 6:50-67, 8:34-54.<br><br>**Extrinsic:** Aleddra relies on the intrinsic record and may rely on the general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term; the manufacturer datasheets identified in Section I.B (GND pin and ground-reference conventions). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 7 | "electrically isolated"<br><br>'905 Patent, claims 1, 11, 12 | Plain and ordinary meaning; no construction necessary. | **Claims:** '905 Patent, claims 1, 11, 12.<br><br>**Specification:** Title; Abstract; Fig. 1 (transformers 505, 507; capacitor 552); 1:2-3; 1:49-54; 2:1-4; 3:44-47; 4:62-66; 4:66-5:6; 5:7-15; 5:42-49; 6:1-4; 6:25-28; 6:40-44; 6:55-60; 8:7-19; 8:19-31; 11:41-44.<br><br>**Prosecution history ('905):** Application No. 16/154,707, claims as filed (Oct. 8, 2018), ALEDDRA_RAB-00000109–113 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 14, 2019), ALEDDRA_RAB-00000127–130.<br><br>**Related patents:** '946 Patent, 5:46-61, 9:10-33; '782 Patent, 6:24-26, 6:54-62, 6:62-7:12, 9:63-10:18.<br><br>**Extrinsic:** Aleddra relies on the intrinsic record and may rely on the general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term; the manufacturer datasheets identified in Section I.B (isolated converter and transformer specifications). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |

**B. U.S. Patent No. 10,237,946**

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 8 | "power sustaining device"<br>'946 Patent, claim 1 (and claim 8) | Plain and ordinary meaning; no construction necessary. Not governed by 35 U.S.C. § 112(f); not indefinite. See Statement § II (Aleddra's position).<br>The term does not use "means," recites a structural component of the second driver, and connotes a class of structure to a person of ordinary skill in the art; alternatively, the specification discloses corresponding structure. | **Claims:** '946 Patent, claims 1, 8, 18.<br>**Specification:** Abstract; Fig. 1 (power sustaining device 552; control connection 416; second ground reference 256); Fig. 3 (second voltage pull-down circuit 303; opto-isolator 412; photo-transistor 415; control connection 416); 3:32-40; 3:67-4:8; 4:16-22; 4:65-5:5; 5:5-16; 5:49-61; 6:11-16; 6:44-53; 6:62-65; 7:43-50; 8:33-43; 9:13-22; 9:36-40; 11:59-12:3; 12:12-24; 12:46-51.<br>**Prosecution history ('946):** Application No. 16/208,510, claims as filed (Dec. 3, 2018), ALEDDRA_RAB-00000197–202 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 17, 2019), ALEDDRA_RAB-00000217–220 (Examiner recited "a second driver comprising a second transformer, a power sustaining device, and a second ground reference" as structure of the allowed combination, without any § 112 objection).<br>**Related patents and incorporated applications:** the applications incorporated by reference at '946 Patent 1:8-46.<br>**Extrinsic:** Wiley (Supp.) (device; hold-up time; power supply); Elec. Packaging Dict. (device); McGraw-Hill (Supp.) (device; power supply); IEEE Std 100 (Supp.) (power supply); Webster's Ninth, M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (sustain); IEEE Std 100 (sustained); the manufacturer datasheets identified in Section I.B (hold-up and bulk-capacitor specifications for LED driver circuits). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 9 | "to meet LED luminaire efficacy requirements"<br>'946 Patent, claim 1 | Plain and ordinary meaning; no construction necessary. Not indefinite. | **Claims:** '946 Patent, claims 1, 16.<br>**Specification:** Abstract; Fig. 1; 1:61-2:7; 2:60-3:28; 3:67-4:8; 4:16-19; 6:2-8; 6:11-16; 7:43-50; 9:36-40; 10:12-24; 10:25-33; 12:25-30.<br>**Prosecution history ('946):** Application No. 16/208,510, claims as filed (Dec. 3, 2018), ALEDDRA_RAB-00000197–202 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 17, 2019), ALEDDRA_RAB-00000217–220 (Examiner recited "powers the one or more LED arrays at full power to meet LED luminaire efficacy requirements" as part of the allowed combination).<br>**Related patents:** '905 Patent, 2:57-3:24, 3:59-65, 5:31-36, 6:55-64, 9:13-26; '782 Patent, 3:17-46, 4:15-21, 7:37-40, 7:52-57, 10:57-62.<br>**Extrinsic:** Webster's Ninth, M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (efficacy); Webster's Ninth, AH Dictionary 4th (lumen); M-W Collegiate 11th (lumen; luminaire); M-W Online (luminaire); Chambers (lumen; luminaire); McGraw-Hill (luminous efficacy; lumen per watt; luminaire); IEEE Std 100 (efficacy; lumens per watt; luminaire; luminaire efficiency); Wiley (luminous efficacy; lumens per watt; luminaire); ENERGY STAR V2.1, ENERGY STAR V2.2, DLC V4.3, DLC Comparison, DLC Guide (luminaire efficacy definitions and minimum-efficacy requirements). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 10 | "forward voltage across"<br>'946 Patent, claim 1 ("one or more LED arrays with a | Plain and ordinary meaning; no construction necessary. | **Claims:** '946 Patent, claims 1, 15, 18.<br>**Specification:** Figs. 1-2; 3:63-67; 4:3-8; 5:62-65; 6:9-16; 6:38-50; 7:38-43; 7:46-50; 8:25-43; 9:36-40; 9:54-67; 10:1-9; 10:33-48. |

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | forward voltage across the one or more LED arrays") | | **Prosecution history ('946):** Application No. 16/208,510, claims as filed (Dec. 3, 2018), ALEDDRA_RAB-00000197–202 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 17, 2019), ALEDDRA_RAB-00000217–220.<br>**Related patents:** '905 Patent, 5:16-19, 5:31-36, 9:39-51, claims 13, 16; '782 Patent, 7:37-40, 10:41-45; '551 Patent, 3:63-4:14, 5:16-28, 11:15-30; '396 Patent, 7:24-45, 11:61-12:20, 13:66-14:16.<br>**Extrinsic:** Aleddra relies on the intrinsic record and may rely on the general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term, including the Wiley entry identified by RAB (RAB-005158 – 005161); the manufacturer datasheets identified in Section I.B (LED and LED-driver forward-voltage specifications). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 11 | "ground reference"<br>'946 Patent, claim 1 (and claim 8) | Plain and ordinary meaning; no construction necessary. | **Claims:** '946 Patent, claims 1, 8.<br>**Specification:** Abstract; Figs. 1-3 (ground references 255, 256); 3:49-57; 3:58-63; 3:67-4:3; 4:65-5:5; 5:46-61; 6:38-53; 7:25-31; 7:43-46; 7:51-58; 8:25-43; 9:10-33; 9:50-54; 11:59-12:3; 12:12-24.<br>**Prosecution history ('946):** Application No. 16/208,510, claims as filed (Dec. 3, 2018), ALEDDRA_RAB-00000197–202 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 17, 2019), ALEDDRA_RAB-00000217–220.<br>**Related patents:** '905 Patent, 5:7-15, 5:56-6:4, 8:7-31; '782 Patent, 6:24-26, 6:54-7:12, 8:62-9:14; '551 Patent, 6:50-67, 8:34-54.<br>**Extrinsic:** Aleddra relies on the intrinsic record and may rely on the general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term; the manufacturer datasheets identified in Section I.B (GND pin and ground-reference conventions). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 12 | "when a rechargeable battery test is performed, the first driver is enabled to operate the one or more LED arrays, whereas the second driver is inactivated"<br>'946 Patent, claim 1 | Plain and ordinary meaning; no construction necessary. Not indefinite. | **Claims:** '946 Patent, claims 1, 6, 8.<br>**Specification:** Abstract; Figs. 1, 3; 1:52-57; 3:17-28; 4:9-22; 4:23-40; 4:65-5:16; 6:29-37; 8:19-25; 8:62-9:9; 10:49-65; 10:66-11:12; 11:59-12:3; 12:4-24; 12:25-13:11.<br>**Prosecution history ('946):** Application No. 16/208,510, claims as filed (Dec. 3, 2018), ALEDDRA_RAB-00000197–202 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 17, 2019), ALEDDRA_RAB-00000217–220 (Examiner quoted the clause verbatim as part of the allowed combination; Index of Claims shows the test-switch claim was renumbered from filed claim 5 to issued claim 6 without change).<br>**Related patents:** '905 Patent, 3:14-24, 8:32-46.<br>**Extrinsic:** Webster's Ninth, M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (disable); M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (enable); Webster's Ninth (inactive); AH Dictionary 4th, M-W Online, AH Online (inactivate); McGraw-Hill (enable); IEEE Std 100, Wiley (enable; disable); Wiley (inactive); NFPA 101 (§§ 7.9.2–7.9.3, emergency lighting battery systems and periodic testing). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 13 | "without flickering"<br>'946 Patent, claim 15 | Plain and ordinary meaning; no construction necessary. Not indefinite. | **Claims:** '946 Patent, claims 1, 15.<br>**Specification:** Abstract; Figs. 1-2; 1:52-57; 3:63-67; 4:16-19; 5:62-65; 6:9-16; 7:38-43; 8:19-43; 9:41-58; 9:58-10:9; 10:25-33; 10:33-48; 10:49-65.<br>**Prosecution history ('946):** Application No. 16/208,510, claims as filed (Dec. 3, 2018), ALEDDRA_RAB-00000197–202 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Jan. 17, 2019), ALEDDRA_RAB-00000217–220 (claim 15 allowed as filed without comment).<br>**Related patents:** '905 Patent, 5:16-19, 9:39-51, claim 13; '551 Patent, 2:27-31, 2:43-48, 3:31-59, 4:51-56, 7:24-30.<br>**Extrinsic:** M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (flicker); M-W Online (flickering); Chambers, McGraw-Hill, IEEE Std 100, Wiley (flicker); Chambers, IEEE Std 100, Wiley (flicker fusion frequency/rate); IEEE 1789 (flicker, visible flicker, percent flicker, flicker index; recommended practices). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |

## C. U.S. Patent No. 10,645,782

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 14 | "to meet LED luminaire efficacy requirements"<br>'782 Patent, claim 1 | Plain and ordinary meaning; no construction necessary. Not indefinite. | **Claims:** '782 Patent, claims 1, 32.<br>**Specification:** Abstract; Figs. 1, 3; 2:9-14; 2:18-31; 2:60-67; 3:17-46; 3:50-58; 4:15-21; 5:58-6:4; 6:1-23; 6:32-43; 7:37-40; 7:52-57; 9:29-34; 9:40-49; 10:57-62; 12:37-43; 12:44-54.<br>**Prosecution history ('782):** Application No. 16/572,040, claims as filed (Sept. 16, 2019), ALEDDRA_RAB-00000265–272 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Mar. 24, 2020), at 2-3 (claims 1-40 allowed as filed without any § 112 objection).<br>**Related patents:** '905 Patent, 2:57-3:24, 3:59-65, 6:55-64, 9:13-26; '946 Patent, 2:60-3:28, 3:67-4:8, 7:43-50, 10:12-24.<br>**Extrinsic:** Webster's Ninth, M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (efficacy); Webster's Ninth, AH Dictionary 4th (lumen); M-W Collegiate 11th (lumen; luminaire); M-W Online (luminaire); Chambers (lumen; luminaire); McGraw-Hill (luminous efficacy; lumen per watt; luminaire); IEEE Std 100 (efficacy; lumens per watt; luminaire; luminaire efficiency); Wiley (luminous efficacy; lumens per watt; luminaire); ENERGY STAR V2.1, ENERGY STAR V2.2, DLC V4.3, DLC Comparison, DLC Guide (luminaire efficacy definitions and minimum-efficacy requirements). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 15 | "partially coupled"<br>'782 Patent, claims 1, 21 ("a luminaire control circuit comprising a first switch | Plain and ordinary meaning; no construction necessary. Not indefinite. | **Claims:** '782 Patent, claims 1-12, 21-32, in particular claims 4, 8, 24, 28.<br>**Specification:** Abstract; Figs. 1, 3 (luminaire control circuit 701; first switch circuit 710; second switch circuit 720; switchover circuit 730; nodes 431, 501, 255; port "A"); 2:9-14; 3:50-58; 3:63-4:5; 4:6-15; |

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | circuit and a second switch circuit partially coupled to the first switch circuit") | | 4:22-32; 4:33-59; 4:60-5:3; 5:43-47; 5:48-53; 6:44-7:12; 7:32-37; 7:40-52; 7:58-8:3; 8:4-23; 8:23-39; 8:40-43; 8:62-9:14; 9:50-10:18; 10:37-41; 10:63-11:8; 11:9-28; 11:28-44; 11:45-48; 12:44-54.<br>**Prosecution history ('782):** Application No. 16/572,040, claims as filed (Sept. 16, 2019), ALEDDRA_RAB-00000265–272 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Mar. 24, 2020), ALEDDRA_RAB-00000332–335 (Examiner recited "a second switch circuit partially coupled to the first switch circuit" verbatim as part of the combination distinguishing Chen, US 2018/0062415, without any § 112 objection).<br>**Extrinsic:** Webster's Ninth, M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (couple; partial); M-W Online, AH Online (partially); AH Online (coupled); Chambers, McGraw-Hill, IEEE Std 100, Wiley (couple/coupling; partial). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 16 | "forward voltage thereon"<br>'782 Patent, claim 1 ("one or more LED arrays with a forward voltage thereon") | Plain and ordinary meaning; no construction necessary. | **Claims:** '782 Patent, claims 1, 21, 12-19, 32-39.<br>**Specification:** Abstract; Figs. 1-3 (LED arrays 214; LED+, LED−; port "B"); 3:50-54; 4:6-21; 5:58-63; 5:64-6:1; 6:22-31; 6:40-43; 7:25-28; 7:37-40; 7:46-57; 8:62-9:14; 9:14-29; 9:35-49; 10:29-32; 10:41-45; 10:52-62; 12:8-21.<br>**Prosecution history ('782):** Application No. 16/572,040, claims as filed (Sept. 16, 2019), ALEDDRA_RAB-00000265–272 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Mar. 24, 2020), ALEDDRA_RAB-00000332–335.<br>**Related patents:** '905 Patent, 5:16-19, 5:31-36, 9:39-51; '946 Patent, 5:62-65, 9:36-40, 10:33-48; '551 Patent, 3:63-4:14, 5:16-28, 11:15-30; '396 Patent, 7:24-45, 11:61-12:20, 13:66-14:16.<br>**Extrinsic:** Aleddra relies on the intrinsic record and may rely on the general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term, including the Wiley entry identified by RAB (RAB-005158 – 005161); the manufacturer datasheets identified in Section I.B (LED and LED-driver forward-voltage specifications). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 17 | "ground reference"<br>'782 Patent, claims 1, 21 (and claims 13, 33) | Plain and ordinary meaning; no construction necessary. | **Claims:** '782 Patent, claims 1, 13, 21, 33.<br>**Specification:** Figs. 1-3 (ground references 254, 255, 256); 3:63-4:5; 4:6-10; 4:15-21; 4:63-5:3; 6:24-26; 6:26-32; 6:54-62; 6:62-7:12; 7:18-28; 7:40-46; 8:62-9:14; 9:63-10:18; 10:23-32; 10:45-52; 11:67-12:21.<br>**Prosecution history ('782):** Application No. 16/572,040, claims as filed (Sept. 16, 2019), ALEDDRA_RAB-00000265–272 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Mar. 24, 2020), ALEDDRA_RAB-00000332–335.<br>**Related patents:** '905 Patent, 5:7-15, 5:56-6:4, 8:7-31; '946 Patent, 5:46-61, 6:38-53, 9:10-33; '551 Patent, 6:50-67, 8:34-54.<br>**Extrinsic:** Aleddra relies on the intrinsic record and may rely on the general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term; the manufacturer |

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | datasheets identified in Section I.B (GND pin and ground-reference conventions). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |

## D. U.S. Patent No. 11,172,551

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 18 | "forward voltage across thereon"<br>'551 Patent, claims 1, 13 ("one or more LED arrays comprising a positive potential terminal and a negative potential terminal with a forward voltage across thereon") | Plain and ordinary meaning; no construction necessary. | **Claims:** '551 Patent, claims 1, 4, 6, 11, 13, 16, 19.<br>**Specification:** Abstract; Figs. 1-2 (LED arrays 214; terminals 215, 216); Figs. 3-5; 3:63-4:14; 4:15-17; 4:57-5:2; 5:3-15; 5:16-28; 5:29-39; 6:7-13; 6:50-67; 7:39-45; 7:46-8:5; 8:6-17; 8:55-9:5; 9:6-14; 9:15-31; 10:12-45; 11:15-30; 12:2-13; 12:52-63.<br>**Prosecution history ('551):** Application No. 16/880,375, claims as filed (May 21, 2020), ALEDDRA_RAB-00000389–395 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Oct. 4, 2021), ALEDDRA_RAB-00000414–418 (Examiner quoted "with a forward voltage across thereon" among the limitations supporting allowance of claims 1 and 13).<br>**Related patents:** '905 Patent, 5:16-19, 5:31-36, 9:39-51; '946 Patent, 5:62-65, 9:36-40; '782 Patent, 7:37-40, 10:41-45; '396 Patent, 7:24-45, 11:61-12:20, 13:66-14:16.<br>**Extrinsic:** Aleddra relies on the intrinsic record and may rely on the general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term, including the Wiley entry identified by RAB (RAB-005158 – 005161); the manufacturer datasheets identified in Section I.B (LED and LED-driver forward-voltage specifications). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 19 | "ground reference"<br>'551 Patent, claims 1, 13, 16 (and claim 4) | Plain and ordinary meaning; no construction necessary. | **Claims:** '551 Patent, claims 1, 4, 13, 16.<br>**Specification:** Figs. 1-2 (ground reference 255); 4:17-26; 4:57-5:2; 5:55-6:6; 6:50-67; 7:1-8; 7:39-45; 8:6-33; 8:34-54; 9:15-31; 10:3-11; 10:46-65; 11:15-21.<br>**Prosecution history ('551):** Application No. 16/880,375, claims as filed (May 21, 2020), ALEDDRA_RAB-00000389–395 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Oct. 4, 2021), ALEDDRA_RAB-00000414–418 (Examiner quoted "at least one full-wave rectifier comprising a ground reference" in the reasons for allowance of claims 1 and 13).<br>**Related patents:** '905 Patent, 5:7-15, 8:7-31; '946 Patent, 5:46-61, 9:10-33; '782 Patent, 6:24-26, 6:54-7:12, 8:62-9:14.<br>**Extrinsic:** Aleddra relies on the intrinsic record and may rely on the general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term; the manufacturer datasheets identified in Section I.B (GND pin and ground-reference conventions). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 20 | "connected in series" | Plain and ordinary meaning; no construction necessary. | **Claims:** '551 Patent, claims 1, 3, 4, 8, 13, 15, 16. |

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | '551 Patent, claims 1, 3, 13, 15 (and claim 8) | | **Specification:** Figs. 1-2 (resistor 307 and capacitor 308; resistor 408/608 and capacitor 409/609; node 402/602; resistors 504, 505; port "A"); 4:27-56; 5:29-54; 5:55-6:6; 6:7-23; 7:1-30; 8:34-54; 8:55-9:5; 9:6-14; 9:32-61; 10:46-65; 11:4-14.<br><br>**Prosecution history ('551):** Application No. 16/880,375, claims as filed (May 21, 2020), ALEDDRA_RAB-00000389–395 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Oct. 4, 2021), ALEDDRA_RAB-00000414–418 (Examiner quoted "a first resistor and a first capacitor connected in series with the first resistor" in the reasons for allowance of claims 1 and 13).<br><br>**Related patents:** '905 Patent, 7:58-8:6, 8:47-53, claim 1 ("a diode connected in series with the input inductor"); '946 Patent, claim 1, 9:41-58.<br><br>**Extrinsic:** Aleddra relies on the intrinsic record and may rely on the general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term; the manufacturer datasheets identified in Section I.B. Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 21 | "sustain a dimming function when controlling the LED driving current"<br><br>'551 Patent, claims 1, 13<br><br>"sustain the dimming function when controlling the LED driving current"<br><br>'551 Patent, claim 15 (and claims 3, 8) | Plain and ordinary meaning; no construction necessary. Not indefinite. | **Claims:** '551 Patent, claims 1-3, 8, 12-15, 21.<br><br>**Specification:** Abstract; Figs. 1-2 (bypass circuit 306; holding current paths 408/409, 608/609, 501); Figs. 3-5 (waveforms at 0°, 90°, and 130° phase angles); 2:27-31; 2:43-48; 3:31-59; 3:63-4:14; 4:15-26; 4:27-56; 5:16-28; 5:55-6:6; 6:7-23; 6:50-67; 7:1-30; 7:46-8:5; 8:34-54; 8:55-9:5; 9:15-31; 9:32-61; 10:12-45; 10:46-65; 10:66-11:3; 11:15-30; 11:51-64; 12:2-13; 12:35-47; 12:52-63; 13:18-34; 13:35-45.<br><br>**Prosecution history ('551):** Application No. 16/880,375, claims as filed (May 21, 2020), ALEDDRA_RAB-00000389–395 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Oct. 4, 2021), ALEDDRA_RAB-00000414–418 (Examiner quoted "configured to provide a first holding current path to cause the external power-line dimmer to sustain a dimming function when controlling the LED driving current" in the reasons for allowance of claims 1 and 13, without any § 112 objection; prior art of record: Kang, US 2013/0181624; Angeles, US 9,648,676; Shteynberg, US 7,902,769).<br><br>**Extrinsic:** Webster's Ninth, M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (sustain; dimmer); M-W Online, AH Online (dimming); Chambers, McGraw-Hill, Wiley (dimmer); IEEE Std 100 (dimming); NEMA SSL 7A (phase-cut dimmer, conduction angle, on-state and off-state; dimmer supply-current and on-state operation requirements); the prior art of record in the '551 prosecution history (Kang, US 2013/0181624; Angeles, US 9,648,676; Shteynberg, US 7,902,769) as evidence of the field's understanding of holding-current circuits for phase-cut dimmers. Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |
| 22 | "coupled in parallel"<br><br>'551 Patent, claim 13 (and claim 5) | Plain and ordinary meaning; no construction necessary. | **Claims:** '551 Patent, claims 1, 5, 13, 14.<br><br>**Specification:** Figs. 1-2 (bypass circuit 306 across second capacitor 305; output resistor 410/610 across output capacitor 405/605); 4:27-56; 5:66-6:6; 6:56-67; 7:1-30; 7:39-45; 8:46-54; 9:32-61; 10:3-11; 10:56-65.<br><br>**Prosecution history ('551):** Application No. 16/880,375, claims as filed (May 21, 2020), ALEDDRA_RAB-00000389–395 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Oct. 4, 2021), |

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | ALEDDRA_RAB-00000414–418 (Examiner quoted "the at least one electric current bypass circuit coupled in parallel with the at least one input filter" in the reasons for allowance of claim 13).<br>**Related patents:** '946 Patent, claim 1 ("an output capacitor connected in parallel with the output resistor"), 9:50-54.<br>**Extrinsic:** Webster's Ninth, M-W Collegiate 11th, AH Dictionary 4th, M-W Online, AH Online (couple); AH Online (coupled); Chambers, McGraw-Hill, IEEE Std 100, Wiley (couple/coupling); Aleddra may also rely on the other general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term. Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |

**E. U.S. Patent No. 11,846,396**

| No. | Claim Term and Relevant Claims | Aleddra's Proposed Construction | Aleddra's Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 23 | "forward voltage across"<br>'396 Patent, claim 1 ("one or more LED arrays with a forward voltage across the one or more LED arrays") | Plain and ordinary meaning; no construction necessary. | **Claims:** '396 Patent, claims 1, 7-11.<br>**Specification:** Figs. 1-3 (LED arrays 214; LED+, LED−; port "B"); Fig. 5 (energy pulses 931; regulated output voltage 951); 4:41-45; 4:50-59; 5:6-23; 5:30-32; 6:9-39; 6:56-64; 7:24-45; 8:39-49; 8:54-66; 9:13-36; 9:48-50; 10:30-62; 11:13-21; 11:61-12:20; 12:38-45; 13:41-50; 13:66-14:16.<br>**Prosecution history ('396):** Application No. 17/717,838, claims as filed (Apr. 11, 2022), ALEDDRA_RAB-00000501–505 (term appears verbatim in the original claims; never amended); Notice of Allowability, Examiner's Statement of Reasons for Allowance (mailed Nov. 2, 2023), ALEDDRA_RAB-00000538–542 (Examiner found that Hsia, US 2021/0159725, Garcia, US 2014/0240966, and Lutz, US 2016/0328928, each disclose "one or more LED arrays with a forward voltage across the one or more LED arrays," applying the phrase without construction).<br>**Related patents:** '905 Patent, 5:16-19, 5:31-36, 9:39-51; '946 Patent, 5:62-65, 9:36-40, 10:33-48; '782 Patent, 7:37-40, 10:41-45; '551 Patent, 3:63-4:14, 5:16-28, 11:15-30.<br>**Extrinsic:** Aleddra relies on the intrinsic record and may rely on the general and technical dictionaries identified in Section I.C as evidence of the plain and ordinary meaning of this term, including the Wiley entry identified by RAB (RAB-005158 – 005161); the manufacturer datasheets identified in Section I.B (LED and LED-driver forward-voltage specifications). Expert testimony of Dr. Regan Zane and/or Dr. Robert S. Balog (see Section I.D). |