# EXHIBIT B

**RAB LIGHTING INC.'S PROPOSED CONSTRUCTIONS AND SUPPORTING EVIDENCE**
**PURSUANT TO PARAGRAPH 4-3 OF THIRD AMENDED MISCELLANEOUS ORDER NO. 62**[1]

## I. Proposed Constructions for U.S. Patent No. 10,225,905

| No. | '905 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| 1 | "to meet LED luminaire efficacy requirements"<br>(claim 1) | Indefinite. | Intrinsic Evidence:<br>2:5-10; 2:41-46; 2:57-3:17; 3:28-65; 5:22-27; 5:34-36; 6:25-64; FIG. 1; claim 16;<br>'905 FH at ALEDDRA_RAB-00000128.<br>Extrinsic Evidence:<br>RAB's technical expert, Mr. Richard A. Flasck, may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br>*IEEE Std 100-1996, The IEEE Standard Dictionary of Electrical and Electronics* |

[1] RAB reserves the right to cite, discuss, or rely on any evidence cited by Aleddra in its Exhibit A or in its claim construction briefing

| No. | '905 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | *Terms* (6th ed. 1996) ("efficacy," "lumens per watt," "luminaire efficiency") (ALEDDRA_RAB-00029910-942);<br>*McGraw-Hill Dictionary of Scientific and Technical Terms* (4th ed. 1989) ("luminous efficacy") (ALEDDRA_RAB-00029889-909);<br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("luminous efficacy") (ALEDDRA_RAB-00029943-970);<br>ENERGY STAR Program Requirements for Luminaires, Eligibility Criteria Version 2.1 (ALEDDRA_RAB-00030270-300);<br>ENERGY STAR Program Requirements for Luminaires, Eligibility Criteria Version 2.2 (ALEDDRA_RAB-00030301-332);<br>DesignLights Consortium, SSL Technical Requirements, Version 4.3 (ALEDDRA_RAB-00030333-349);<br>DesignLights Consortium, Summary of Changes Between SSL V4.4 & V5.0, and SSL V5.0 & V5.1 (ALEDDRA_RAB-00030350); |

| No. | '905 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | DesignLights Consortium, Manufacturer's Guide (May 10, 2019) (ALEDDRA_RAB-00030351-491);<br><br>DesignLights Consortium, SSL Technical Requirements, Version 5.0 (Feb. 14, 2020, rev. Apr. 28, 2020) (RAB-005298-306);<br><br>DesignLights Consortium, SSL Technical Requirements, Version 5.1 (Feb. 14, 2020, updated Nov. 19, 2024) (RAB-005307-357). |
| 2 | "predetermined low-level signal"<br><br>(claim 1) | "a predetermined voltage state lower than a high-level circuit threshold" | Intrinsic Evidence:<br><br>3:66-4:29; 9:52-10:22; 10:53-11:36; FIGS. 1-3.<br><br>Extrinsic Evidence:<br><br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, |

| No. | '905 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | and/or may address Aleddra's alleged support.<br>*IEEE Std 100-1996, The IEEE Standard Dictionary of Electrical and Electronics Terms* (6th ed. 1996) ("high level," "logic level") (ALEDDRA_RAB-00029910-942);<br>*McGraw-Hill Dictionary of Scientific and Technical Terms* (4th ed. 1989) ("high level," "low level") (ALEDDRA_RAB-00029889-909);<br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("high-level," "logic level," "logic low") (ALEDDRA_RAB-00029943-970). |
| 3 | "predetermined high-level signal"<br>(claim 1) | "a predetermined voltage state higher than a low-level circuit threshold" | Intrinsic Evidence:<br>3:28-4:29; 4:47-61; 9:52-10:22; 10:23-52; 10:53-11:36; FIGS. 1-3.<br>Extrinsic Evidence:<br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence. |

| No. | '905 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br>*IEEE Std 100-1996, The IEEE Standard Dictionary of Electrical and Electronics Terms* (6th ed. 1996) ("high level," "logic level") (ALEDDRA_RAB-00029910-942);<br>*McGraw-Hill Dictionary of Scientific and Technical Terms* (4th ed. 1989) ("high level," "low level") (ALEDDRA_RAB-00029889-909);<br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("high-level," "logic level," "logic low") (ALEDDRA_RAB-00029943-970). |
| 4 | "when a rechargeable battery test is performed, both the first full-wave rectifier and the second full-wave rectifier are inactivated to disable both the charging circuit and the second driver"<br>(claim 1) | "when a user operates a test switch for the luminaire, both the first full-wave rectifier and the second full-wave rectifier are inactivated to disable both the charging circuit and the second driver" | Intrinsic Evidence:<br>5:49-55; 8:32-46; FIG. 1.<br>Extrinsic Evidence:<br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light |

| No. | '905 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support. |
| 5 | "forward voltage across"<br><br>(claim 1) | "an applied voltage providing current flow" | Intrinsic Evidence:<br><br>5:16-36; FIGS. 1-2.<br><br>Extrinsic Evidence:<br><br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br><br>*Wiley Electrical and Electronics Engineering Dictionary* 297 (2004) |

| No. | '905 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | ("forward voltage drop") (RAB-005158-161);<br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("diode forward voltage") (ALEDDRA_RAB-00029943-970). |
| 6 | "ground reference"<br>(claim 1) | "a baseline circuit voltage" | <u>Intrinsic Evidence</u>:<br>3:28-65; 4:62-5:15; 5:56-6:4; 6:25-64; 6:65-7:29; 8:7-31; 8:47-9:26; FIGS. 1-3.<br><u>Extrinsic Evidence</u>:<br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support. |
| 7 | "electrically isolated"<br>(claims 1, 11-12) | "isolated current path in an electrically energized circuit" | <u>Intrinsic Evidence</u>:<br>3:28-64; 4:62-5:15; 6:25-64; FIG. 1. |

| No. | '905 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | Extrinsic Evidence:<br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support. |
| 8 | "at least one transistor circuit assembly configured to either shut down the first driver by sending a predetermined low-level signal to the dimming controllable device when the line voltage from the AC mains is available or to enable the first driver by sending a predetermined high-level signal to the dimming controllable device when the line voltage from the AC mains is unavailable" | Plain meaning. | Intrinsic Evidence:<br>3:66-4:46; 9:52-10:52; FIGS. 1-3.<br>Extrinsic Evidence:<br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, |

**Exhibit B – RAB's Proposed Constructions and Support Evidence**

| No. | '905 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | (claim 1) | | and/or may address Aleddra's alleged support. |

## II. Proposed Constructions for U.S. Patent No. 10,237,946

| No. | '946 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| 1 | "power sustaining device"<br><br>(claim 1) | Governed by 35 U.S.C. § 112(f). Indefinite.<br><br>**Function**: "upon enablement, reaching an operating voltage to sustain the operation of the second driver"<br><br>**Corresponding structure**: None. The specification does not disclose adequate corresponding structure for performing the claimed function, thereby rendering the claim indefinite. | <u>Intrinsic Evidence</u>:<br><br>3:58-4:8; 4:65-5:23; 9:10-40; 11:59-12:24; FIGS. 1, 3;<br><br>'946 FH at ALEDDRA_RAB-00000217-219.<br><br><u>Extrinsic Evidence</u>:<br><br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support. |
| 2 | "to meet LED luminaire efficacy requirements"<br><br>(claim 1) | Indefinite. | <u>Intrinsic Evidence:</u><br><br>2:9-13; 2:44-49; 2:60-3:20; 3:58-4:8; 6:1-8; 6:14-16; 7:9-50; FIG. 1;<br><br>'946 FH at ALEDDRA_RAB-00000218. |

| No. | '946 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | Extrinsic Evidence:<br><br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br><br>*IEEE Std 100-1996, The IEEE Standard Dictionary of Electrical and Electronics Terms* (6th ed. 1996) ("efficacy," "lumens per watt," "luminaire efficiency") (ALEDDRA_RAB-00029910-942);<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms* (4th ed. 1989) ("luminous efficacy") (ALEDDRA_RAB-00029889-909);<br><br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("luminous efficacy") (ALEDDRA_RAB-00029943-970); |

| No. | '946 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | ENERGY STAR Program Requirements for Luminaires, Eligibility Criteria Version 2.1 (ALEDDRA_RAB-00030270-300);<br>ENERGY STAR Program Requirements for Luminaires, Eligibility Criteria Version 2.2 (ALEDDRA_RAB-00030301-332);<br>DesignLights Consortium, SSL Technical Requirements, Version 4.3 (ALEDDRA_RAB-00030333-349);<br>DesignLights Consortium, Summary of Changes Between SSL V4.4 & V5.0, and SSL V5.0 & V5.1 (ALEDDRA_RAB-00030350);<br>DesignLights Consortium, Manufacturer's Guide (May 10, 2019) (ALEDDRA_RAB-00030351-491);<br>DesignLights Consortium, SSL Technical Requirements, Version 5.0 (Feb. 14, 2020, rev. Apr. 28, 2020) (RAB-005298-306);<br>DesignLights Consortium, SSL Technical Requirements, Version 5.1 (Feb. 14, 2020, updated Nov. 19, 2024) (RAB-005307-357). |
| 3 | "forward voltage across"<br>(claim 1) | "an applied voltage providing current flow" | <u>Intrinsic Evidence:</u><br>5:62-6:16; 9:10-40; FIGS. 1-2. |

| No. | '946 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | <u>Extrinsic Evidence:</u><br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br>*Wiley Electrical and Electronics Engineering Dictionary* 297 (2004) ("forward voltage drop") (RAB-005158-161);<br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("diode forward voltage") (ALEDDRA_RAB-00029943-970). |
| 4 | "ground reference"<br>(claim 1) | "a baseline circuit voltage" | <u>Intrinsic Evidence:</u><br>3:32-4:8; 4:65-5:23; 5:46-61; 6:38-53; 7:9-50; 7:51-8:18; 8:19-43; 9:10-40; 9:41-10:24; 11:59-12:24; FIGS. 1-3.<br><u>Extrinsic Evidence:</u> |

| No. | '946 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support. |
| 5 | "when a rechargeable battery test is performed, the first driver is enabled to operate the one or more LED arrays, whereas the second driver is inactivated"<br><br>(claim 1) | "when a user operates a test switch or circuit breaker for the luminaire, the first driver is enabled to operate the one or more LED arrays, whereas the second driver is inactivated" | <u>Intrinsic Evidence:</u><br><br>3:13-28; 4:9-22; 6:29-36; 12:25-51; 12:56-60; FIGS. 1, 3.<br><br><u>Extrinsic Evidence:</u><br><br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, |

| No. | '946 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | and/or may address Aleddra's alleged support. |
| 6 | "without flickering"<br>(claim 15) | Indefinite. | <u>Intrinsic Evidence:</u><br>5:62-6:8; FIG. 2.<br><u>Extrinsic Evidence:</u><br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br>*IEEE Std 1789-2015, IEEE Recommended Practices for Modulating Current in High-Brightness LEDs for Mitigating Health Risks to Viewers* (2015) (ALEDDRA_RAB-00030492-571). |

## III. Proposed Constructions for U.S. Patent No. 10,645,782

| No. | '782 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| 1 | "to meet LED luminaire efficacy requirements"<br>(claim 1) | Indefinite. | Intrinsic Evidence:<br>1:7-2:3; 2:32-37; 3:1-16; 3:17-41; 4:6-21; 7:13-57; 10:19-62; FIG. 1.<br>Extrinsic Evidence:<br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br>*IEEE Std 100-1996, The IEEE Standard Dictionary of Electrical and Electronics Terms* (6th ed. 1996) ("efficacy," "lumens per watt," "luminaire efficiency") (ALEDDRA_RAB-00029910-942);<br>*McGraw-Hill Dictionary of Scientific and Technical Terms* (4th ed. 1989) |

| No. | '782 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | ("luminous efficacy") (ALEDDRA_RAB-00029889-909);<br><br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("luminous efficacy") (ALEDDRA_RAB-00029943-970);<br><br>ENERGY STAR Program Requirements for Luminaires, Eligibility Criteria Version 2.1 (ALEDDRA_RAB-00030270-300);<br><br>ENERGY STAR Program Requirements for Luminaires, Eligibility Criteria Version 2.2 (ALEDDRA_RAB-00030301-332);<br><br>DesignLights Consortium, SSL Technical Requirements, Version 4.3 (ALEDDRA_RAB-00030333-349);<br><br>DesignLights Consortium, Summary of Changes Between SSL V4.4 & V5.0, and SSL V5.0 & V5.1 (ALEDDRA_RAB-00030350);<br><br>DesignLights Consortium, Manufacturer's Guide (May 10, 2019) (ALEDDRA_RAB-00030351-491);<br><br>DesignLights Consortium, SSL Technical Requirements, Version 5.0 (Feb. 14, 2020, rev. Apr. 28, 2020) (RAB-005298-306); |

| No. | '782 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | DesignLights Consortium, SSL Technical Requirements, Version 5.1 (Feb. 14, 2020, updated Nov. 19, 2024) (RAB-005307-357). |
| 2 | "partially coupled"<br>(claims 1, 21) | Indefinite. | <u>Intrinsic Evidence:</u><br>1:7-2:3; 4:22-32; 6:18-22; 6:44-53; 6:62-66; 7:8-12; 7:32-37; 7:58-8:3; 8:4-39; 9:19-21; 10:63-11:8; FIGS. 1, 3; claims 1, 20, 21;<br>'782 FH at ALEDDRA_RAB-00000328, -332-334;<br>'905 Patent at 5:56-64, 7:3-14, 7:58-67, 10:23-26, FIG. 1;<br>'946 Patent at 7:58-8:3, 9:42-51, 11:13-15, FIGS. 1, 2.<br><u>Extrinsic Evidence:</u><br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, |

| No. | '782 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | and/or may address Aleddra's alleged support.<br><br>*Webster's Ninth New Collegiate Dictionary* (1989) ("couple") (ALEDDRA_RAB-00029803-819);<br><br>*Merriam-Webster's Collegiate Dictionary* (11th ed. 2003) ("couple") (ALEDDRA_RAB-00029820-844);<br><br>*The American Heritage Dictionary of the English Language* (4th ed. 2006) ("couple") (ALEDDRA_RAB-00029845-871);<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms* (4th ed. 1989) ("couple," "coupled circuits," "coefficient of coupling") (ALEDDRA_RAB-00029889-909);<br><br>*IEEE Std 100-1996, The IEEE Standard Dictionary of Electrical and Electronics Terms* (6th ed. 1996) ("coupling") (ALEDDRA_RAB-00029910-942);<br><br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("couple," "coupled circuits," "coupling coefficient") (ALEDDRA_RAB-00029943-970);<br><br>*Merriam-Webster Online Dictionary*, merriam-webster.com ("couple") |

| No. | '782 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | (accessed Oct. 2026) (ALEDDRA_RAB-00029971-30240);<br>*The American Heritage Dictionary of the English Language*, ahdictionary.com ("couple") (accessed Oct. 2026) (ALEDDRA_RAB-00030241-269). |
| 3 | "forward voltage thereon"<br>(claim 1) | "an applied voltage providing current flow" | <u>Intrinsic Evidence:</u><br>3:50-4:5; 5:58-6:43; 9:35-49; FIGS. 1-2.<br><u>Extrinsic Evidence:</u><br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br>*Wiley Electrical and Electronics Engineering Dictionary* 297 (2004) ("forward voltage drop") (RAB-005158-161); |

| No. | '782 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | *Wiley Electrical and Electronics Engineering Dictionary* (2004) ("diode forward voltage") (ALEDDRA_RAB-00029943-970). |
| 4 | "ground reference"<br>(claims 1, 21) | "a baseline circuit voltage" | Intrinsic Evidence:<br>3:50-4:21; 4:60-5:35; 5:58-6:43; 6:44-7:12; 7:13-57; 8:40-9:34; 9:50-10:18; 10:19-62; 11:45-12:43; FIGS. 1-3.<br>Extrinsic Evidence:<br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support. |

## IV. Proposed Constructions for U.S. Patent No. 11,172,551

| No. | '551 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| 1 | "forward voltage across thereon"<br>(claims 1, 13) | "an applied voltage providing current flow" | Intrinsic Evidence:<br>4:15-26; 6:50-67; 9:15-31; FIGS. 1-2.<br>Extrinsic Evidence:<br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br>*Wiley Electrical and Electronics Engineering Dictionary* 297 (2004) ("forward voltage drop") (RAB-005158-161);<br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("diode forward voltage") (ALEDDRA_RAB-00029943-970). |

| No. | '551 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| 2 | "ground reference"<br>(claims 1, 13, 16) | "a baseline circuit voltage" | Intrinsic Evidence:<br>4:15-26; 5:55-6:6; 6:50-67; 8:34-54; 9:15-31; 10:46-11:3; FIGS. 1-2.<br>Extrinsic Evidence:<br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support. |
| 3 | "connected in series"<br>(claims 1, 3, 13, 15) | "components connected end to end to conduct a same current" | Intrinsic Evidence:<br>4:27-56; 5:55-6:23; 7:1-30; 8:34-54; 8:55-9:5; 9:32-61; 10:46-11:3; FIGS. 1-2.<br>Extrinsic Evidence:<br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light |

| No. | '551 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br><br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("in series") (ALEDDRA_RAB-00029943-970). |
| 4 | "sustain a dimming function when controlling the LED driving current"<br><br>(claims 1, 13)<br><br>"sustain the dimming function when controlling the LED driving current"<br><br>(claim 15) | Indefinite. | <u>Intrinsic Evidence:</u><br><br>4:27-56; 5:55-6:6; 7:1-30; 8:34-54; 9:32-61; 10:46-11:3; FIGS. 1-5.<br><br><u>Extrinsic Evidence:</u><br><br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br><br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, |

| No. | '551 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | and/or may address Aleddra's alleged support. |
| 5 | "coupled in parallel"<br>(claim 13) | "components connected to provide different current paths to a same voltage" | Intrinsic Evidence:<br>4:27-56; 5:55-6:6; 7:1-30; 8:34-54; 9:32-61; 10:46-11:3; FIGS. 1-2.<br>Extrinsic Evidence:<br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("in series," "in shunt," "shunt connection") (ALEDDRA_RAB-00029943-970). |

## V. Proposed Constructions for U.S. Patent No. 11,846,396

| No. | '396 Claim Term (and Relevant Claims) | RAB's Proposed Construction | Supporting Evidence |
| --- | --- | --- | --- |
| 1 | "forward voltage across"<br>(claim 1) | "an applied voltage providing current flow" | <u>Intrinsic Evidence:</u><br>4:50-5:23; 8:54-9:36; 13:66-14:16; FIGS. 1-3, 5.<br><u>Extrinsic Evidence:</u><br>Mr. Flasck may provide testimony explaining the plain and ordinary meaning of the term to a person of ordinary skill in the art at the time of the invention in light of the intrinsic record and any relevant extrinsic evidence.<br>Mr. Flasck may respond to Aleddra's claim construction position on this term, including explaining why RAB's position should be adopted over that of Aleddra's, and/or may address Aleddra's alleged support.<br>*Wiley Electrical and Electronics Engineering Dictionary* 297 (2004) ("forward voltage drop") (RAB-005158-161);<br>*Wiley Electrical and Electronics Engineering Dictionary* (2004) ("diode forward voltage") (ALEDDRA_RAB-00029943-970). |