**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| ALEDDRA INC. | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 7:26-cv-00065-O |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RAB LIGHTING INC. | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| | ) | |

**<u>PLAINTIFF ALEDDRA INC.'S DESIGNATION OF EXPERT WITNESSES</u>**

Plaintiff Aleddra Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 26(a)(2), the Local Civil Rules of the United States District Court for the Northern District of Texas, the Court's Scheduling Order entered on July 7, 2026 (ECF No. 19), and the parties' Joint Notices of Stipulation to Extend Deadline for Expert Designations and Reports (ECF Nos. 67 and 77), by which the parties stipulated under paragraph 9(a) of the Scheduling Order to extend the deadline for expert designations and Rule 26(a)(2) disclosures, including expert reports, to November 18, 2026, hereby designates the following expert witnesses in this matter:

1. Dr. Regan A. Zane
   Department of Electrical and Computer Engineering
   Utah State University,
   4120 Old Main Hill,
   Logan, UT, 84322-4120

Dr. Zane will testify regarding the technology of the patents asserted in this action, Defendant's infringement of those patents, Plaintiff's products that practice those patents, the technical matters relevant to damages addressed in his expert report, and, in rebuttal, any expert testimony offered by Defendant on those subjects or on the validity of the asserted patents.

2. Ryan LaMotta
HKA Global, LLC
1800 W Loop South
Suite 2175
Houston, TX 77027

Mr. LaMotta will testify regarding the damages adequate to compensate Plaintiff for Defendant's infringement of the patents asserted in this action and, in rebuttal, any expert testimony offered by Defendant on damages.

Plaintiff's Opening expert report of Dr. Regan Zane and Expert Report of Ryan LaMotta will be served upon all counsel of record via electronic mail.

Plaintiff reserves the right to supplement this Designation in accordance with the Court's Scheduling Order.

Dated: November 18, 2026

Respectfully submitted,

/s/ Michael Sadowitz
David C. Radulescu, Ph.D. (*pro hac vice*)
Etai Lahav (*pro hac vice*)
Bryon Wasserman (*pro hac vice*)
Michael Sadowitz (*pro hac vice*)
Jonathan Auerbach (*pro hac vice*)
Andrew S. Brown (*pro hac vice*)
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, New York 10001
Telephone: (646) 502-5950
Facsimile: (646) 502-5959
david@radip.com
etai@radip.com
bryon@radip.com
mike@radip.com
jonathan@radip.com
andy@radip.com

Kevin S. Kudlac (Bar No. 00790089)
**RADULESCU LLP**
111 Congress Avenue, Ste. 500
Austin, TX 78701

Telephone: (512) 656-5743
kevin@radip.com

Steven Callahan
Christopher T. Bovenkamp
**Charhon Callahan Robson & Garza PLLC**
3333 Lee Parkway, Suite 460
Dallas, TX 75219
214-521-6400
Fax: 214-764-8392
scallahan@ccrglaw.com
cbovenkamp@ccrglaw.com

***Attorneys for Plaintiff***
***Aleddra Inc.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on November 18, 2026, the foregoing document was filed electronically with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are deemed to have consented to electronic service.

By: *<u>/s/ Michael Sadowitz</u>*
Michael Sadowitz