**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| ALEDDRA INC.<br><br>*Plaintiff*,<br><br>v.<br><br>RAB LIGHTING INC.<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:26-cv-00065-O<br><br>**JURY TRIAL DEMANDED** |

**APPENDIX IN SUPPORT OF PLAINTIFF ALEDDRA INC.'S OPPOSITION TO RAB'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS**

Plaintiff Aleddra Inc. files this Appendix in support of its Opposition to RAB's Motion for Leave to Amend its Invalidity Contentions. Attached hereto are true and correct copies that are incorporated herein for all purposes as follows:

| Exhibit | Appx No. | Description |
|---|---|---|
| Exhibit 1 | APPX000001-APPX000026 | Defendant RAB's Ex. B-1 Claim Chart - Invalidity of '946 Patent in view of U.S. Patent No. 10,020,675 |
| Exhibit 2 | APPX000027-APPX000036 | Defendant RAB's Ex. B-2 Claim Chart - Invalidity of '946 Patent in view of U.S. Patent Appl. Publ. No. 2014/0300289 |
| Exhibit 3 | APPX000037-APPX000042 | Email between counsel for plaintiff Aleddra Inc. and counsel for defendant RAB Lighting inc. re: RAB's Preliminary Claim Constructions |

Dated: November 19, 2026

Respectfully submitted,

*<u>/s/ Jonathan Auerbach</u>*
David C. Radulescu, Ph.D. (*pro hac vice*)
Etai Lahav (*pro hac vice*)
Bryon Wasserman (*pro hac vice*)
Michael Sadowitz (*pro hac vice*)
Jonathan Auerbach *(pro hac vice)*

Andrew S. Brown *(pro hac vice)*
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, New York 10001
Telephone: (646) 502-5950
Facsimile: (646) 502-5959
david@radip.com
etai@radip.com
bryon@radip.com
mike@radip.com
jonathan@radip.com
andy@radip.com

Kevin S. Kudlac (Bar No. 00790089)
**RADULESCU LLP**
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: (512) 656-5743
kevin@radip.com

Steven Callahan
Christopher T. Bovenkamp
**Charhon Callahan Robson & Garza PLLC**
3333 Lee Parkway, Suite 460
Dallas, TX 75219
214-521-6400
Fax: 214-764-8392
scallahan@ccrglaw.com
cbovenkamp@ccrglaw.com

***Attorneys for Plaintiff Aleddra Inc.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on November 19, 2026, the foregoing document was filed electronically with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are deemed to have consented to electronic service.

By: *<u>/s/ Jonathan Auerbach</u>*
Jonathan Auerbach