# EXHIBIT 1

**Exhibit B-1 - Invalidity of ’946 Patent in view of U.S. Patent No. 10,020,675**

U.S. Patent No. 10,020,675 to Zhang (“Zhang”). Filed June 23, 2017, and published July 10, 2018.

Zhang qualifies as prior art under at least post-AIA 35 U.S.C. § 102(a)(1).

Claims 1-5, 9-13, and 15-20 of the ’946 Patent are invalid as (a) obvious over Zhang itself, (b) over Zhang in view of the background knowledge and ordinary creativity of a person having ordinary skill in the art at the time the ’946 Patent was invented; and/or (c) obvious over Zhang in view of one or more of the references identified in RAB’s Preliminary Invalidity Contentions (*e.g.*, Zhu, Trainor, Sicard, Lipcsei, and Ertz), combined as set forth herein.

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| **[1PRE]** A light-emitting diode (LED) luminaire, comprising: | Zhang discloses *a light-emitting diode (LED) luminaire* (e.g., an LED lamp).<br>• 3:13-18 (“The present invention as a backup emergency ballast. The lamp 20 generally has a lamp housing 21. The lamp housing 21 holds a circuit board 22. **The circuit board has a plurality of LED chips 23 which are mounted on the circuit board 22. The LED chips are mounted in an array such as a linear array**.”) |
| **[1A]** at least four electrical conductors configured to couple to alternate-current (AC) mains; | Zhang discloses *at least four electrical conductors* (e.g., line in, neutral line in) *configured to couple to alternate-current (AC) mains*.<br>• 3:40-50 (“**The first line in is a line voltage, which can be alternating current** for example. The second line in 32 is always on and is not a switched line. **The second line in 32 is also a line voltage which can be alternating current.** The second line in 32 is connected to the second line terminal 27. The second housing connector 25 has a second neutral terminal 28 and the first neutral terminal 29 that receives a neutral line in 33. **The neutral line in 33 can be an alternating current such as household electric current.** The second neutral terminal 28 can be electrically connected to the first neutral terminal 29.”) |

**Exhibit B-1 - Invalidity of '946 Patent in view of U.S. Patent No. 10,020,675**

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| |  |
| **[1B]** one or more LED arrays with a forward voltage | Zhang discloses *one or more LED arrays with a forward voltage across the one or more LED arrays.* |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| across the one or more LED arrays; | • 3:13-18 ("The present invention as a backup emergency ballast. The lamp 20 generally has a lamp housing 21. The lamp housing 21 holds a circuit board 22. The circuit board has a plurality of LED chips 23 which are mounted on the circuit board 22. **The LED chips are mounted in an array such as a linear array**.")<br>• It would have been obvious to a POSITA that Zhang's lamps 20 (which include LED chips 23, *see* FIGS. 1-2) respectively have a diode forward voltage ($V_F$), which is the minimum voltage required to turn on the diode and allow current to flow through the diode.<br><br>FIG. 3 (excerpted and annotated) |
| **[1C]** a rechargeable battery; | Zhang discloses a *rechargeable battery* (e.g., battery 90).<br>• 3:64-66 ("The battery charge controller 70 can provide a charge for a battery 90.")<br>• 4:31-38 ("In any case, the emergency driver is powered by the battery through a pair of terminals on the battery 90 including the battery positive terminal 91 and the battery negative terminal 92. The battery positive terminal 91 is connected to the emergency driver battery line input 81 and the battery negative terminal 92 is electrically connected to the emergency driver battery neutral input 82.")<br>• 4:50-53 ("On the bottom of the figure, L′ and N go through the secondary rectifier 94, then to the charger 70 to charge the battery 90. The battery will power the emergency driver to drive LED load.")<br>• Since battery 90 can be used to power the emergency driver to drive LED load and the battery charge controller 70 can provide a charge for the battery 90, the battery 90 is rechargeable. |

Exhibit B-1 - Invalidity of '946 Patent in view of U.S. Patent No. 10,020,675

<table>
<tr><th>U.S. 10,237,946</th><th>U.S. 10,020,675 (Zhang)</th></tr>
<tr><td></td><td>



FIG. 3

FIG. 3 (excerpted and annotated)</td></tr>
<tr><td>[1D] a first full-wave rectifier and at least one second full-wave rectifier coupled to the at least four electrical conductors and configured to</td><td>Zhang discloses a first rectifier (e.g., secondary rectifier) and at least one second rectifier (e.g., primary rectifier) coupled to the at least four electrical conductors (e.g., line in, neutral line in) and configured to respectively convert a line voltage from the AC mains into a first direct-current (DC) voltage and a second DC voltage.
<ul>
<li>3:62-64 ("As seen in FIG. 3, the rectifier can provide a direct current to a driver. A second rectifier can provide a direct current to a battery charger such as a battery charge controller 70.")</li>
<li>4:12-18 ("The first rectifier is a primary rectifier 91. The primary rectifier 91 is connected to the line in at a first line in 31 and a neutral line in 33. The rectifier may have terminals such as the first line terminal 26 and</li>
</ul></td></tr>
</table>

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| respectively convert a line voltage from the AC mains into a first direct-current (DC) voltage and a second DC voltage; | the first neutral terminal 29. The rectifier is connected to the primary driver 60. The 60 has a driver line in 61 and a driver neutral in 62.")<br>• 4:48-52 ("At the top of the figure, L and N go through the primary rectifier 93, then to a main driver 60 to drive the LED load. On the bottom of the figure, L′ and N go through the secondary rectifier 94, then to the charger 70 to charge the battery 90.")<br>• 5:28-32 ("L, L′ and N pass through their respective rectifiers. A first route will go to the main driver for normal operation and a second route will go to the battery charge controller also called the battery charger to charge the battery, then to the emergency driver for emergency operation.")<br>While Zhang does not explicitly disclose that the primary and secondary rectifiers are full-wave rectifiers, a POSITA would have found it obvious to implement the teachings of Zhang such that its primary rectifier (93) and secondary rectifier (94) would have been full-wave rectifiers as taught, for example, by Zhu (*see* Exhibit B-2). The use of Zhu's full-wave rectifiers in Zhang's LED lamp would have been the obvious use of a known technique (a full-wave bridge rectifier topology, as embodied in Zhu's four-diode rectifier bridge 510) to improve a similar device (an AC-DC rectification stage in an LED driver circuit) in the same way it does in Zhu, namely by converting both half-cycles of the incoming AC waveform into a DC output. This substitution would have yielded the predictable result of a smoother DC voltage with reduced ripple at the outputs feeding Zhang's main driver (60) and battery charge controller (70), without changing the overall function of either rectifier stage. Because full-wave bridge rectifiers were a well-known and predictable design choice for AC-DC rectification in LED driver circuits at the time of the alleged invention, and Zhu confirms their use in this exact context, a POSITA would have had a reasonable expectation of success in making this modification. |
| **[1E]** a first input filter and a second input filter respectively coupled to the first full-wave rectifier and the at least one second full-wave rectifier, the | Zhang does not explicitly disclose "*a first input filter and a second input filter respectively coupled to the first full-wave rectifier and the at least one second full-wave rectifier, the first input filter and the second input filter configured to suppress an electromagnetic interference (EMI) noise*," but a POSITA would have had reason to use Zhu's "input filter coupled to a full-wave rectifier" (*see* Exhibit B-2).<br>Use of Zhu's teachings in Zhang's lamp would have been the obvious use of a known technique to improve a similar device in a similar way. More particularly, a POSITA would have found it obvious to implement the teachings of Zhang such that each of its rectifiers (93, 94) is followed by an input filter as taught, for example, by Zhu. The use of Zhu's input filter in Zhang's LED lamp would have been the obvious use of a known technique (an EMI filter positioned at the output of an AC-DC rectifier, as embodied in Zhu's EMI filter 522 coupled to rectifier bridge 510) to |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| first input filter and the second input filter configured to suppress an electromagnetic interference (EMI) noise; | improve a similar device (the rectifier-to-driver interface in an LED driver circuit) in the same way it does in Zhu, namely by filtering EMI noise from polluting the power line downstream of the rectifier. This substitution would have yielded the predictable result of suppressed EMI noise at the outputs of Zhang's primary and secondary rectifiers, without changing the overall function of either rectifier stage. Because coupling an EMI filter to the output of a rectifier was a well-known and predictable design practice in AC-DC LED driver circuits at the time of the alleged invention, and Zhu confirms its use in this exact context, a POSITA would have had a reasonable expectation of success in making this modification. |
| **[1F]** a charging circuit comprising a first transformer and a first ground reference, the charging circuit coupled to the first full-wave rectifier via the first input filter and configured to convert the first DC voltage into a third DC voltage that charges the rechargeable battery to reach a fourth DC voltage; | Zhang discloses *a charging circuit* (e.g., a battery charger, such as a battery charge controller 70) *coupled to the first rectifier* (e.g., secondary rectifier) *and configured to convert the first DC voltage into a third DC voltage that charges the rechargeable battery* (e.g., battery) *to reach a fourth DC voltage*.<br>• 3:63-4:4 (“A second rectifier can provide a direct current to a battery charger such as a battery charge controller 70. The battery charge controller 70 can provide a charge for a battery 90. The battery charge controller 70 can also be called a switched controller. The switched controller has a switched controller line in 71 and a switched controller neutral in 72 to power the switched controller. The switched controller also has a switched controller line out 73 and a switched controller neutral out 74.”)<br>• 4:50-52 (“On the bottom of the figure, L′ and N go through the secondary rectifier 94, then to the charger 70 to charge the battery 90.”)<br>• 5:28-32 (“A first route will go to the main driver for normal operation and a second route will go to the battery charge controller also called the battery charger to charge the battery, then to the emergency driver for emergency operation.”)<br>Zhang does not explicitly disclose that its charging circuit comprises a first transformer, a first ground reference, and a second ground reference electrically isolated from the first ground reference. However, Zhang discloses that its battery charge controller 70 is also called a switched controller, and a POSITA would have found it obvious to implement that switched controller as a switched converter, namely the flyback converter taught by, for example, Zhu (*see* Exhibit B-2). The use of Zhu's flyback converter 924 in Zhang's charging circuit would have been the obvious use of a known technique (an isolated flyback converter topology including a first transformer, a first ground reference, and a second ground reference electrically isolated from the first ground reference, as embodied in Zhu's |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| | flyback converter 924, whose inductor L2 is implemented as a transformer) to improve a similar device (the charging circuit of an LED emergency luminaire that steps a DC voltage down to charge a rechargeable battery) in the same way it does in Zhu, namely by using the transformer's primary and secondary windings to convert an input DC voltage into an output DC voltage while electrically isolating the input side ground reference from the output side ground reference. This substitution would have yielded the predictable result of a charging circuit in Zhang that charges battery 90 to reach the claimed fourth DC voltage while maintaining electrical isolation between the first and second ground references, without changing the overall charging function of that stage. Because flyback converters were a well-known and predictable design choice for providing galvanic isolation in switched DC-DC power conversion circuits at the time of the alleged invention, and Zhu confirms the use of a flyback converter with an isolation transformer in this exact context, a POSITA would have had a reasonable expectation of success in making this modification. |
| **[1G]** a first driver comprising a switch, a dimming controllable device, the first ground reference, an input inductor, at least one diode connected in series with the input inductor, an output resistor, and an output capacitor connected in parallel with the output resistor and connected between the at least one diode and the first | Zhang discloses *a first driver* (e.g., emergency driver) *comprising a dimming controllable device, the first driver configured to convert the fourth DC voltage into a fifth DC voltage to power the one or more LED arrays when the line voltage from the AC mains is unavailable.*<br>• 4:8-10 (“Changing the mode of the signals activates the emergency driver 80 and shuts off the main driver 60.”)<br>• 4:11-12 (“The battery 90 can activate the emergency driver 80 when the primary driver 60 is out of operation.”)<br>• 4:21-40 (“The driver 60 also has a main driver enablement signal 56 that is connected to an emergency driver enablement signal 57 on the emergency driver 80. When the driver 60 ceases to function, the signal state of the main driver enablement signal 56 changes which triggers the activation of the emergency driver 80. The emergency driver has an emergency driver positive input and an emergency driver negative input. The emergency driver positive input can correspond to the emergency driver battery line input 81 and the emergency driver battery neutral input 82 can correspond to the emergency driver negative input. In any case, the emergency driver is powered by the battery through a pair of terminals on the battery 90 including the battery positive terminal 91 and the battery negative terminal 92. The battery positive terminal 91 is connected to the emergency driver battery line input 81 and the battery negative terminal 92 is electrically connected to |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| ground reference, the first driver configured to convert the fourth DC voltage into a fifth DC voltage to power the one or more LED arrays when the line voltage from the AC mains is unavailable; | the emergency driver battery neutral input 82. The emergency driver 80 produces a voltage output for powering the lamps 20 at the emergency driver line output 83 and at the emergency driver neutral output 84.”)<br><br>While Zhang does not explicitly disclose a switch, a dimming controllable device, the first ground reference, an input inductor, at least one diode connected in series with the input inductor, an output resistor, and an output capacitor connected in parallel with the output resistor and connected between the at least one diode and the first ground reference, the emergency driver 80 is controlled by an emergency driver enablement signal 57. It would have been obvious to a POSITA that the emergency driver 80 includes a logic circuit including such components to process the signal 57 (*see ’905 patent*, 8:58-60).<br><br>Trainor discloses a first driver (boost converter 118) comprising a switch (transistor Q2), a dimming controllable device (microcontroller 110), an input inductor (L2), at least one diode (D2) connected in series with the input inductor (through which L2 discharges when Q2 is off), and an output capacitor (C4) connected between the diode and a ground reference, configured to convert a battery voltage into an output DC voltage (DC OUT) to power an LED control module when AC line power is unavailable. The use of Trainor's boost converter topology in Zhang's emergency driver 80 would have been the obvious use of a known technique (a battery-powered boost converter with a switch, inductor, diode, and output capacitor controlled by a microcontroller) to improve a similar device (an emergency LED driver that must generate a regulated output voltage from a battery when line power fails) in the same way it does in Trainor, namely by cycling the switch to store and discharge energy in the inductor to produce a regulated DC output for the LED load. This substitution would have yielded the predictable result of an emergency driver in Zhang that converts the battery-derived DC voltage into a voltage suitable for powering the LED arrays during a power outage, without changing the overall emergency-lighting function of that stage. Because switch-mode converters using an input inductor, a diode, and an output capacitor were a well-known and predictable design choice for battery-powered LED emergency drivers at the time of the alleged invention, and Trainor confirms this exact circuit arrangement in an LED emergency lighting context, a POSITA would have had a reasonable expectation of success in making this modification.<br><br>Trainor does not explicitly disclose an output resistor connected in parallel with the output capacitor. Sicard, however, discloses a DC-DC converter in which an output resistor (R1) is connected in parallel with the output capacitor (COUT) between the converter output node and a ground reference. A POSITA would have found it obvious to incorporate Sicard's output resistor into Trainor's boost converter as the obvious use of a known technique (a resistor placed in parallel with an output capacitor to bleed off residual charge stored on that capacitor) to improve a similar device (a switch-mode DC-DC converter supplying an LED load in an emergency lighting circuit) in the |

**Exhibit B-1 - Invalidity of ’946 Patent in view of U.S. Patent No. 10,020,675**

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| | same way it functions in Sicard, namely by providing a discharge path so the capacitor does not retain a charge that would otherwise persist after the converter stops switching. Incorporating this resistor into Trainor's circuit would have yielded the predictable result of bleeding down the voltage on output capacitor C4 in the same manner the '946 patent uses its own output resistor, without changing the overall boost-conversion function of Trainor's circuit. Because a parallel bleed resistor was a well-known and predictable design choice for discharging an output capacitor in switch-mode power supplies at the time of the alleged invention, and Sicard confirms this exact parallel arrangement of an output resistor and output capacitor, a POSITA would have had a reasonable expectation of success in combining Sicard's output resistor with Trainor's boost converter to perform this bleed function.<br><br>FIG. 3<br>Zhang, FIG. 3 (annotated and excerpted) |
| **[1H]** a second driver comprising a second transformer, a power sustaining device, and a second ground reference, the second driver | Zhang discloses *a second driver* (e.g., driver) *comprising a power sustaining device* (e.g., voltage checker)*, the second driver coupled to the at least one second full-wave rectifier* (e.g., primary rectifier)*, the second driver configured to convert the second DC voltage into a sixth DC voltage that powers the one or more LED arrays at full power to meet LED luminaire efficacy requirements when the power sustaining device is enabled to reach an operating voltage to operate the second driver*.<br>• 4:4-10 (“The voltage checker 95 checks for voltage on the unswitched line which then changes the mode of the main driver enablement signal 56 and the emergency driver enablement signal 57 when the unswitched |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| coupled to the at least one second full-wave rectifier via the second input filter, the second driver configured to convert the second DC voltage into a sixth DC voltage that powers the one or more LED arrays at full power to meet LED luminaire efficacy requirements when the power sustaining device is enabled to reach an operating voltage to operate the second driver; and | line lacks voltage. Changing the mode of the signals activates the emergency driver 80 and shuts off the main driver 60.")<br>• 4:48-50 ("At the top of the figure, L and N go through the primary rectifier 93, then to a main driver 60 to drive the LED load.")<br>• 5:28-32 ("L, L′ and N pass through their respective rectifiers. A first route will go to the main driver for normal operation and a second route will go to the battery charge controller also called the battery charger to charge the battery, then to the emergency driver for emergency operation.")<br>While Zhang does not explicitly disclose that driver 60 comprises a second transformer and a second ground reference, Zhu does so and it would have been obvious to incorporate Zhu's teachings into Zhang's LED lamp. *See* Exhibit B-2. Zhu discloses an LED driver circuit that includes a flyback converter 924 built from an inductor "L2" implemented as a transformer, configured to convert a DC voltage from a rectifier bridge into a regulated DC output that powers an LED load. A POSITA would have found it obvious to implement Zhang's main driver 60 as a switching converter of the type taught by Zhu, namely the flyback converter, as the obvious use of a known technique (an isolated flyback topology using a transformer to step and regulate an input DC voltage) to improve a similar device (the primary LED driver of an LED luminaire) in the same way it does in Zhu, namely by transferring energy across the transformer's primary and secondary windings while isolating the output side ground reference from the input side ground reference. This substitution would have yielded the predictable result of a main driver in Zhang that converts the DC voltage from primary rectifier 93 into a regulated output sufficient to drive the LED load at full power, with the transformer's secondary-side ground electrically isolated from its primary-side ground, without changing the overall function of driver 60 as the component that powers the LED arrays during normal operation. Because flyback converters incorporating an isolation transformer were a well-known and predictable design choice for LED driver circuits at the time of the alleged invention, and Zhu confirms this exact circuit arrangement in an LED driver context, a POSITA would have had a reasonable expectation of success in implementing Zhang's driver 60 with Zhu's transformer-based flyback converter. |

Exhibit B-1 - Invalidity of '946 Patent in view of U.S. Patent No. 10,020,675

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| | <br>FIG. 3 (excerpted and annotated) |
| **[1I]** a test and voltage pull-down circuit comprising a voltage pull-down circuit comprising a first voltage pull-down circuit and a second voltage pull-down circuit, the first voltage pull-down circuit configured to either pull down a | Zhang discloses *a test and voltage pull-down circuit* (e.g., voltage checker) *comprising a voltage pull-down circuit* (e.g., circuitry inside voltage checker) *comprising a first voltage pull-down circuit* (e.g., first circuitry inside voltage checker) *and a second voltage pull-down circuit* (e.g., second circuitry inside voltage checker), *the first voltage pull-down circuit configured to either pull down a dimming voltage* (e.g., low voltage for emergency driver enablement signal) *coupled to the dimming controllable device* (e.g., microcontroller 110 of Trainor discussed in [1G]) *to disable the first driver* (e.g., emergency driver) *when the line voltage from the AC mains is available or to pull up the dimming voltage* (e.g., high voltage for emergency driver enablement signal) *coupled to the dimming controllable device to enable the first driver when the line voltage from the AC mains is unavailable.* |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| dimming voltage coupled to the dimming controllable device to disable the first driver when the line voltage from the AC mains is available or to pull up the dimming voltage coupled to the dimming controllable device to enable the first driver when the line voltage from the AC mains is unavailable, | • 4:4-10 ("The voltage checker 95 checks for voltage on the unswitched line which then changes the mode of the main driver enablement signal 56 and the emergency driver enablement signal 57 when the unswitched line lacks voltage. Changing the mode of the signals activates the emergency driver 80 and shuts off the main driver 60.")<br>• 4:21-26 ("The driver 60 also has a main driver enablement signal 56 that is connected to an emergency driver enablement signal 57 on the emergency driver 80. When the driver 60 ceases to function, the signal state of the main driver enablement signal 56 changes which triggers the activation of the emergency driver 80.")<br>• 4:59-63 ("The change of state of the main driver enablement signal 56 and the emergency driver enablement signal 57 activates the emergency driver. The main driver enablement signal 56 and the emergency driver enablement signal 57 could be a high or low voltage such as 5V or 0V for example.")<br>While Zhang does not explicitly disclose that the voltage checker comprises *at least one transistor circuit assembly*, a POSITA would have understood that a component that checks voltage would comprise at least one transistor circuit assembly. Zhang discloses a test and voltage pull-down circuit (voltage checker 95) that performs the claimed function of pulling down a dimming voltage to disable the first driver when line voltage is available and pulling up the dimming voltage to enable the first driver when line voltage is unavailable. Zhang does not expressly state that this voltage checker comprises at least one transistor circuit assembly, but a POSITA would have found it obvious to implement it that way, since a POSITA would have understood that a component performing voltage checking is built from at least one transistor circuit assembly. The use of a transistor circuit assembly to implement Zhang's voltage checker would have been the obvious use of a known technique (a transistor-based sensing and switching circuit, a basic building block for voltage detection and signal-level control that was well known and widely used in the art at the time of the alleged invention) to improve a similar device (a circuit that senses a line voltage condition and outputs a corresponding pull-down or pull-up signal) in the same way transistor circuits are conventionally used for this purpose, namely by using the transistor's on/off switching behavior to translate a sensed voltage condition into a discrete pull-down or pull-up output signal. This implementation would have yielded the predictable result of a voltage checker that produces the claimed pull-down and pull-up signals to control the first driver, without changing the overall function Zhang already describes for that component. Because implementing a voltage-sensing and signal-generating circuit with one or more transistors was a conventional, routine design choice within the ordinary skill and creativity of a POSITA at the time of the alleged invention, a POSITA would have had a reasonable expectation of success in implementing Zhang's voltage checker in this manner. |

Exhibit B-1 - Invalidity of ’946 Patent in view of U.S. Patent No. 10,020,675

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
| --- | --- |
| | <br>FIG. 3 (excerpted and annotated) |
| **[1J]** wherein:<br>the charging circuit, the first driver, the second driver, and the test and voltage pull-down circuit are configured to auto-select either the fifth DC voltage or the sixth DC voltage | *See* [1I]. |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| to operate the one or more LED arrays; and | |
| **[1K]** when a rechargeable battery test is performed, the first driver is enabled to operate the one or more LED arrays, whereas the second driver is inactivated. | Zhang does not explicitly disclose a rechargeable battery test. Trainor, however, discloses a test switch 135 monitored by microcontroller 110 that, upon actuation, initiates a battery test simulating an on-battery, emergency-lighting scenario, in which the AC-derived power path is effectively removed so the luminaire runs from the battery alone. *See* Exhibit B-3. A POSITA would have found it obvious to implement Zhang's luminaire with this battery-test capability, inactivating both rectifiers (primary rectifier 93 and secondary rectifier 94) during the test so the charging circuit (battery charge controller 70) and second driver (main driver 60) are disabled while the first driver (emergency driver 80) operates the LED arrays from the battery. This would have been the obvious application of a known technique (a battery-test routine that isolates the AC mains input, as embodied in Trainor's test switch and microcontroller) to a similar device (an LED emergency luminaire powered from either AC mains or battery) in the same way it works in Trainor, namely by temporarily removing AC power so emergency operation can be verified on battery power alone, without changing the function of any of those components. Because periodic battery testing that isolates the AC input was a well-known, predictable design practice for battery-backed LED emergency lighting at the time of the alleged invention, and Trainor confirms this exact practice, a POSITA would have had a reasonable expectation of success in implementing this modification. |
| **[2]** The LED luminaire of claim 1, wherein the first voltage pull-down circuit comprises an electronic switch and a pull-down resistor connected to the electronic switch, and wherein when the first voltage | Zhang does not explicitly disclose *wherein the first voltage pull-down circuit comprises an electronic switch and a pull-down resistor connected to the electronic switch, and wherein when the first voltage pull-down circuit receives both the third DC voltage and the fourth DC voltage while the line voltage from the AC mains is available, the electronic switch is turned on, thereby pulling down the dimming voltage*.<br><br>Claim 2 requires a “pull-down resistor,” which is directed to the pull-down resistor 305 in FIG. 3 of the ’946 patent. However, the specification and drawings (see FIG. 3) of the ’946 patent confirm that the pull-down resistor 305 is not a “pull-down” resistor as recognized in the art by a POSITA, but instead is functionally a “pull-up” resistor. At resistor 305’s own node (the switch's 304 control input), the resistor 305 is doing the opposite of pulling that node toward ground. Instead, resistor 305 is tied to a DC supply and, together with resistor 404, biases the control node upward to turn the switch on. That is the textbook function of a pull-up resistor: holding or driving a node toward a positive rail rather than toward ground. Thus, there’s a naming inconsistency: the "first pull-down resistor" 305 and |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| pull-down circuit receives both the third DC voltage and the fourth DC voltage while the line voltage from the AC mains is available, the electronic switch is turned on, thereby pulling down the dimming voltage. | "second pull-down resistor" 403 are functionally pull-up resistors relative to the node they're connected to (the electronic switch's control terminal). The "pull-down" name only makes sense one level up since these resistors are included in "the first voltage pull-down circuit 301", describing the eventual effect on the dimming-voltage signal once the switch conducts.<br><br>However, Lipcsei discloses *a circuit including an electronic switch* (e.g., Q2) *and a pull-down resistor* (e.g., R2) *connected to the electronic switch, and wherein when the circuit receives both the third DC voltage* (e.g., VDC+) *and the fourth DC voltage* (e.g., VOUT/BATT+) *while the line voltage from the AC mains is available, the electronic switch is turned on*. See Exhibit B-4. More particularly, Lipcsei discloses a circuit including an electronic switch (Q2) and a resistor (R2) connected to the electronic switch's gate, where R2 couples the gate to VOUT/BATT+ so that when the circuit receives both the third DC voltage (VDC+) and the fourth DC voltage (VOUT/BATT+) while line voltage is available, the electronic switch is turned on. A POSITA would have found it obvious to incorporate Lipcsei's switch-and-resistor arrangement into Zhang's LED lamp as the obvious use of a known technique to improve a similar device in a similar way. |
| **[3]** The LED luminaire of claim 2, wherein when the line voltage from the AC mains is unavailable, the electronic switch is turned off, thereby pulling up the dimming voltage. | Zhang does not explicitly disclose *wherein when the line voltage from the AC mains is unavailable, the electronic switch is turned off, thereby pulling up the dimming voltage*.<br><br>However, Lipcsei discloses *when the line voltage from the AC mains is unavailable, the electronic switch* (e.g., Q2) *is turned off, thereby pulling up the dimming voltage*, and a POSITA would have incorporated Lipcsei's teachings into Zhang's LED lamp. *See* Exhibit B-4. More particularly, Lipcsei discloses that when the DC/DC converter 104 is not coupled or not operational, the controller power supply 214 draws power from the battery 106 instead of VDC+, and under related failure conditions the electronic switch (Q2) is turned off, disconnecting the DC/DC converter's charging path. A POSITA would have found it obvious to incorporate Lipcsei's teaching into Zhang's LED lamp as the obvious use of a known technique to improve a similar device in a similar way, namely by turning off the switch when the AC-derived voltage is absent so that the associated node is released to float or rise toward the fourth DC voltage rather than being held down by the switch. This modification would have yielded the predictable result of Zhang's circuit producing the claimed pulled-up dimming voltage when line voltage is unavailable, using the same switch (Q2) already incorporated from Lipcsei to satisfy claim 2, without changing the overall function of that switch. Because turning off a control transistor to release a pulled-down node when an input voltage disappears was a well-known and predictable design choice in battery-backed power circuits at the time of the alleged invention, and Lipcsei |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| | confirms this switch-off behavior in this exact context, a POSITA would have had a reasonable expectation of success in implementing this modification. |
| **[4]** The LED luminaire of claim 2, wherein when the first voltage pull-down circuit receives the fourth DC voltage alone, the electronic switch is turned off, thereby pulling up the dimming voltage. | Zhang does not explicitly disclose "*wherein when the first voltage pull-down circuit receives the fourth DC voltage alone, the electronic switch is turned off, thereby pulling up the dimming voltage*."<br><br>However, Lipcsei discloses that when the controller power supply 214 fails, transistors Q1 and Q2 (e.g., the electronic switch) are turned off, and with Q1 and Q2 off, the DC/DC converter 104 and the battery 106 are disconnected from the load 108 and the DC/DC converter is disconnected from the battery 104 (e.g., meaning the third voltage is absent and the fourth voltage is present). *See* Exhibit B-4. A POSITA would have found it obvious to incorporate Lipcsei's teaching into Zhang's LED lamp as the obvious use of a known technique to improve a similar device in a similar way, namely by turning off the switch when only the battery-derived voltage remains present so that the associated node is released to pull up rather than being held down. This modification would have yielded the predictable result of Zhang's circuit producing the claimed pulled-up dimming voltage when the fourth DC voltage is present alone, using the same switch (Q2) already incorporated from Lipcsei in claims 2 and 3, without changing the overall function of that switch. Because turning off a control transistor to release a pulled-down node when only a secondary voltage source remains available was a well-known and predictable design choice in battery-backed power circuits at the time of the alleged invention, and Lipcsei confirms this switch-off behavior in this exact context, a POSITA would have had a reasonable expectation of success in implementing this modification. |
| **[5]** The LED luminaire of claim 2, wherein the electronic switch comprises a silicon-controlled rectifier (SCR), a transistor, a metal-oxide-semiconductor field-effect | Zhang does not explicitly disclose that the electronic switch comprises a silicon-controlled rectifier (SCR), a transistor, a metal-oxide-semiconductor field-effect transistor (MOSFET), or a combination thereof.<br><br>However, Lipcsei discloses that *the electronic switch* (e.g., Q2) *comprises a silicon-controlled rectifier (SCR), a transistor, a metal-oxide-semiconductor field-effect transistor (MOSFET), or a combination thereof.* See Exhibit B-4. A POSITA would have found it obvious to implement Zhang's electronic switch as a MOSFET, as taught by Lipcsei, since MOSFETs were a well-known, interchangeable choice for implementing such switches at the time of the alleged invention, and this substitution would have yielded the predictable result of a functioning electronic switch without changing the overall operation of the circuit. A POSITA would have had a reasonable expectation of success in making this modification. |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| transistor (MOSFET), or a combination thereof. | |
| **[9]** The LED luminaire of claim 1, wherein the test and voltage pull-down circuit further comprises at least one pair of electrical contacts configured to electrically couple the rechargeable battery to the charging circuit, the first driver, and the test and voltage pull-down circuit and to operate thereof. | Zhang does not explicitly disclose that *the test and voltage pull-down circuit further comprises at least one pair of electrical contacts configured to electrically couple the rechargeable battery to the charging circuit, the first driver, and the test and voltage pull-down circuit and to operate thereof.*<br><br>However, Trainor discloses that *the test and voltage pull-down circuit further comprises at least one pair of electrical contacts* (e.g., Q1, Q2, transistor(s) in microcontroller), *configured to electrically couple the rechargeable battery* (e.g., battery) *to the charging circuit* (e.g., battery charger), *the first driver* (e.g., voltage booster), *and the test and voltage pull-down circuit* (e.g., microcontroller and switches) *and to operate thereof*. *See* Exhibit B-3.<br><br>More particularly, Trainor discloses transistor switches (Q1 in the battery charger 116 and Q2 in the voltage booster 118) controlled by microcontroller 110 that couple and decouple the battery 120 from the charging path and from the boost converter that drives the LED control module, depending on whether the luminaire is charging, in standby, or in emergency operation. A POSITA would have found it obvious to implement Zhang's test and voltage pull-down circuit with such switched electrical contacts, as taught by Trainor, as the obvious use of a known technique (transistor-based contacts that selectively couple a battery to a charging circuit and a driver under microcontroller control) to improve a similar device (an LED emergency luminaire's battery interface) in the same way it works in Trainor, namely by connecting or disconnecting the battery from the charging and driving circuitry as needed for normal charging, testing, or emergency operation. This modification would have yielded the predictable result of Zhang's luminaire being able to electrically couple or decouple the battery from the charging circuit, first driver, and test circuit, without changing the overall function of any of those components. Because using switched electrical contacts to couple a battery to charging and driving circuitry was a well-known, predictable design choice in battery-backed LED lighting at the time of the alleged invention, and Trainor confirms this exact arrangement, a POSITA would have had a reasonable expectation of success in implementing this modification. |

**Exhibit B-1 - Invalidity of ’946 Patent in view of U.S. Patent No. 10,020,675**

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| **[10]** The LED luminaire of claim 9, wherein the at least one pair of electrical contacts comprise electrical contacts in a switch, a relay, and a jumper, or electrical terminals accommodated for jumper wires. | Zhang does not explicitly disclose that *the at least one pair of electrical contacts comprise electrical contacts in a switch, a relay, and a jumper, or electrical terminals accommodated for jumper wires*.<br><br>As discussed in claim 9, Trainor discloses that its electrical contacts, transistors Q1 and Q2, are themselves implemented as switches. A POSITA would have found it obvious that the electrical contacts used in Zhang's luminaire, as modified by Trainor's teachings in claim 9, would comprise contacts in a switch, since Trainor's Q1 and Q2 are transistor switches performing that connecting and disconnecting function. This would have been the obvious use of a known technique (a transistor implemented as a switch to make and break an electrical connection) to improve a similar device in the same way it operates in Trainor, without changing the overall function already addressed in claim 9. A POSITA would have had a reasonable expectation of success in implementing this modification. |
| **[11]** The LED luminaire of claim 1, wherein the voltage pull-down circuit further comprises a detection circuit comprising a precision voltage regulator, a series of voltage dividers coupled to the precision voltage regulator, one or more operational amplifiers, and one or more LED indicators, and | Zhang does not explicitly disclose that the *voltage pull-down circuit further comprises a detection circuit comprising a precision voltage regulator, a series of voltage dividers coupled to the precision voltage regulator, one or more operational amplifiers, and one or more LED indicators, and wherein the precision voltage regulator and the series of the voltage dividers are configured to provide voltage references for the one or more operational amplifiers to test the fourth DC voltage and to identify operational statuses*.<br><br>However, Ertz discloses a detection circuit comprising a *precision voltage regulator* (e.g., zener diode 136), *a series of voltage dividers* coupled to the precision voltage regulator (e.g., divider resistors 132 and 134, which set the reference voltage at node 130 that is regulated by zener diode 136, and resistor 156 and variable resistor 158, which divide down the voltage at node 154 for comparison against that reference), *one or more operational amplifiers* (e.g., second comparator 152), and *one or more LED indicators* (e.g., indicator lamp 164), wherein the precision voltage regulator and voltage dividers are configured to provide a voltage reference for the comparator 152 to test the voltage across storage capacitor 94 of the battery charger 28 (e.g., the fourth DC voltage) and to identify an operational status (e.g., whether the batteries 24 are being charged by the charger 28 or are instead supplying power to the lamps 16). Use of Ertz's teachings in Zhang's LED lamp would have been the obvious use of a known technique to improve a similar device in a similar way. Zhang's voltage checker 95 senses the relevant voltage condition and changes an internal enablement signal accordingly, but Zhang does not disclose giving the user any external, visible indication of that sensed condition. Ertz teaches a known, interchangeable way to add exactly that capability — a comparator that |

**Exhibit B-1 - Invalidity of '946 Patent in view of U.S. Patent No. 10,020,675**

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| wherein the precision voltage regulator and the series of the voltage dividers are configured to provide voltage references for the one or more operational amplifiers to test the fourth DC voltage and to identify operational statuses. | reads a divided battery-charger voltage against a zener-regulated reference and drives an LED to visibly report the sensed state — so a POSITA seeking to give a technician a visual readout of the same charging/battery condition that Zhang's voltage checker already senses internally would have looked to Ertz's detection circuit as a predictable, off-the-shelf solution, yielding nothing more than the predictable result of a visible status indicator.<br><br>The '946 patent's specification describes its own "operational amplifiers" 720, 722, and 723 purely in comparator terms because each one simply compares a divided voltage reference against a sensed voltage to determine whether a status condition is met, with no disclosure of any additional operational amplifier specific structure (e.g., feedback network, gain stage, differential amplification beyond the comparison itself). 13:16-34. This confirms that, as used in the claims, "operational amplifier" is satisfied by exactly the same comparator-based circuit disclosed in Ertz. Ertz's comparator 152 performs the identical function claimed for operational amplifiers 720/722/723: it compares a divided sensed voltage (node 154, derived from storage capacitor 94) against a divided reference voltage (node 130) to determine and output a status condition. 7:63-8:12. Because a comparator is itself commonly implemented using an operational amplifier configured for open-loop, saturating comparison (a well-known circuit topology at the time of Ertz), and because the '946 patent uses "operational amplifier" to mean nothing more than this comparison function, comparator 152 meets the claimed "operational amplifier" limitation under its plain and ordinary meaning as used in the patent itself. |
| **[12]** The LED luminaire of claim 11, wherein the series of the voltage dividers comprises one or more resistors connected in series, wherein at least one of the voltage references is configured for one of the one or more operational | Zhang does not explicitly disclose that *the series of the voltage dividers comprises one or more resistors connected in series, wherein at least one of the voltage references is configured for one of the one or more operational amplifiers to identify if charging of the rechargeable battery is normal, and wherein at least one of the one or more LED indicators is configured to be lighted up to indicate such a normal status*.<br><br>However, Ertz discloses that *the series of voltage dividers comprises one or more resistors connected in series*: the reference-side divider is formed by divider resistors 132 and 134 connected in series (regulated by zener diode 136 and fed through resistor 138 from node 140), and the sensing-side divider is formed by resistor 156 connected in series with variable resistor 158 between the storage capacitor 94 and node 154. 7:36-39 ("The voltage divided by the resistors 132 and 134 is regulated by a zener diode 136 which is connected by a resistor 138 to the battery charger/battery output voltage at node 140."); 7:63-8:1 ("A second comparator 152 has an inverting input connected to a node 154 which in turn is connected by a resistor 156 to the storage capacitor 94 of the battery charger 28. The voltage at node 154 is applied across a variable resistor 158 and is compared to the reference voltage at node 130."). |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| amplifiers to identify if charging of the rechargeable battery is normal, and wherein at least one of the one or more LED indicators is configured to be lighted up to indicate such a normal status. | Ertz further discloses that *at least one of the voltage references is configured for one of the operational amplifiers to identify if charging of the rechargeable battery is normal, and wherein at least one of the LED indicators is configured to be lighted up to indicate such a normal status*: the reference voltage at node 130 is compared by comparator 152 to the divided voltage at node 154, and when the storage capacitor 94 discharges, this is disclosed as indicating that the charger circuit 28 is charging the batteries 24, at which point the comparator changes state and lights indicator lamp 164. 8:1-10 ("In the normal mode, the voltage across the capacitor 94 of the battery charger circuit 28 is higher than the reference voltage at node 130 such that the output of the comparator 152 is low. This state turns off a transistor 160 which is connected by a resistor 162 to a third indicator lamp 164. When the capacitor 94 of the battery charger circuit 28 discharges, this indicates that the charger circuit 28 is charging the batteries 24. In which case, the voltage at node 154 drops below the reference voltage at node 130 such that the comparator 152 changes state, turning on the transistor 160 and illuminating the indicator lamp 164.").<br><br>Use of Ertz's teachings in Zhang's LED lamp would have been the obvious use of a known technique to improve a similar device in a similar way. Zhang's voltage checker 95 senses the relevant voltage condition and changes an internal enablement signal accordingly, but Zhang does not disclose giving the user any external, visible indication of that sensed condition. Ertz teaches a known, interchangeable way to add exactly that capability — a comparator that reads a divided battery-charger voltage against a zener-regulated reference and drives an LED to visibly report the sensed state — so a POSITA seeking to give a technician a visual readout of the same charging/battery condition that Zhang's voltage checker already senses internally would have looked to Ertz's detection circuit as a predictable, off-the-shelf solution, yielding nothing more than the predictable result of a visible status indicator. |
| **[13]** The LED luminaire of claim 12, wherein the at least one of the one or more LED indicators is further configured to be shut off to indicate that the rechargeable | Zhang does not explicitly disclose that *the at least one of the one or more LED indicators is further configured to be shut off to indicate that the rechargeable battery is fully charged*. Trainor, however, discloses in Table 1 that when AC is present and the battery is fully charged, including trickle charge, the green LED is on and the red LED is off. *See* Exhibit B-3. A POSITA would have found it obvious to implement Zhang's LED indicator scheme with this teaching, as the obvious use of a known technique (shutting off one status LED, here the red LED, to signal a fully charged battery) to improve a similar device (an LED emergency luminaire's battery status indicator) in the same way it works in Trainor, namely by using the off state of one indicator LED as an affirmative signal that charging is complete. This modification would have yielded the predictable result of Zhang's luminaire shutting off an LED indicator to indicate a fully charged battery, without changing the overall function of the indicator system already addressed in the parent claims. Because using the off state of a status LED to indicate a fully charged battery was a |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| battery is fully charged. | well-known and predictable design practice in battery-backed lighting products at the time of the alleged invention, and Trainor confirms this exact indicator behavior, a POSITA would have had a reasonable expectation of success in implementing this modification. |
| **[15]** The LED luminaire of claim 1, wherein the first driver is a step-up converter with the fifth DC voltage higher than both the fourth DC voltage and the forward voltage across the one or more LED arrays to operate the one or more LED arrays without flickering. | Zhang does not explicitly disclose that *the LED luminaire of claim 1, wherein the first driver is a step-up converter with the fifth DC voltage higher than both the fourth DC voltage and the forward voltage across the one or more LED arrays to operate the one or more LED arrays without flickering*.<br><br>Trainor, however, discloses that its voltage booster 118 is a boost converter that steps up the battery voltage VBATT to a higher output voltage DC OUT so the voltage supplied to the LED control module does not disrupt the light output. *See* Exhibit B-3. A POSITA would have found it obvious to implement Zhang's first driver as this type of step-up converter, as taught by Trainor, as the obvious use of a known technique (a boost converter that raises a battery voltage above both the battery's own level and the LED load's forward voltage) to improve a similar device (an emergency LED driver powered from a battery) in the same way it works in Trainor, namely by generating an output voltage high enough to drive the LED arrays continuously through the transition to battery power. This modification would have yielded the predictable result of Zhang's first driver producing a fifth DC voltage above both the fourth DC voltage and the LED forward voltage, allowing the LED arrays to operate without flickering during the transition, without changing the overall emergency-driving function of that stage. Because using a boost converter to maintain a stable, elevated LED supply voltage during a transition to battery power was a well-known and predictable design choice in emergency LED lighting at the time of the alleged invention, and Trainor confirms this exact behavior, a POSITA would have had a reasonable expectation of success in implementing this modification. |
| **[16]** The LED luminaire of claim 1, wherein the first driver further comprises one or more current sensing resistors coupled in series with the switch in | Zhang does not explicitly disclose that *the first driver further comprises one or more current sensing resistors coupled in series with the switch in the first driver, the one or more current sensing resistors and the switch configured to control charging and discharging of the input inductor, subsequently controlling an output current to operate the one or more LED arrays such that the one or more LED arrays consume less power when the line voltage from the AC mains is unavailable than the one or more LED arrays do when the line voltage from the AC mains is available*.<br><br>Trainor, however, discloses *the first driver* and incorporating Trainor's teachings in Zhang would have been obvious as discussed above with respect to limitation [1G]. *See also* Exhibit B-3. Trainor does not explicitly disclose *one or more current sensing resistors coupled in series with the switch in the first driver, the one or more current sensing* |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| the first driver, the one or more current sensing resistors and the switch configured to control charging and discharging of the input inductor, subsequently controlling an output current to operate the one or more LED arrays such that the one or more LED arrays consume less power when the line voltage from the AC mains is unavailable than the one or more LED arrays do when the line voltage from the AC mains is available. | *resistors and the switch configured to control charging and discharging of the input inductor, subsequently controlling an output current to operate the one or more LED arrays such that the one or more LED arrays consume less power when the line voltage from the AC mains is unavailable than the one or more LED arrays do when the line voltage from the AC mains is available.* A POSITA, however, would have found it obvious to modify Trainor to have such a configuration, as taught by Lipcsei (*see* Exhibit B-4). Lipcsei discloses a sense resistor Rs connected in series with switch Q12 in the battery discharge path, together with detection circuitry (including amplifiers, resistors, and a comparator) that measures the voltage across the sense resistor to detect the discharge current and to limit or cut off that current once it exceeds a set threshold, thereby controlling the current drawn from the battery. A POSITA would have found it obvious to modify Trainor's boost-converter driver, as incorporated into Zhang, to include such a current sensing resistor in series with switch Q2, as taught by, for example, Lipcsei (see Exhibit B-4). The use of Lipcsei's and Trainor's teachings in Zhang's lamp would have been the obvious use of known techniques (a current sensing resistor placed in series with a driver switch and coupled to comparison circuitry that limits the current delivered from a battery, as embodied in Lipcsei's sense resistor Rs and associated current-detection circuitry) to improve a similar device (a battery-powered driver stage that must limit battery discharge current to conserve battery capacity) in the same way it does in Lipcsei, namely by sensing the current flowing through the switch and using that measurement to cap the output current below the level supplied during normal, AC-powered operation. This modification would have yielded the predictable result of Trainor's driver, as incorporated into Zhang, operating the LED arrays at a controlled, reduced output current, and therefore reduced power, when the line voltage from the AC mains is unavailable compared to when it is available, without changing the overall function of the first driver. Because using a series current sensing resistor to detect and limit output current drawn from a battery through a switch was a well-known and predictable design practice for battery-powered circuits at the time of the alleged invention, and Lipcsei confirms this practice in this exact context, a POSITA would have had a reasonable expectation of success in implementing this modification. |
| **[17]** The LED luminaire of claim 1, wherein the | Zhang does not explicitly disclose that *the charging circuit is a first step-down converter with the third DC voltage lower than the first DC voltage but higher than both a rated voltage of the rechargeable battery and the fourth DC voltage.* |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| charging circuit is a first step-down converter with the third DC voltage lower than the first DC voltage but higher than both a rated voltage of the rechargeable battery and the fourth DC voltage. | Trainor, however, discloses that its battery charger 116 is a buck converter that steps down the input voltage DC IN, which is higher than the voltage needed to charge the battery, to a lower charging voltage VCHG suitable for the battery. *See* Exhibit B-3. A POSITA would have found it obvious to implement Zhang's charging circuit as this type of step-down converter, as taught by Trainor, as the obvious use of a known technique (a buck converter that reduces a rectified DC voltage to an intermediate level above the battery's rated voltage and above the driver's own operating voltage) to improve a similar device (a charging circuit for a rechargeable battery in an LED emergency luminaire) in the same way it works in Trainor, namely by producing a charging voltage between the higher rectified input and the lower voltages needed downstream. This modification would have yielded the predictable result of Zhang's charging circuit generating a third DC voltage lower than the first DC voltage but higher than both the battery's rated voltage and the fourth DC voltage, without changing the overall charging function already addressed elsewhere in the claims. Because using a buck converter to step a rectified DC voltage down to an intermediate charging voltage was a well-known and predictable design choice in battery-backed LED lighting at the time of the alleged invention, and Trainor confirms this exact voltage relationship, a POSITA would have had a reasonable expectation of success in implementing this modification. |
| **[18]** The LED luminaire of claim 1, wherein the second driver is a second step-down converter with the sixth DC voltage lower than the second DC voltage but higher than the forward voltage across the one or more LED arrays. | Zhang does not explicitly disclose that *the second driver is a second step-down converter with the sixth DC voltage lower than the second DC voltage but higher than the forward voltage across the one or more LED arrays*.<br><br>Zhu, however, discloses a switching converter (which may be implemented as a flyback converter 924) that converts a DC voltage derived from rectified AC mains into a lower, regulated DC output supplied to an LED load, with the converter's controller regulating that output to maintain the current and voltage headroom needed to drive the LED load properly. *See* Exhibit B-2. A POSITA would have found it obvious to implement Zhang's second driver as this type of step-down converter, as taught by Zhu, as the obvious use of a known technique (a switching converter that steps a rectified DC voltage down to a regulated output above the LED load's forward voltage) to improve a similar device (the main driver of an LED luminaire operating from rectified AC mains) in the same way it works in Zhu, namely by producing an output voltage sufficient to forward-bias and drive the LED arrays while remaining below the higher rectified input voltage. This modification would have yielded the predictable result of Zhang's second driver generating a sixth DC voltage lower than the second DC voltage but higher than the LED forward voltage, without changing the overall driving function already addressed elsewhere in the claims. Because using a step-down switching converter to regulate an LED driver's output above the load's forward voltage was a well-known and predictable |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| | design choice in LED driver circuits at the time of the alleged invention, and Zhu confirms this exact voltage relationship, a POSITA would have had a reasonable expectation of success in implementing this modification. |
| **[19]** The LED luminaire of claim 1, wherein the at least four electrical conductors comprise two sets of electrical conductors and wherein each of the first full-wave rectifier and the at least one second full-wave rectifier is respectively coupled to one of the two sets of electrical conductors. | Zhang discloses that *the at least four electrical conductors comprise two sets of electrical conductors and wherein each of the first rectifier and the at least one second rectifier is respectively coupled to one of the two sets of electrical conductors*.<br>• See [1A]. |
| **[20]** The LED luminaire of claim 19, wherein when only one of the first full-wave rectifier or the at | Zhang discloses *when only one of the first rectifier* (e.g., secondary rectifier) *or the at least one second full-wave rectifier* (e.g., primary rectifier) *is energized by the line voltage from the AC mains connected to one of the two sets of electrical conductors* (e.g., unswitched line terminal and accompany neutral terminal)*, the other one of the two sets of electrical conductors* (e.g., switched line terminal and accompany neutral terminal) *do not conduct electric current, thus no electric shock hazard possibly occurred*. |

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| least one second full-wave rectifier is energized by the line voltage from the AC mains connected to one of the two sets of electrical conductors, the other one of the two sets of electrical conductors do not conduct electric current, thus no electric shock hazard possibly occurred. | • Zhang shows a set of unswitched conductors that is energized whereas the set of switched conductors could be de-energized (e.g., wall switched off).<br>• 3:34-50 ("The second housing connector 25; has a first neutral terminal 29 and a second neutral terminal 28. The first line terminal 26 is connected to a line switch 34. The first line in 31 is connected to the line switch 34 such that the line switch 34 connects the first line in 31 to the first line terminal 26. The first line in is a line voltage, which can be alternating current for example. The second line in 32 is always on and is not a switched line. The second line in 32 is also a line voltage which can be alternating current. The second line in 32 is connected to the second line terminal 27. The second housing connector 25 has a second neutral terminal 28 and the first neutral terminal 29 that receives a neutral line in 33. The neutral line in 33 can be an alternating current such as household electric current. The second neutral terminal 28 can be electrically connected to the first neutral terminal 29.") |

**Exhibit B-1 - Invalidity of '946 Patent in view of U.S. Patent No. 10,020,675**

| U.S. 10,237,946 | U.S. 10,020,675 (Zhang) |
|---|---|
| |   FIG. 3 (annotated and excerpted) |