# EXHIBIT 2

**Exhibit B-2 - Invalidity of '946 Patent in view of U.S. Patent Appl. Publ. No. 2014/0300289**

U.S. Patent Appl. Publ. No. 2014/0300289 to Zhu ("Zhu"). Filed March 13, 2014, and published October 9, 2014.

Zhu qualifies as prior art under at least post-AIA 35 U.S.C. § 102(a)(1).

Claims 1-5, 15-17, and 19 of the '396 Patent are invalid as obvious over Zhu in view of one or more of the references identified in RAB's Preliminary Invalidity Contentions (*e.g.*, Zhang, Trainor, Sicard, and Lipcsei), combined as set forth herein.

| U.S. Patent No. 10,237,946 | U.S. Patent Appl. Publ. No. 2014/0300289 (Zhu) |
|---|---|
| **[1PRE]** A light-emitting diode (LED) luminaire, comprising: | N/A |
| **[1A]** at least four electrical conductors configured to couple to alternate-current (AC) mains; | N/A |
| **[1B]** one or more LED arrays with a forward voltage across the one or more LED arrays; | N/A |
| **[1C]** a rechargeable battery; | N/A |

**Exhibit B-2 - Invalidity of '946 Patent in view of U.S. Patent Appl. Publ. No. 2014/0300289**

<table>
<tr><th>U.S. Patent No. 10,237,946</th><th>U.S. Patent Appl. Publ. No. 2014/0300289 (Zhu)</th></tr>
<tr><td>[1D] a first full-wave rectifier and at least one second full-wave rectifier coupled to the at least four electrical conductors and configured to respectively convert a line voltage from the AC mains into a first direct-current (DC) voltage and a second DC voltage;</td><td>Zhu discloses a full-wave rectifier (e.g., rectifier bridge) configured to convert a line voltage from the AC mains into a direct-current (DC) voltage.<br>
<ul><li>¶38 ("In the embodiment depicted in FIG. 5, the LED driver circuit 504 includes a rectifier bridge 510, a damper circuit 520, an EMI filter 522, a switching converter 524, and a switching converter controller 526. The rectifier bridge 510 is configured to transform an AC input voltage from the dimmer circuit 502 into a DC voltage for other components of the LED driver circuit 504. As shown in FIG. 5, the rectifier bridge 510 includes diodes 528, 530, 532, 534. The rectifier bridge 510 is an embodiment of the AC-DC rectifier 110 depicted in FIG. 1. However, the AC-DC rectifier 110 depicted in FIG. 1 can be implemented by other types of rectifiers.)</li>
<li>Zhu discloses an LED driver circuit for driving LED loads. A POSITA would have found it obvious to modify the primary and secondary rectifiers of Zhang to be full-wave rectifiers as taught by Zhu.</li></ul>


FIG. 9 (excerpted and annotated)</td></tr>
<tr><td>[1E] a first input filter and a</td><td>Zhu discloses an input filter (e.g., EMI filter) coupled to a full-wave rectifier, the input filter configured to suppress an electromagnetic interference (EMI) noise.</td></tr>
</table>

**Exhibit B-2 - Invalidity of '946 Patent in view of U.S. Patent Appl. Publ. No. 2014/0300289**

<table>
<tr><th>U.S. Patent No. 10,237,946</th><th>U.S. Patent Appl. Publ. No. 2014/0300289 (Zhu)</th></tr>
<tr><td>second input filter respectively coupled to the first full-wave rectifier and the at least one second full-wave rectifier, the first input filter and the second input filter configured to suppress an electromagnetic interference (EMI) noise;</td><td>

- ¶38 ("In the embodiment depicted in FIG. 5, the LED driver circuit 504 includes a rectifier bridge 510, a damper circuit 520, an EMI filter 522, a switching converter 524, and a switching converter controller 526.")
- ¶39 ("The EMI filter 522 is configured to filter EMI noise from polluting the power line. In the embodiment depicted in FIG. 5, the EMI filter includes capacitors, "C1," "C2," and an inductor, "L1."")
- It would have been obvious to modify Zhang's LED lamp with an EMI filter for each AC input to reduce EMI. *See* Exhibit B-1.




FIG. 9 (excerpted and annotated)</td></tr>
<tr><td>**[1F]** a charging circuit comprising a first transformer and a first ground reference, the charging circuit coupled to the first full-wave rectifier via the first input filter and configured to</td><td>Zhu discloses a *charging circuit* (e.g., flyback converter) *comprising a first transformer* (e.g., L2) *and a first ground reference, the charging circuit coupled to the first full-wave rectifier via the first input filter and configured to convert the first DC voltage into a third DC voltage.*

- ¶46 ("FIG. 9 depicts an electrical device 900 having an LED driver circuit 904 that includes a flyback converter 924. In the embodiment depicted in FIG. 9, the flyback converter includes the diode, "D1," the NMOS transistor, "Q1," the inductor, "L2," which is implemented as a transformer, the capacitor, "C3," and the resistor, "R1." The switching converter controller 526 controls the gate terminal, "G," of the NMOS transistor, "Q1." The drain terminal, "D," of the NMOS transistor, "Q1" is connected to the inductor, "L2." The source terminal, "S," of the NMOS transistor, "Q1" is connected to the resistor, "R1." The capacitor, "C3," is connected in parallel with the LED load 506. In the embodiment depicted in FIG. 9, the damper circuit 520 is connected in series with the power path, which goes from the rectifier bridge 510, to the inductor, "L1," to the</td></tr>
</table>

| U.S. Patent No. 10,237,946 | U.S. Patent Appl. Publ. No. 2014/0300289 (Zhu) |
|---|---|
| convert the first DC voltage into a third DC voltage that charges the rechargeable battery to reach a fourth DC voltage; | inductor, “L2,” to the NMOS transistor, “Q1,” to the resistor, “R1,” to the damper circuit 520, and to the rectifier bridge 510.”)<br>• While Zhu does not explicitly disclose that the flyback converter 924 is *configured to convert the first DC voltage into a third DC voltage that charges the rechargeable battery to reach a fourth DC voltage*, a POSITA would have understood that Zhu’s flyback converter can be configured to step down a voltage input and output the stepped down voltage to an output, such as Zhang’s rechargeable battery. *See* Exhibit B-1.<br><br>FIG. 9 |
| **[1G]** a first driver comprising a switch, a dimming controllable device, the first ground reference, an input inductor, at least one diode connected in | N/A |

| U.S. Patent No. 10,237,946 | U.S. Patent Appl. Publ. No. 2014/0300289 (Zhu) |
|---|---|
| series with the input inductor, an output resistor, and an output capacitor connected in parallel with the output resistor and connected between the at least one diode and the first ground reference, the first driver configured to convert the fourth DC voltage into a fifth DC voltage to power the one or more LED arrays when the line voltage from the AC mains is unavailable; | |
| **[1H]** a second driver comprising a second transformer, a power sustaining | Zhu discloses *a second driver* (e.g., flyback converter) *comprising a second transformer* (e.g., L2)*, a power sustaining device* (e.g., constant on-time BCM controller)*, and a second ground reference, the second driver coupled to the at least one second full-wave rectifier* (e.g., rectifier bridge) *via the second input filter* (e.g., EMI filter)*, the second driver configured to convert the second DC voltage into a sixth DC voltage that powers the one or more LED arrays at full* |

| U.S. Patent No. 10,237,946 | U.S. Patent Appl. Publ. No. 2014/0300289 (Zhu) |
|---|---|
| device, and a second ground reference, the second driver coupled to the at least one second full-wave rectifier via the second input filter, the second driver configured to convert the second DC voltage into a sixth DC voltage that powers the one or more LED arrays at full power to meet LED luminaire efficacy requirements when the power sustaining device is enabled to reach an operating voltage to operate the second driver; and | *power to meet LED luminaire efficacy requirements when the power sustaining device is enabled to reach an operating voltage to operate the second driver.*<br>• ¶41 ("In an embodiment, the switching converter 524 is a switch-mode DC to DC converter that converts one DC voltage level to another DC voltage level. In the embodiment depicted in FIG. 5, the switching converter includes a diode, "D1," a power transistor, "P1," an inductor, "L2," and a capacitor, "C3." The switching converter controller 526 controls the operation of the switching converter 524. In the embodiment depicted in FIG. 5, the switching converter controller 526 controls the switching converter 524 to operate in a boundary conduction mode (BCM) with a constant on-time to generate DC power with a voltage, "VLED," for the LED load 506 in response to the DC voltage, which is generated by the rectifier bridge 510.")<br>• ¶46 ("FIG. 9 depicts an electrical device 900 having an LED driver circuit 904 that includes a flyback converter 924. In the embodiment depicted in FIG. 9, the flyback converter includes the diode, "D1," the NMOS transistor, "Q1," the inductor, "L2," which is implemented as a transformer, the capacitor, "C3," and the resistor, "R1." The switching converter controller 526 controls the gate terminal, "G," of the NMOS transistor, "Q1." The drain terminal, "D," of the NMOS transistor, "Q1" is connected to the inductor, "L2." The source terminal, "S," of the NMOS transistor, "Q1" is connected to the resistor, "R1." The capacitor, "C3," is connected in parallel with the LED load 506. In the embodiment depicted in FIG. 9, the damper circuit 520 is connected in series with the power path, which goes from the rectifier bridge 510, to the inductor, "L1," to the inductor, "L2," to the NMOS transistor, "Q1," to the resistor, "R1," to the damper circuit 520, and to the rectifier bridge 510.")<br>• While Zhu does not explicitly disclose that the flyback converter 924 is configured to convert the second DC voltage into a sixth DC voltage that powers the one or more LED arrays at full power *to meet LED luminaire efficacy requirements* when the power sustaining device is enabled to reach an operating voltage to operate the second driver, a POSITA would have understood that a flyback converter can be configured to step up or step down a voltage input when the line voltage from the AC mains is available to power an output at full power. |

Exhibit B-2 - Invalidity of ’946 Patent in view of U.S. Patent Appl. Publ. No. 2014/0300289

| U.S. Patent No. 10,237,946 | U.S. Patent Appl. Publ. No. 2014/0300289 (Zhu) |
|---|---|
| |  <br>FIG. 9 (excerpted and annotated) |
| **[1I]** a test and voltage pull-down circuit comprising a voltage pull-down circuit comprising a first voltage pull-down circuit and a second voltage pull-down circuit, the first voltage pull-down circuit configured to either pull down a dimming voltage coupled to the dimming | N/A |



APPX000033

| U.S. Patent No. 10,237,946 | U.S. Patent Appl. Publ. No. 2014/0300289 (Zhu) |
|---|---|
| controllable device to disable the first driver when the line voltage from the AC mains is available or to pull up the dimming voltage coupled to the dimming controllable device to enable the first driver when the line voltage from the AC mains is unavailable, | |
| **[1J]** wherein: the charging circuit, the first driver, the second driver, and the test and voltage pull-down circuit are configured to auto-select either the fifth DC voltage or the | N/A |

| **U.S. Patent No. 10,237,946** | **U.S. Patent Appl. Publ. No. 2014/0300289 (Zhu)** |
|---|---|
| sixth DC voltage to operate the one or more LED arrays; and | |
| **[1K]** when a rechargeable battery test is performed, the first driver is enabled to operate the one or more LED arrays, whereas the second driver is inactivated. | N/A |
| **[18]** The LED luminaire of claim 1, wherein the second driver is a second step-down converter with the sixth DC voltage lower than the second DC voltage but higher than the forward voltage | Zhu discloses that *the second driver* (e.g., flyback converter) *is a second step-down converter with the sixth DC voltage lower than the second DC voltage but higher than the forward voltage across the one or more LED arrays*.<br>• See [1H].<br>• A POSITA would have understood that a flyback converter could be configured to step up (in this case) or step down a voltage input when the line voltage from the AC mains is available. |

| U.S. Patent No. 10,237,946 | U.S. Patent Appl. Publ. No. 2014/0300289 (Zhu) |
|---|---|
| across the one or more LED arrays. | |
| **[19]** The LED luminaire of claim 1, wherein the at least four electrical conductors comprise two sets of electrical conductors and wherein each of the first full-wave rectifier and the at least one second full-wave rectifier is respectively coupled to one of the two sets of electrical conductors. | Zhu discloses *at least one full-wave rectifier*.<br>• See [1D]. |