IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| ALEDDRA INC.,<br><br>Plaintiff,<br><br>v.<br><br>RAB LIGHTING INC.,<br><br>Defendant. | Civil Action No. 7:26-cv-00065-O |

**DEFENDANT RAB LIGHTING INC'S DESIGNATION OF EXPERT WITNESS**

Defendant RAB Lighting Inc. ("Defendant"), pursuant to Federal Rule of Civil Procedure 26(a)(2), the Local Civil Rules of the United States for the Northern District of Texas, the Court's Scheduling Order entered on July 7, 2026 (ECF No. 19), and the parties Joint Notices of Stipulation to Extend Deadline for Expert Designations and Reports (ECF Nos. 67 and 77), by which the parties stipulated under paragraph 9(a) of the Scheduling Order to extend the deadline for expert designations and Rule 26(a)(2) disclosures, including expert reports, to November 18, 2026, hereby designates the following expert witnesses in this matter:

1. Richard A. Flasck
   10045 Nantucket Drive
   San Ramon, CA 94582

Mr. Flasck will offer expert testimony regarding the technology of the patents asserted in this action, the state of the prior art, and the invalidity of those patents. In rebuttal, Mr. Flasck will further offer expert testimony regarding the non-infringement of Defendant's products that are accused of practicing those patents, non-infringing alternatives, as well as any expert testimony offered by Plaintiff regarding technical aspects relevant to infringement, validity, or

damages. Defendant's Opening expert report of Richard A. Flasck was served upon all counsel of record via electronic mail November 18, 2026.

2. Philip Green
Archway Research Group LLC
116 Huntington Avenue | Suite 301
Boston, Massachusetts 02116

In rebuttal, Mr. Green will offer testimony regarding the appropriate measure of damages related to Defendant's allegations of infringement as well as any expert testimony offered by Plaintiff on damages.

Defendant reserves the right to supplement this Designation in accordance with the Court's Scheduling Order.

Date: November 19, 2026

*/s/Nathan R. Speed w/permission*
*William E. Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
Thomas J. Fisher
VA Bar No 44062; DC Bar No 1643972
Ty Wilson
Texas State Bar No. 24106583
DAVIS FIRM PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
T: (903) 230-9090 / F: (903) 230-9661
bdavis@davisfirm.com
twilson@davisfirm.com
tfisher@davisfirm.com

Michael N. Rader (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue, 25th Floor
New York, NY 10158
mrader@wolfgreenfield.com
617.646.8000 Phone
617.646.8646 Fax

Scott A. McKeown (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C
901 New York Avenue, NW, Suite 500 East
Washington, DC 20001
smckeown@wolfgreenfield.com
202.571.5001 Phone
617.646.8646 Fax

Nathan R. Speed (*pro hac vice*)
Jason W. Balich (*pro hac vice*)
John W. Custer (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C
600 Atlantic Avenue
Boston, MA 02210
nspeed@wolfgreenfield.com
jbalich@wolfgreenfield.com
jcuster@wolfgreenfield.com
617.646.8000 Phone
617.646.8646 Fax

***Counsel for Defendant RAB Lighting, Inc***

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF), on November 19, 2026. Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

*/s/William E. Davis, III*
William E. Davis, III