**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| ALEDDRA INC. | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 7:26-cv-00065 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RAB LIGHTING INC. | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER**

Having considered the parties' Agreed Motion to Modify Scheduling Order to Extend Mediation Deadline by Six Days, and finding good cause therein, the Court finds that the motion should be and hereby is GRANTED.

It is therefore ordered that the mediation deadline in ¶10a of the Scheduling Order (Dkt. 19) is extended from December 9, 2026 to December 15, 2026.

SO ORDERED on this November ____, 2026.

__________________________________

**Reed O'Connor**
CHIEF UNITED STATES DISTRICT JUDGE